# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
06 AUG 14 PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 185861

CV-06-PT-1610-M

HENRY LEE TUCKER
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Gloria Wheeler

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )        No (X)

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s):  -NA-

         Defendant(s): -NA-

2. Court (if Federal Court, name the district; if State Court, name the agency)

_-NA-_

3. Docket number _-NA-_

4. Name of judge to whom case was assigned _-NA-_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _-NA-_

6. Approximate date of filing lawsuit _-NA-_

7. Approximate date of disposition _-NA-_

II. Place of present confinement _Ventress Correctional Facility_

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (X)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (X)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not? _I had No apparent knowledge about this Grievance procedure, so I took the necessary steps to proceed with this Complaint. Unfortunately, there is no Grievance procedure publicly posted._

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) __Henry Lee Tucker__

Address __Ventress Correctional Facility P.O. Box 767 Clayton AL. 36016__

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant __Gloria Wheeler__

is employed as __C.O.I. Employee__

at __Ventress Correctional Facility__

C. Additional Defendants ____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On June 8th at approximately 8:10 A.M. I inmate Henry Tucker 185861 were in front of six dorm. Ms. Wheeler and Ms. McCloud was on six dorm porch holding a conversation. I were on the side walk when Ms. Wheeler address me as

3

"Sissy, Sissy" get up". I got up and start too walk off. Ms. Wheeler call me back. I turn around and she approach me. When she approach me she grab me in my collar. I put my hand behind my back. Ms. Wheeler then pull her stick out and hit me several times. Ms. McCloud walk up and hand cuff me and took me too the shift office.

Cont on page # 1: Attach

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Attach on Seperate paper. See page #3.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/10/06___.

Henry Tucker-195861

Signature(s)

# STATE OF ALABAMA
### Department of Corrections
*Inmate Stationery*

STATEMENT OF CLAIM #2:

FACTS:

On or about the 19th of June, 2006, Warden J.C. Giles sign my disciplinary to recommend for me to do approximately forty-five (45) days of segregation. Warden J.C. Giles has not thoroughly investigated this matter properly before making a proper decision. To the best of my knowledge up until now this present time the Warden has not attempted to reprimand the Officer involved, havent looked into this matter, nor used preventative measures according to the Administrative regulation 207 and 208 to prevent these acts from happening, or similar acts from futurely occuring.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Page #2:

Relief:

I, Henry Tucker AIS# 185861, The Plaintiff, propose that the appropriate relief would be to make the Administrative Regulation 207 and 208 the official Grievance Procedure of the Alabama Department of Correction and for it to be properly enforced. Additionally, the specific officers to be punished accordingly and appropriately following the specified Guidelines such as:

(1) Implementation of Administrative regulation 208.
(2) Formal reprimand not limiting or excluding a seven (7) day suspension without pay.
(3) Psychological Counseling be given.
(4) Compensation for the action deemed inappropriate when plaintiff was physical abuse.

Last, but not least, the plaintiff ask for immediate transfer from the Ventress Correctional Facility due to the safety of his life.