
FOR USE BY INCARCERATED PERSONS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-06-PT-1610-M

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: **HENRY LEE TUCKER**

   Present mailing address: **Ventress Correctional Facility P.O. Box 767 Clayton AL. 36016**

2. Are you presently employed?                                Yes ____   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   **—NA—**

   Monthly earnings: **—NA—**

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   **—NA—**

   Date last worked: **—NA—**
   Monthly earnings: **—NA—**

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?      Yes ____   No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓

1

(c) Pensions, annuities, or life insurance payments?    Yes ___   No ✓

(d) Gifts or inheritances?    Yes ___   No ✓

(e) Any other sources?    Yes ___   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.  —NA—

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ __0__

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ___   No ✓

If the answer is "yes," describe the property and state its approximate value:  —NA—

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.  —NA—

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____     _____
                           SIGNATURE OF PLAINTIFF

2

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

STATEMENT OF CLAIM #2:

FACTS:

On or about the 19th of June, 2006, Warden J. C. Giles sign my disciplinary to recommend for me to do approximately forty-five (45) days of segregation. Warden J. C. Giles has not thoroughly investigated this matter properly before making a proper decision. To the best of my knowledge up until now this present time the Warden has not attempted to reprimand the Officer involved, haven't looked into this matter, nor used preventative measures according to the Administrative regulation 207 and 208 to prevent these acts from happening, or similar acts from futurely occurring.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Page #2:

Relief:

I, Henry Tucker AIS# 185861, The Plaintiff, propose that the appropriate relief would be to make the Administrative Regulation 207 and 208 the Official Grievance Procedure of the Alabama Department of Correction and for it to be properly enforced. Additionally, the specific officers to be punished accordingly and appropriately following the specified Guidelines such as:

(1) Implementation of Administrative regulation 208.

(2) Formal reprimand not limiting or excluding a Seven (7) day Suspension without pay.

(3) Psychological Counseling be given.

(4) Compensation for the action deemed inappropriate when plaintiff was physical abuse.

Last, but not least, the plaintiff ask for immediate transfer from the Ventress Correctional Facility due to the safety of his life.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _Henry Tucker_ has been incarcerated in this institution since _10/20/05_, 19___, and that he has the sum of $_.03_ in his prison or jail trust account on this the _11th_ day of _August_, 19 _2006_. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | | $ | $ |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | See | $ attached | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | | $ | $ |

_____
Signature of Authorized Officer of Institution

_Ventress CF_
Name of Institution

4

```
                         STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                         VENTRESS CORR FAC


  AIS #: 185861       NAME: TUCKER, HENRY                AS OF: 08/10/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 21 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $1.04 | $8.09 |
| NOV | 30 | $9.43 | $75.00 |
| DEC | 31 | $0.63 | $25.00 |
| JAN | 31 | $1.40 | $40.00 |
| FEB | 28 | $0.13 | $45.00 |
| MAR | 31 | $25.22 | $160.00 |
| APR | 30 | $2.27 | $40.00 |
| MAY | 31 | $0.36 | $0.00 |
| JUN | 30 | $12.26 | $70.00 |
| JUL | 31 | $61.36 | $0.00 |
| AUG | 10 | $19.14 | $0.00 |