FILED
 2006 Aug-23  PM 02:20
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HENRY LEE TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 4:06-CV-1610-RBP-TMP |
| ) | |
| GLORIA WHEELER, ) | |
| ) | |
| Defendant. ) | |

ORDER

Henry Lee Tucker, plaintiff, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner incarcerated in the Ventress Correctional Facility, which is located in the Middle District of Alabama. Plaintiff complains of an incident which occurred at the Ventress Correctional Facility and names Officer Gloria Wheeler as the defendant.

It appears from the complaint filed by plaintiff that venue is not proper in the Northern District of Alabama. A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972). There does not appear to be a defendant who resides in the Northern District of Alabama. In addition, the incident about which plaintiff complains did not occur in the Northern District of Alabama, and appears to have occurred in the Middle District of Alabama. Accordingly, in the interest of justice, this action is due to be transferred to the United States District Court for Middle District of Alabama. 28 U.S.C. § 1404(a).

The Clerk is hereby DIRECTED to TRANSFER this action to the U.S. District Court for the Middle District of Alabama.

DONE and ORDERED this the 23rd day of August, 2006.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**