IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER,
#185861,

    Plaintiff

v.    Civil Action No. 2:06-CV-813-WKW

GLORIA WHEELER,

    Defendant

## MOTION FOR ENLARGEMENT OF TIME
## FOR FILING SPECIAL REPORT

Comes now the Defendant, Gloria Wheeler, by and through counsel, Troy King, Attorney General of Alabama and Jack Wallace, Jr., Assistant Attorney General and moves this Honorable Court grant a seven day enlargement of the period for filing the Special Report, pursuant to F.R.Civ.P 6(b). The Defendant states that:

1. In its order of 30 October 2006, the Court directed the Defendant to submit the affidavits of all known witnesses. In preparing the special report, the undersigned attorney noticed that the evidentiary materials did not include an affidavit from Correctional Officer Lizzie McLeod, a witness who assisted the Defendant in the confrontation with the Plaintiff.

2. Upon contacting the prison to obtain an affidavit from her, counsel was informed that Officer McLeod is performing military duty and will not be available until Monday, 11 December 2006, to prepare an affidavit.

3. A seven day enlargement of time will not prejudice the Plaintiff and will further the ends of justice by allowing for a more complete record by the inclusion of her McLeod's affidavit.

Respectfully submitted on this the 7th day of December, 2006.

                TROY KING
                ATTORNEY GENERAL

                /s/Jack Wallace, Jr.
                Jack Wallace, Jr.
                ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 7th day of December, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Henry Lee Tucker, AIS 185861
    Ventress Correctional Facility
    P.O. Box 767
    Clayton, AL 36016

                /s/Jack Wallace, Jr.
                Jack Wallace, Jr.
                ASSISTANT ATTORNEY GENERAL