IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY LEE TUCKER, #185861, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-813-WKW |
| | ) |
| GLORIA WHEELER, | ) |
| | ) |
|     Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendant on December 7, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendant be GRANTED an extension from December 8, 2006 to and including December 15, 2006 to file a special report and answer in compliance with the order entered on October 30, 2006 (Court Doc. No. 6).

Done this 7th day of December, 2006.

                                                 /s/ Wallace Capel, Jr.
                                                 WALLACE CAPEL, JR.
                                                 UNITED STATES MAGISTRATE JUDGE