IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**HENRY LEE TUCKER,**
**#185861,**

    **Plaintiff**

v.                                                 Civil Action No. 2:06-CV-813-WKW

**GLORIA WHEELER,**

    **Defendant**

## ANSWER

Comes now Defendant Gloria Wheeler, to file this answer in response to the allegations of the Plaintiff's complaint.

1. The Defendant admits that she struck the Plaintiff with her baton on 8 June 2006 in a good faith effort to maintain or restore discipline.

2. The Defendant denies that she used excessive force to maliciously and sadistically cause harm to the Plaintiff.

3. The Plaintiff's claim # 2 does not state a claim against the Defendant but rather appears to be directed at Warden J.C. Giles who is not a party to this action.

4. In the Plaintiff's prayer for relief he requests compensatory damages in item 4 but the rest and remainder of the relief sought is injunctive relief that is not supported by his complaint because of his failure to join necessary parties defendant.

5. The Defendant denies each and every material allegation not otherwise admitted and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. Defendant denies the use of excessive force.

2. Defendant asserts that she only used the necessary amount of force against Plaintiff in good faith to restore order and maintain discipline.

3. The Plaintiff failed to state a claim upon which relief can be granted pursuant to 42 USC §1983 or any other cause of action.

4. Defendant asserts that there is no evidence to support Tucker's claims.

5. Defendant asserts that Tucker has suffered only de minimus injuries.

6. Defendants assert Plaintiff has failed to show there is any genuine issue of material fact in this case.

7. Defendant denies that she violated the Plaintiff's right to be free of cruel and unusual punishment provided in the Eighth and Fourteenth Amendments.

8. Defendant denies all material allegations not expressly admitted herein and demands strict proof thereof.

9. Defendant asserts immunity pursuant to Article 1, Section 14 of the Constitution of Alabama 1901 and the Eleventh Amendment to the United States Constitution.

10. Defendant asserts Qualified Immunity.

11. Defendant asserts State-Agent discretionary immunity.

12. Defendant asserts immunity pursuant to Ala. Code, 1975, § 6-5-338.

        RESPECTFULLY SUBMITTED,

        TROY KING
        ATTORNEY GENERAL

        /s/Jack Wallace, Jr.
        Jack Wallace, Jr.
        ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of December, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Henry Lee Tucker, AIS 185861
    Ventress Correctional Facility
    P.O. Box 767
    Clayton, AL 36016

        /s/Jack Wallace, Jr.
        Jack Wallace, Jr.
        ASSISTANT ATTORNEY GENERAL