IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER,
A.I.S. # 185861,
PLAINTIFF, PRO-SE.,

-VS-

GLORIA WHEELER,
DEFENDANT.

Civil Action No. 2:06-CV-813-WKW

## MOTION FOR APPOINMENT OF COUNSEL

COMES NOW, Plaintiff Henry Lee Tucker, A.I.S.# 185861, Pro-Se., by and through Ventress Correctional Facility Lay Library to filed this motion in the above style cause and Respecfully Moves the Honorable Court to reconsider plaintiff request for an appointment of counsel.

Plaintiff Tucker wouldstate the following in support of said motion :

1). Plaintiff has a very limited amount of knowledge in the ways of the legal system.

2). Plaintiff cannot possibly match the experience or the knowledge of the defendant's attorney(s) in the cause.

3). The plaintiff has a verylimited access to legal material, as well as limited time in the law library at ventress Correctional Facility (V.C.F.) nor is there a copy machine available to inmates who are indigent as myself, which are not able to pay the fifty (.50¢) cents per page for any and all exhibits.

4). The plaintiff must rely on the assistance from law Clerks/ inmate who are not trained as para-legals and just have the least basic knowledge of the law, and it would be a disadvantage for plaintiff to have to try and match the expertise of the defendant's counsel as such.

5). The issues in this cause involves Plaintiff attempts to file criminal

charges against said individuals, will also allow "some" consideration to develope in defendants mind to control their action because plaintiff has (if granted) an attorney which has legal knowledge concerning the law and can obtain permission from legal authorities to come into this prison and investigate any and all further attacks they may implement upon plaintiff.

6). By the time this case gets in full course these issues will be extremely complex and thus confusing to the plaintiff. All ready plaintiff is having difficulty retrieving address of past defendants and documents/exhibits he has sent to the United States district Court which are very exxential to this case.

7). Plaintiff testimony will be in sharp conflict. Since plaintiff has declared the defendant's force pyschotropic drugs into his body through intimidation and threats and have willingly neglected providing (him) medical care by affording him the bare minimum treatment and at times paying no attention to his medical needs.

8). This case contains several different legal claims, with each claim involving a different set of defendant(s).

9). This case involves and will require discovery and documents and depositions of a number of witnesses and medical issues that may require expert testimony and physical examination.

WHEREFORE, premises considered, plaintiff respectfully prays that this Honorable court to represent him in this matter.

The Ends of Justice would best be met, if this Motion is Granted.

DONE THIS THE 5th DAY OF January, 2007.

PAGE 2 OF 4

Respectfully Submitted,

*Henry Lee Tucker 185861*
Henry Lee Tucker # 185861
Ventress Correctional Facility
Dorm 10A Bed 43-B
Post Office Box 767
Clayton, Alabama 36016

## CERTIFICATE OF SERVICE

This is to certify that I Plaintiff Henry Lee Tucker, Pro-Se., Filed this said motion " Plaintiff Motion For Appointment of Counsel" and certify I have sent a copy of [this] ask due to plaintif tucker indigent status that this Honorable court and/or clerk forward a copy of this said motion to Defendant Gloria Wheeler Counselor which address are as following:

ADDRESS OF COUNSEL
Jack Wallace Jr.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

also plaintiff Tucker ask that this Honorable court forward this motion to the listed added named defendants within this motion at the following address:

Warden J.C.Giles, et. al.,
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

I further certify that I have placed this in the United States Mail box with first class prepaid postage and that this has been properly address to this respected court on this the 5th Day of January, 2007.

Respectfully Submitted,

*Henry Lee Tucker 185861*
Henry Lee Tucker # 185861
Ventress Correctional Facility
Dorm 10A Bed _____
Post Office Box 767

PAGE 3 OF 4

Clayton, Alabama 36016

NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF BARBOUR)

SUBSCRIBE AND CONFIRM TO BEFORE ME THIS THE 5th DAY OF January, 2007. *CRA*

_____     _____
Henry Lee Tucker - 185861          Carolyn R. Abercrombie
         Affiant                         NOTARY PUBLIC

My Commission Expires August 18, 2007
_____
My Commission Expire Date

PAGE 4 OF 4