IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY LEE TUCKER, <br> A.I.S.# 185861, <br> Plaintiff, Pro-Se., <br><br> -VS- <br><br> GLORIA WHEELER, <br> Defendant. | * <br> * <br> * <br> * <br> * Civil Action No. 2:06-CV-813-WKW <br> * <br> * <br> * <br> * |

RECEIVED
2007 JAN 12 A 9:31
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff Tucker Motion To Add
The Listed Defendants

COMES NOW, Plaintiff Henry Lee Tucker, A.I.S.# 185861, Pro-Se., by and through Ventress Correctional Facility Law Library to filed this motion to add the defendants as following:

```
WARDEN J.C.GILES (Warden(III))
WARDEN DARRELL PARKER (Warden (II))
CAPTAIN LARRY MODK (COS. (II))
OFFICER LIZZER MCLEOD (Co.(I))
SERGEANT SHERWIN CARTER (Co.(II))
NURSE MAURINE BENEFIELD (L.P.N.)
NURSE NETTIE BURKS (H.S.A)(D.O.N.)
PRISON HEALTH SERVICE, INC.
     Ventress Correctional Facility
     HWY 239 North
     Post Office Box 767
     Clayton, Alabama 36016
```

Plaintiff further states that these defenants (not to exclude) defendant G. Wheeler be held responsible in their individual and official capacity for any and all violation (they) breach concerning the rights afforded to plaintiff through and by the United States Constitution Articles And Amendments.

Plaintiff further urgest this Honorable Court to see plaintiff recently to defendant G. Wheeler response to plaintiff claims listed ""Plaintiff Answer To Special Report Of Defendant Gloria Wheeler".

If this motion is not in its proper form plaintiff earnestly ask this Honorable court to constued this motion into its' proper form.

RESPECTFULLY SUBMITTED,

*Henry Lee Tucker-185861*
Henry Lee Tucker # 185861
Ventress Correctional Facility
Dorm 10A Bed 43-A
Post Office Box 767
Clayton, Alabama 36016

## CERTIFICATE OF SERVICE

This is to certify that I Plaintiff Henry Lee Tucker, Pro-Se., filed this said motion "Plaintiff Tucker Motion To Add The Listed Defendants" and certify I have sent a copy of [this] ask due to plaintiff tucker indigent status that this Honorable Court and/or Clerk forward a copy of this said motion to Defendant Gloria Wheeler Counselor which address are as following:

ADDRESS OF COUNSEL:

Jack Wallace Jr.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

also plaintiff Tucker ask that this Honorable Court forward this motion to the listed added named defendants within this motion at the following address:

Warden J.C. Giles et. al.
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

I further certify taht I have placed this in the United States Mail Box with first class prepaid postage and that this has been properly address to this respected Court on this the 31st Day of December, 2006.

Respectfully Submitted,

*Henry Lee Tucker-185861*
Henry Lee Tucker # 185861
Ventress correctional Facility

PAGE 2 OF 3

```
                                      DORM 10B Bed 43-B
                                      Post Office Box 767
                                      Clayton, Alabama 36016
```

NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF BARBOUR)

SUBSCRIBE AND CONFIRM TO BEFORE ME THIS THE 10th DAY OF January, 2007. CRA

_Henry Lee Tucker·185861_    _Carolyn R. Abercrombie_
            Affiant                  Notary Public

My Commission Expires August 18, 2007
_____
My Commission Expire Date

PAGE 3 OF 3