IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY LEE TUCKER, #185861, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-813-WKW |
| | ) |
| GLORIA WHEELER, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on January 12, 2007 (Court Doc. No. 15), and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby DENIED to the extent that the plaintiff seeks to name Lizzie McLeod as a defendant because the plaintiff fails to identify any actions taken by this individual which implicated his constitutional rights.

2. The motion to amend be and is hereby DENIED to the extent that the plaintiff seeks to name J. C. Giles, Darrell Parker, Larry Monk, Sharon Holland and Sherwin Carter as defendants because the plaintiff's claims against these individuals are based on a theory of respondeat superior and/or vicarious liability. *Monell v. Dep't of Social Servs.,* 436 U.S. 658, 690-92, 98 S.Ct. 2018, 2036, 56 L.Ed.2d 611 (1978) (a defendant cannot be held liable in an action brought pursuant to 42 U.S.C. § 1983 under the theory of respondeat superior or on the basis of vicarious liability); *Harris v. Ostrout*, 65 F.3d 912, 917 (11th Cir. 1995); *Belcher v. City of Foley*, 30 F.3d 1390, 1396 (11th Cir. 1994); *LaMarca v. Turner,* 995 F.2d 1526,

1538 (11th Cir.1993), *cert. denied,* 510 U.S. 1164, 114 S.Ct. 1189, 127 L.Ed.2d 539 (1994).

3. The motion to amend be and is hereby GRANTED to the extent that the plaintiff seeks to name Maurine Benefield, Nettie Burks and Prison Health Services, Inc. as defendants.

4. The amended medical defendants shall undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

5. The medical defendants shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the amendment to the complaint. This report shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

6. An answer shall be filed by the medical defendants addressing the amendment to the complaint within forty (40) days from the date of this order.

7. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission

of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendment to the complaint to Maurine Benefield, Nettie Burks and Prison Health Services, Inc. A copy of this order and the amendment to the complaint shall likewise be furnished to counsel of record for the original defendants and counsel for Prison Health Services, Inc.

Done this 16th day of January, 2007.

                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE