**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Nurse Maurine Benefield
Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016

06-813 OPT and cmpt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X N. Burks    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nettie Burks
C. Date of Delivery: 1/17/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 1491

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Nurse Nettie Burks
Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016

06cv813 OPT and cmpt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X N. Burks    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nettie Burks
C. Date of Delivery: 01/17/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 1538

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540