IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER (AIS# 185861),       *
                                 *

      Plaintiff,                     *
                                 *

v.                                *      CIVIL ACTION NO.
                               *      2:06-CV-813-WKW

GLORIA WHEELER, et al.            *
                               *

      Defendants.                 *

## SPECIAL REPORT OF DEFENDANTS PRISON HEALTH SERVICES, INC., NURSE MAUREEN BENEFIELD, AND NURSE NETTIE BURKS

COME NOW the Defendants, Prison Health Services, Inc., Nurse Maurine Benefield, and Nurse Nettie Burks (collectively "PHS"), by and through counsel, and in response to the Plaintiff's Complaint and this Honorable Court's Order, present the following Special Report with regard to this matter.

## I. INTRODUCTION

The plaintiff, Henry Lee Tucker (AIS# 185861), is believed to currently reside at Ventress Correctional Facility in Clayton, Alabama. On or about August 14, 2006, Tucker filed a Complaint against Gloria Wheeler, a correctional officer at the Ventress Correctional Facility arising out of an incident which occurred on or about June 8, 2006. In that original complaint, Tucker claims that Ms. Wheeler and a Mrs. McLeod were having a conversation near 6 Dorm porch when, Ms. Wheeler called Mr. Tucker "sissy sissy." [Plaintiff's Complaint, ¶ IV]. When Mr. Tucker attempted to walk away, Ms. Wheeler approached Tucker, grabbed him by the collar, put her hand behind his back, and pulled her night stick out and hit Tucker several times. [Id.].

Tucker also claims that on or about June 19th, Warden J. C. Jiles improperly disciplined Tucker by sending him to 45 days of segregation without thoroughly and properly investigating this particular incident.

On or about January 12, 2007, Tucker amended his Complaint to add additional defendants, including the following:

>Prison Health Services, Inc.
>Nurse Maureen Benefield
>Nurse Nettie Burks

In this "Amended Complaint", Tucker claims that all defendants, including all PHS employees, should be "held responsible in their individual and official capacity for any and all violation [sic] (they) breached concerning the rights afforded to plaintiff through and by the United States Constitution Articles and Amendments." Most importantly, Tucker's Amended Complaint does not state a claim against PHS employees for deliberate indifference to a serious medical need or does it even quantify a medical negligence assertion against these defendants.

As directed by this Court, PHS has undertaken a review of the plaintiff Tucker's claim to determine the relevant facts and circumstances arising out of the incident.  In submitting this Special Report, the Defendants have attached the following documents in support of its position:

1.    Certified copy of plaintiff Tucker's medical records [Exhibit "A"];

2.    Co-defendant Alabama Department of Corrections' Special Report [Exhibit "B"];

3.    Affidavit of Nettie Burks [Exhibit "C"]; and

4.    Affidavit of Maurine Benefield [Exhibit "D"].

The evidentiary materials demonstrate that plaintiff Tucker has been provided appropriate medical treatment for his complaints at all times and that he failed to follow proper prison internal procedures concerning the filing of a grievance concerning medical care.  Moreover, the

plaintiff does not state a claim against these Defendants upon which relief can be granted, pursuant to FED. R. CIV. P. 12(b) and, as such, the Defendants respectfully request that this matter be dismissed on those grounds as well.

## II. NARRATIVE SUMMARY OF FACTS

At all times, Henry Lee Tucker (AIS# 185861) appears to have been a prisoner at the Ventress Correctional Facility during the time period outlined in his complaint. Although his initial complaint states claims against Gloria Wheeler arising out of an incident which occurred on or about June 8th, the complaint does not verify any medical deficiencies relating to his treatment for that incident. [Plaintiff's Complaint, Plaintiff's Amended Complaint].

On the date prior to this incident, June 7, 2006, Tucker reported to PHS employees that he had been experiencing significant back pain for approximately one week. [Exhibit "A.1"]. Tucker denied any heavy lifting of a back injury but did claim he was unable to walk due to the pain. [Id.]. As a result, PHS employees scheduled Tucker for an appointment with Ms. Floyd, CRNP, for her next available visit.

On June 8, 2006, Tucker filed a sick call request with PHS and stated the following:

> I having bad pain in my lower back and I were put on antibiotic and Motrin and there are not helpin any. Ms. Wheeler arrest me and also hit me several times in the back with her stick.

[Exhibit "A.2"].

As a result of this sick call request, PHS ordered Tucker to report to the healthcare unit and schedule an appointment for June 14th with the appropriate medical physician. [Id.].

On June 8, 2006, a PHS emergency form indicated Tucker reported to the health care unit complaining of having been hit with a stick on his left leg, left arm, and back. [Exhibit "A.3"]. Swollen areas were noted on the inmate's left leg, left arm, and back and, after documenting the injuries, PHS employees returned the inmate to the custody of Officers Cargile and Edge to be placed in segregation. [Id.].

On June 9, 2006, Tucker again assisted in the completion of a form complaining about lower back pain that had begun two to three weeks prior to the date. [Exhibit "A.4"]. PHS employees described this as a "recurrent complaint" and scheduled an appointment with Dr. Rappaport for June 14th.

On June 12, 2006, progress notes for Henry Lee Tucker prepared by Dr. Rappaport indicated no significant problems emanating from the June 8th incident. Tucker had full range of motion in both his back and neck and described his pain as being mild. [Exhibit "A.5"]. Two days later, Tucker continued complaints of back pain did not produce any significant alteration in the medical opinion of PHS employees. [Id.].

## III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.    The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.    The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.    The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

5.    The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.    The Plaintiff is not entitled to any relief requested in the Complaint.

7.    The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants was reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of <u>respondeat superior</u>, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint against the Defendants sued in their individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that it was at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the individual Defendants in their official capacity are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff it exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.    The Defendants plead the affirmative defense that it is not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that it is not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the individual Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

A.  **Because Tucker Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

Congress passed the Prison Litigation Reform Act of 1995 ("PLRA") in order to control frivolous prisoner lawsuits. The Act contains multiple, mandatory provisions that <u>require</u> the dismissal of complaints identical to those asserted by Mr. Tucker.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. 42 U.S.C. §1997e(h).

Tucker admits to being incarcerated in his complaint, therefore, he meets the definition of "prisoner" as defined by the PLRA. <u>See</u> <u>Boyd v. Corrections Corporation of America</u>, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit. The PLRA <u>requires that the Court on its motion or the motion of a defendant</u> <u>dismiss any action with respect to prisoner conditions or medical treatment upon failure to</u> <u>exhaust these remedies</u>. 42 U.S.C. §1997e(a). This provision states the following:

> (a)  **Applicability of Administrative Remedies.**
> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility <u>until such</u> <u>administrative remedies as are available are exhausted</u>. (emphasis added).
>
> (b)  **Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**

The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

**(c)    Dismissal**
The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

42 U.S.C. § 1997e(a)

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report. Before filing suit, the prison/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based. Failure to strictly follow these procedures requires dismissal of the action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement. See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

In this particular case, Tucker failed to follow available, required administrative procedures that existed within the Ventress Correctional Facility. [Exhibit "C" – Affidavit of Nettie Burks]. These procedures required Tucker to seek administrative relief of his claim before seeking court intervention regarding his claim. His failure to follow these internal procedures concerning his medical grievances require his claim be dismissed with prejudice. Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The Woodford case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act. In

Woodford, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System.  Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act.  On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint.  The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is a requirement that administrative remedies be followed prior to litigation ensuing in federal court. Id. At 2387, 2388, 2390, 2392-2393.

Tucker's case is no different from that outlined in Woodford.  Tucker must exhaust internal, administrative remedies before seeking redress for his complaints within the legal system.  Adhering to these procedures serves a two-fold interest, (1) it allows Tucker the opportunity to advise correctional officers or healthcare employees regarding his concerns and (2) it permits internal procedures to address and alleviate concerns raised by prisoners through this process.  More importantly, it eliminates frivolous litigation by giving both the prisoner and the correctional facility the opportunity to be aware of complaints and address them prior to the expense of litigation.

**B.**    **The Plaintiff has failed to prove that the Defendant acted with deliberate indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Tucker's medical records reveals that he has been given appropriate medical treatment at all times. [See Exhibits "A" and "D"].

The Plaintiff's Complaint fails to state a claim against the Defendants with the detail and specificity required by the Alabama Medical Liability Act, ALA. CODE § 6-5-551, which provides as follows:

> In any action for injury, damages, or wrongful death, whether in contract or tort, against a health care provider for breach of the standard of care, whether resulting from acts or omissions in providing health care, or the hiring, training, supervision, retention or termination of care givers, the Alabama Medical Liability Act shall govern the parameters of discovery and all aspects of the action. The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be made at least 90 days before trial. Any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted. Any party shall be prohibited from conducting discovery with regard to any other act or omission or from introducing at trial evidence of any other act or omission. (emphasis added).

ALA. CODE § 6-5-551.

11

The Plaintiff's Complaint fails to state a claim against the Defendants because it fails to include a "detailed specification and factual description" of each act and omission alleged by Plaintiff to render the Defendants liable to Plaintiff; in particular, said Complaint fails to include the required statement of "the date, time, and place of the act or acts" of alleged malpractice, as required by the Act. See ALA. CODE § 6-5-551 (emphasis added).

In order to state a cognizable claim under the Eighth Amendment, Tucker must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Tucker must allege and prove that he suffered from a serious medical need, that the Defendant was deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." (citations omitted). [Id.].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendant may only be liable if it had knowledge of Tucker's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Tucker cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that PHS employees applied the appropriate standard of care to the treatment of Mr. Tucker. Tucker complained of chronic back pain. [Exhibit "A"].

The Defendants are, also, entitled to qualified immunity from all claims asserted by Tucker in this action. There is no argument that the Defendant was not acting within the scope of its discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Tucker to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Tucker must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in

light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendant fair warning that its alleged treatment of Tucker was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Tucker must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that its practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Green's constitutional rights. All of Tucker's medical needs have been addressed or treated. [See Exhibits "A" and "D"]. The Defendants have provided Tucker with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. **CONCLUSION**

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law.    The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc., Nurse Maurine Benefield,
and Nurse Nettie Burks

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 27th day of February, 2007, to:

Henry Lee Tucker (AIS# 185861)
Ventress Correctional Facility
Dorm 108, Bed 43-B
P. O. Box 767
Clayton, AL 36016

The Clerk of Court, using the CM/ECF system will send notification of this filing to the

following:

Jack Wallace, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc., Nurse Maurine Benefield,
and Nurse Nettie Burks

# EXHIBIT A

## A F F I D A V I T

STATE OF ALABAMA                    )
                                    )
_Barbour_ COUNTY                    )

I, _Takeysha Smith_, hereby certify and affirm that I am a

_Medical Records Clerk_, at _Ventress Corr. Facility_ ; that I am one

of the custodian of records at this institution; that the attached documents are

true, exact, and correct photocopies of certain documents maintained here in

the institutional medical file of one _Henry Tucker_, AIS# _185851_ ;

and that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at _Ventress Corr. Fac._ ; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _12th_ day of _February_ 2007.

_Takeysha Smith_

SWORN TO AND SUBSCRIBED BEFORE ME THIS _12th_ DAY OF _Feb._ ,
2007.

_Reba J Currie_
Notary Public
My Commission Expires: _9-8-08_

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Tucker, Henry | **Inmate Number:** | 185861TU |
| **Service Authorized:** | Office Visits: Op General Specialty Referral | **Effective Dates:** | 02/07/2007 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16922575 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.  *Feb. 21 @ 8 AM*

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

Please send this form ___ the Authorization Letter to the service provider at th ___ of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS 0845 | *Tucker, Henry* | *0 2, 0 5, 07* |
| **Site Phone #** | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** |
| 334-775-8178 *610* | | *0 1, 1 3, 69* |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-775-8178 *610* | *185861* | *0 9, 0 2, 05* |
| **Will there be a charge?  Sex** | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☐ Yes ☐ No  ☑ Male ☐ Female | - - - | *0 1, 2 8, 09* |

**Responsible party:** ☑ PHS  ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):___

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

*COY ocular prosthetic   1-800-426-5392*

**Facility Medical Director Signature and Date:**

*John M. Pleasant Sr, MD 2/5/07*

☑ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

Estimated Date of Service (mm/dd/yy)  ___/___/___

**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy ☐ Other:
Number of Visits/Treatments: _*1*_

**Specialist referred to:** *Coy Eye & Ocular prosthetic*

**Type of Consultation, Treatment, Procedure or Surgery:**
*Placement of ocular prosthesis (L)*

**Diagnosis:** *(L) eye enucleation*
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
*Pt s/p (L) eye enucleation*

**Results of a complaint directed physical examination:**
*s/p (L) eye enucleation*

**Previous treatment and response (including medications):**
*Prosthesis (L) eye measurement + formation*
*— Need to return for placement of prosthesis*

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.  Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required: ___/___/___ (mm/dd/yy)

Do not write below this line.  For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form 1

*Faxed 2-7-07 NB*

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Tucker, Henry_          AIS# _18586_|

Medication Allergies: _NKDA_                    _1-13-69_

**Medical:** Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

**Mental Health Code:** SMI  HARM  HIST  NONE
Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 10/14/05 | PPO  0mm | | | |
| 12/22/05 | flu vaccine given DS | | | |
| 6/06 | (L) eye removal | | | 1F |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker Henry_____
                     LAST              FIRST         MI

DATE OF BIRTH _1 - 13 - 69_____ SS# _18.586/_____

**Housing Recommendations:**

              General Population____       (1) See Pleasant
          Medical Observation Unit____   2-28-07 @ 230- a

      Lower Level/Lower Bunk____

        Suicide Precautions____

   Special Watch (15 Minute Checks)____

            Isolation____

    Initiate Universal Precautions____

**Individual found to be:**

            Frail/Elderly____

       Physically Handicapped____

     Developmentally Disabled____

      Drug/Alcohol Withdrawal____

    Special Mental Health Needs____

    Expressed Suicidal Ideation____

      History of Seizures____

          Other____

     Specify_____

Nurse _____ Date _2-5-07___

_Henry X Tucker_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker_ _Henry_ _____
        LAST              FIRST              MI

DATE OF BIRTH _1/13/69_____    SS# _185861_____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

① Bedrest + Lay in x 48°
start 1/18/07
stop 1/20/07

② Pill call for pain meds
3A, 9A, 3P, 9P x 30 days

③ Pill call for CTM + Humabid 7days is 3A + 3P x 10d

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _BBrannen LPN_____    Date _1/18/07_____

X _Henry Tuck_____

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker          Henry_____
                            LAST              FIRST              MI

DATE OF BIRTH  _1-13-69_____    SS# _185 86 1_____
                                         MD  =  2 wks &
                                              8  2 mo.

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____  _1-22-07_

Lower Level/Lower Bunk _____  _2-5-07_

Suicide Precautions _____  _2-19-07_

Special Watch (15 Minute Checks) _____  _3-5-07_
                                        _3-19-07_

Isolation _____

Initiate Universal Precautions _____


**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____


Nurse _M Benefield_____    Date _1-8-07_____

X _Henry X. Tucker_

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit



PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**.I.    HISTORY – (LPN or RN)**          YES    NO    COMMENT(S)

Weight Change (greater 15 lbs.)         ____  ✓
(Compare Weight Below)                              Last weight at least 6 months ago
Persistent Cough                        ____  ✓   _____
Chest Pain                              ____  ✓   _____
Blood in Urine or Stool                 ____  ✓   _____
Difficult Urination                     ____  ✓   _____
Other Illnesses (Details)               ____  ✓   _____
Smoke, Dip or Chew                      ____  ✓   _____
ALLERGIES                               ____  ✓   _____

Weight _146_ Temp _97.6_ Height _6'1"_ Pulse _75_ Resp _20_ Blood Pressure _108/74_
                                                          If greater than > 140/90, repeat in 1hour.
Eye Exam _20/70_ OD _enucleation_ OS _____ OU            Refer to M.D. if remains > 140/90.

**II.    TESTING – (LPN or RN)**          RESULTS
                                         Finger stick blood sugar _121_
Tuberculin Skin Test (q yr)              Date given _10/13/06_ Site _® FA_
                                         Read on _10-15-06_ Results _0_ mm
Past Positive TB Skin Test      →        Survey Completed _____
(Chest x-ray if clinical symptoms)       Date _____ Results _____
RPR (q 3 yrs)                            Date _10-11-05_ Results _NR_
EKG (baseline at 35, over 45 q 3 yrs)    _10-14-05_
Cholesterol (at 35 then q 5 yrs)         _10-13-05_
Tetanus/Diptheria  (q 10 yrs)            Last Given _2004_ Due _2014_ ) Druid
   (if done today)                       Site given ____ Dose ____ Lot # _____  City Hosp
Optometry Exam (@ 50 if not already seen)                                   Tuscaloosa
Mammogram                                Date _N/A_ Results _____
   (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)** _enucleation_
Class    1 (2) 3   4   5      Restrictions _Reg Rate rhythm_
Heart                                    _bilat lungs noted clear_
Lungs                                    _procedure explained_
Breast Exam
Rectal (yearly after 45)      Results _N/A_
   with Hemoccult             Results _____
Pelvic and PAP (q 1 yr)       Date _N/A_ Results _____

Facility _Ventress_ Nurse Signature _T. Starke, LPN_ Date _10/13/06_

M.D. or Mid-Level  Signature _____ Date _10/26/06_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Tucker, Henry #185861 | | 1-13-69 | B/m |



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

John & Sarah Byrd          (Grandparents)
**Name**                    **Relationship**

16287 Cty Rd 21     (205) 371-6550
**Street Address**              **Phone Number**

Mandville,          AL.     35474
**City**                **State**      **Zip Code**

X Henry X. Tucker    #185861-   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
**Inmate Signature**           **AIS#**    **SS#**      **Date**

[signature]          10-13-06
**Witness**                              **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Tucker, Henry | #185861 | 1/13/69 | B/m | VCF |

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tucker, Harvey #185861_

LAST                    FIRST                    MI

**DATE OF BIRTH** _____    SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*1) Benzoyl Peroxide*
*1-Bottle KOP*
*X 90 days*
*11/16/06 - 2/16/0*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

*2) 1 pair size*
*12 insoles*
*X 6 months*

Nurse _F. Smith_    Date _11/16/06_

X — Harvey Tucker

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tucker, Henry_ # 18586/
　　　　　　　　　　LAST　　　　　　FIRST　　　　　　MI

**DATE OF BIRTH** _1-13-69_　　　SS# _____

**Housing Recommendations:**

General Population ____

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

_Report to HCU on Monday November 6, 2006 at 7³⁰ A.m to see M.D._

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

Nurse _J. Smith Jr_　　　Date _10/23/06_

X — Henry Tucker

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tucker          Henry_
LAST          FIRST          MI

**DATE OF BIRTH** _____  ~~SS#~~ _185861_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

To HCU @
6:45 Am
for apt.
W, Yg
MD, M
8/14/06

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____
Specify _Henry Tucker_

Nurse _____  Date _8-2-06_

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tucker,_ _Herry_
                        **LAST**                **FIRST**        **MI**

**DATE OF BIRTH** _1-13-69_       **SS#** _185-86/_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Bengay topical daily X30 days 6-14-06 — 7-14-06*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _M Benefield_               Date _6-14-06_

*Henry Tucker*

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

5/9 @ 10⁵⁵

| Patient Name: | Tucker, Henry | Inmate Number: | 185061 |
| Service Authorized: | Surgery F/U | | |
| Responsible Facility: | Ventress | Contact Name: | Nettie Brooks |
| Authorization Number: | @charge | Telephone Number: | (334) 775-3610 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPPA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPPA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPPA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

5/9/06   1 wk PO Enucleation OS

Cleanse Lids c̄ saline, cotton ball

change pad daily - instill

AK-Poly-Bac. ung q̄d OS

No Strenuous Activity X 2 wks.

F/u 4 wks

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | *[signature]* | 05 09 06 | |
| | | Date | Time |
| Reviewed and Signed By Medical Director: | *[signature]* 05/9/06 | | |
| | | Date | Time |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker_ _Henry_ _____
                        LAST        FIRST        MI

DATE OF BIRTH _1-13-69_____    SS# _185861_____

**Housing Recommendations:**

General Population ____

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

① Moist heat to area for 15 mints from 5-30-06 till 6-30-06

② Bengay Topical use as needed to lower back from 5-30-06 till 6-30-06

③ Back expense from 5-30-06 till 8-30-06

Nurse _____ Date _5-30-06_

X _Henry Tucker_

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit



B0612300143    TUCKER,HENRY
DOB: 01/13/69    Age:37Y   MR #:702378
Admit Date/Time: 05/03/06    0832A
567 JONES,JOHN ALLEN

Patient Information



**Baptist**
HEALTH

# POSTOPERATIVE
# PROGRESS RECORD

| Date | Time | |
|---|---|---|
| 5/3/06 | | Surgeon: _Jewes Lu_     Assistant: |
| | | Preop Dx: _Phthisical OS_ |
| | | Postop Dx: _Same_ |
| | | Procedure: _Evisceration OS_
_Gen_
_O? SC_ |
| | | Findings: _blind, shrunken OS, microcornea_ |
| | | Specimen & Disposition: ☑ Lab     ☐ Other |
| | | EBL: _< 10 cc_ |
| | | M.D. Signature: |

Form # PN 30009   Revised 05/13/05



PN 300



**Baptist** HEALTH

## ANESTHESIA SERVICES
## PATIENT/FAMILY INFORMATION
## SHEET

PATIENT INFORMATION

## PLEASE READ CAREFULLY

Your doctor has scheduled an operative, invasive or diagnostic procedure that requires the services of the Anesthesia Department. An anesthesia care team, consisting of an anesthesiologist and a certified nurse anesthetist will provide these services. Prior to your surgery a member of the care team will interview you and discuss your past medical history, current physical condition, and options for anesthesia services. The following list of anesthesia services is a brief explanation of the risks, benefits, alternatives, and possible complications. This list is not intended to be a complete list, but rather a summary.

❏ **GENERAL ANESTHESIA** produces an unconscious state - the whole body is affected. This type of anesthesia is produced by injecting drugs into the patient's bloodstream and by having the patient inhale other drugs. Frequently, the person who administers the anesthetic places a tube through the mouth or nose of the patient into the windpipe to aid in managing the patient's breathing. The placement of this tube can cause dental damage such as chipped or broken teeth and/or loss of a tooth or teeth. Occasionally, patients complain of pain and injury to the mouth and throat after undergoing general anesthesia. Strokes, brain damage, heart attacks and pneumonia are very rare complications of general anesthesia. **Rarely, a patient will experience recall (remembering a conversation and being aware of what is happening during the operation).**

❏ **SPINAL ANESTHESIA** involves the injection of a drug through a needle into the spinal canal. The injected drug causes a temporary loss of feeling and paralysis in approximately the lower half of the body. Usually, a local anesthesia is used to numb the skin where the needle is inserted so that the entire procedure produces very little pain or discomfort. Infrequently, the anesthesia produced by this method is not completely satisfactory. When this happens, another type of anesthesia may become necessary. The more common complications of spinal anesthesia are headache, backache and buzzing in the ears. Rare complications include heart attacks, generalized infections, nerve root injury (which could cause loss of function to certain parts of the body) and decreased blood pressure.

❏ **EPIDURAL ANESTHESIA** is produced in a manner similar to that of spinal anesthesia, except that the needle is not inserted as deep. Infrequently, the anesthesia produced by this method is not completely satisfactory. When this happens, another type of anesthesia may become necessary. The more common complications of epidural anesthesia are headache, backache and buzzing in the ears. Rare complications include seizures, heart attacks, generalized infections, paralysis and decreased blood pressure.

❏ **REGIONAL ANESTHESIA** (axillary, supraclavicular or interscalene block) is produced by injecting a drug mixture around nerves so that the area to be operated on is without feeling for a few hours. The injection is usually accomplished with very little discomfort for the patient. Occasionally, the anesthesia is not completely satisfactory and another type of anesthesia or the use of a different form of pain relief becomes necessary. Rare complications of regional anesthesia include generalized infections, paralysis of certain nerve roots, seizures and pneumothorax (lung puncture).

❏ **INTRAVENOUS REGIONAL ANESTHESIA** is a special type of regional anesthesia produced by injecting a drug into the veins of an arm or leg to which a tourniquet has been previously applied. A few patients complain of pain at the regional anesthesia injection site after surgery. Rare complications of intravenous regional anesthesia include generalized infections and seizures.

❏ **MONITORED ANESTHESIA CARE** Your physician may request that we monitor several of your body functions while he or she carries out a diagnostic procedure or does an operation under local anesthesia that he or she injects. Such monitoring helps to insure your safety and in itself involves minimal risk. If you become uncomfortable during the procedure, it may be necessary to give you drugs through a vein to help you relax or relieve discomfort. Some of these drugs may irritate the vein through which they are injected. This irritation is usually temporary. On rare occasions some of these drugs may produce such adverse effects as difficult breathing, changes in heart action and temporary loss of memory.

_____ Date: _____ WITNESS: _____ Date: _____
Patient or Responsible Party Signature

CO 1500

White - Medical Record          Yellow - Patient          FORM # CO 15009    Revised 12/21/04

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Tucker, Henry | **Inmate Number:** | 185861TU |
| **Service Authorized:** | Outpatient Surgery: Op One Day Surgery | **Effective Dates:** | 04/04/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15995967 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

5/1/06 Preop- Surgery Explained See preop instructions

For surgery OS

5/3/06 Op Note "Enucleation OS, Gen Anes., O.R. SC

Post op — Head of bed elevated 15-90°, BRP ē assistance,

keep pressure patch over (L) socket, Lortab 7.5mg T PO q 8h prn

pain x 3, then Advil tabs 2 po q8h prn, Keep appt - R eye

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | |
|---|---|
| Signature of Consulting Physician: _[signature]_ | 05/01/06 |
| | Date _____ Time _____ |
| Reviewed and Signed By Medical Director: | |
| | Date _____ Time _____ |

04/04/2006

UTILIZATION MANAGEMENT REFERRAL REVIEW FORM                    PHS
must be Complete and Legible. You must Type o
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| Ventress - 0845 | Tucker    Henry | 04/03/06 |
| Site Phone # | Alias:  (Last, First.) | Date of Birth: (mm/dd/yy) |
| 334 775-3610 | | 01/13/69 |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| 334 775 3610 | 185861 | 09/02/05 |
| | SS Number | Potential Release Date: (mm/dd/yy) |
| | ___ ___ - ___ ___ - ___ ___ ___ ___ | 01/28/09 |

Will there be a charge? ☑ Yes ☐ No    Sex ☑ Male ☐ Female

Responsible party:  ☑ PHS  ☐ Auto Ins.    ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

Requesting Provider:  ☑ Physician    ☐ NP, PA    ☐ Dental

Dr Rayapati

Facility Medical Director Signature and Date:

Summel Rayapati

☐ Service meets criteria for "approval via protocol"

History of illness/injury/sypmptoms with Date of Onset:

(L) Eye - painful blind
Eye -
To -
Schedule an appt c Dr. Jones

Place a check mark (√) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☑ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy)  ___ / ___ / ___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments:  ☐ Other: ___

Specialist referred to:  Dr Jones / OPth

Type of Consultation, Treatment, Procedure or (Surgery):
L-Eye Eviseration D painful Blind Eye

Diagnosis:
ICD-9 code:
You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

Results of a complaint directed physical examination:

for Eviceration

Previous treatment and response (including medications):

Presently on No meds -

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:    ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.    Date resubmitted: ___ / ___ / ___

Regional Medical Director Signature,
printed name and date required:                                      ___ / ___ / ___  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form                A. Burks, HSA    Faxed - 4/3/06

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Tucker Turner, Henry | Inmate Number: | 185861TU |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Opthamology Referral | Effective Dates: | 03/14/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15936024 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| Phthysical OS    360.41 |
| ℗ Needs evaluation - call to reschedule |
| If eye hurts use Atropine opth ① Ⅰ30 ② ī OS td |
| Decadron opth ①, Ⅰ30 ② ī OS qid ; |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | [signature] MD | Date 03/3/06 | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | [signature] | Date to fax ℗ 3/3/06 | Time |

# UTILIZATION MANAGEMENT REFERRAL RF FORM    PHS

Please send this form ... e Authorization Letter to the service provider at th... he Appointment

st be Complete and Legible. You must Type or ...

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS  0845 | Tucker Henry | 03 06 06 |

| Site Phone # | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-775-8178 3610 | | 01 13 69 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-775-8178 3610 | 185861 | 09 07 05 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☑ Yes ☐ No | ☑ Male ☐ Female | — — — - — — - — — — — | 01 28 09 |

Responsible party:  ☑ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:**
Samuel Rayagent MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) __ / __ / __

**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:   ☐ Radiation therapy   ☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:____

Specialist referred to: CPM · Dr Fonr —

Type of Consultation/Treatment, Procedure or Surgery:
(L) blind painful Eye A
for Eviteration

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
(L) (Eye) Blind and painful
Re Commended Eviteration

**Results of a complaint directed physical examination:**
(L) Eye - Blind —
Eye ball hypo tentious

**Previous treatment and response (including medications):**
None —

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:   ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)   Date resubmitted:

☐ Resubmitted with requested information.   __ / __ / __

**Regional Medical Director Signature, printed name and date required:** ___ / ___ / ___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form 1    M Burks, HSA



## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Turner, Henry | **Inmate Number:** | 185861TU |
| **Service Authorized:** | Office Visits: Op Opthamology Referral | **Effective Dates:** | 12/15/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15684596 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

#### Clinical Summary or Attached Report

① BLIND, PAINFUL, HYPOTENSIVE OS —
   ℞    Needs enucleation — call to schedule _____

② Needs safety glasses — ℞ −250+100C8 — _____ 01 11 06
                                    BAL

③ Allow to get "eye pad"
       from family outside

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | |
|---|---|
| Signature of Consulting Physician: | 1·09  06 |
| | Date         Time |
| Reviewed and Signed By Medical Director: | |
| | Date         Time |

12/15/2005

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker_ , _Henry_ _____

LAST          FIRST          MI

DATE OF BIRTH _1-3-70_____   SS# _____

_185861_

**Housing Recommendations:**

General Population _/___

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

*to see MD*
*3-16-06*

*MD requested*
*to see inmate*

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

Nurse _M Benefield_____   Date _3-6-06_____

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tucker, Henry_

LAST                          FIRST                          MI

**DATE OF BIRTH** _1-13-69_          SS# _185861_

**Housing Recommendations:**

General Population ____

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

*Report to HCU on Monday, 4/3/06 for MD Appt. @ 8:00 Am*

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

Nurse _T. Stallen, LPN_          Date _3/31/06_

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker, Henry_

                           **LAST**                     **FIRST**               **MI**

DATE OF BIRTH _1-13-69_          SS# _185861_

**Housing Recommendations:**

General Population ____       _TO HCU @_

Medical Observation Unit ____       _8AM for_

Lower Level/Lower Bunk ____       _Apt. w/ 'ex_

Suicide Precautions ____       _M.D. Wed._

Special Watch (15 Minute Checks) ____       _3/15/06._

Isolation ____

Initiate Universal Precautions ____

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _Henry Tucker_

Nurse _R. Burke, RN_      Date _3-8-05_

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IMMUNIZATION RECORD

Name _Tucker, Henry_____    AIS _185861_    D.O.B. _1-13-70_

### Hep A Vaccine

Date _____ By _____

Date _____ By _____

### Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

### Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

### TB  PPD

Date _10-14-05_ Result _0mm_    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**INTAKE HEALTH EVALUATION**

NAME: _Tucker, Henry_
AIS #: _185861_
D.O.B.: _1-13-70_

Age _35_ Sex _M_ Race _B_ Height _6/1_ Weight _155_

Temp: _98°_  B/P: _116/68_  Pulse: _73_  Resp: _20_
** **B/P** – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | ✓ | | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism _Denies_ | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse _Denies_ | | ✓ | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given: _10-12-05_ | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: _10-14-05_ | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: _0_ mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD _20/20_ OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU _20/20_ | | | EKG (@ age 35) | | |

Immunization History: _____

Immunizations Needed: _____

***HIV Medications: _____

Acute or Chronic Problem Noted:    Y    (N)    Refer to Mid-Level or M.D. if yes.

_____                        _10/12/05 @ 13:54_
**RN or Mid-Level, Signature**                **Date/Time**

60511-AL

# INTAKE HEALTH APPRAISAL

**NAME:** _____
**AIS#:** _____
**D.O.B.:** _____
**R/S** _____

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| **General Movement** Deformity Pain, Bleeding Habitus, Hygiene | | ✓ | |
| **Neuro** Mental Status Intox Withdrawal, Tremor Neuro-Deficits | | ✓ | *tattoo's* + *abraic* - φ |
| **Skin** Injury, Bruises, Trauma Jaundice Diaphoretic Rash, Lesions, Infestations Needle Marks Color, Turgor | | ✓ | |
| **Head** Normocephalic Atraumatic Hair, Scalp | | ✓ | |
| **Eyes** Glasses/Vision Pupils Sclera, Conjunctiva | ✳ | | *Large blurred so much* *Good* |
| **Ears** Appearance Canals, TMs, Hearing | | ✓ | |
| **Nose** Epistaxis Sinuses | | ✓ | |
| **Throat** Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | | ✓ | |
| **Neck** C-Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | | ✓ | |
| **Chest** Config, Ausc/Resp Cough/Sputum Breast/Masses | | ✓ | |
| **Heart** Ausc Rate, Rhythm Murmurs, Ectopy | | ✓ | |
| **Abdomen** Bowel Sounds Palp, G/R/T, Hernia | | ✓ | |
| **GU** Flank Tenderness Bladder Tenderness/Distention | | ✓ | |
| **Back** ROM, Spasm, Injury | | ✓ | |
| **Extremities** Edema, Pulse | | ✓ | |
| **Genitals** Injuries/Lesions | | | *deferred* |
| Pelvic Pap | | | |
| Rectal/Guiac (required @ 45 and up) | | | |
| Deferred/follow-up: | | | |

## HEALTH CLASSIFICATIONS:
**(Circle One)**

1 – No Restrictions *(circled)*

2 – Temporary Restrictions
See Special Needs Form

3 – Permanent Restrictions
See Special Needs Form

4 – A&I (Aged & Infirmed)

5 – Not Determined
Recheck _____

## PLACEMENT:

General Population ( ) *(marked X)*
Emergency Department ( )
Isolation ( )
Medical Observation ( )
Other _____

## REFERRAL:

CCC Placement ( )

**Clinic(s)**
See MD/Mid-Level flow sheet
for clinic(s).

Medical ( )
Dental ( )
Mental Health ( )
Other _____

**When:** ( ) Immediately
( ) Next Sick Call

## IMMUNIZATIONS ORDERED:

_____

**Medications Ordered:**

_____

| M.D. or Mid-Level Signature | Date/Time |
|---|---|
| *(signature)* | 10/17/06 |

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Henry Tucker_____ Date _10/12/05_____

AIS# ____85361_____

Medical Staff _P. Williams_____ Date _10/12/05_____

4/13/04

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 10/11/05 | AIS#: 155561A |

| Last Name: Tucker | First: Curtis | Middle: |
| Birthplace: | DOB: 1/18/70 | SS#: |

| **FEMALES:** Pregnancy test: (circle one)  Positive  Negative | B/P 124/81  Temp 98.9  Pulse 75  Resp 20  Weight 157/16 |
| | FSBS 100  If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
Lost Lt Vision from MVA in Dec 2004

Previous Incarcerations (Date & Facility)
1994 Hamilton

| Medications: ☑None | Special Diet (Prescribed) |
| Allergies: ☑NKA | Past Positive TB Skin Test (circle one) YES (Complete TB Screening Form) NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

| 1) Level of Consciousness: (✓) Alert  ( ) Oriented; time, place, person  ( ) Lethargic ( ) Stuporous ( ) Comatose  Describe: | 3) Substance Abuse:  ( ) Yes  (✓) No  ( ) Suspected  ( ) Current intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms  ( ) Drugs ( ) Alcohol  Describe- What kind? Amount/Frequency? |
| 2) General Appearance  (✓) Normal ( ) Abnormal | • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D. |
| 3) Signs of Trauma  ( ) Yes  (✓) No | Last Use: (Time/Date): |
| 4a) Behavior/Conduct: (✓) Calm  ( ) Cooperative  ( ) Non-Violent  ( ) Agitated  ( ) Uncooperative  ( ) Violent  ( ) Manipulative  ( ) Disorganized  Describe: | 4b) Affect/Mood: (✓) Normal ( ) Manic  ( ) Depressed  ( ) Euphoria  ( ) Flat  ( ) Emotionally Confused  Describe: |
| 4c) Perceptions:  ( ) Delusional  ( ) Hallucinations | ( ) Hearing Voices |
| 5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No |
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:  *Any abnormal observations #4 or 5 require immediate Mental Health Referral. | Triggers for Suicide Watch  - Currently Suicidal  - History of actual attempt  - Fails to maintain control on  Close Watch  Y or N | Triggers for Close Watch  - Emotionally distraught and unable to regain composure by end of intake process  - Actively hallucinating or not making any sense  Y or N |
| 6a) Communication Difficulties  ( ) Yes  (✓) No | 6b) Memory Defects  ( ) Yes  (✓) No |
| 6c) Hearing Impairment  ( ) Yes  (✓) No | 6d) Speech Difficulties  ( ) Yes  (✓) No |
| 7) Physical Aids: ( ) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches  ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  (✓) Other Lt eye patch | | | |
| 8) Additional comments, complaints, symptoms:  None ☑ | | | |

S)

O)    Fever  Y  N        Swollen Glands  Y  N        Signs of Infection  Y  N        Skin Intact  Y  N

A)

P)

If known Diabetic * Call M.D. for order _____.  Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for

health services to be provided to me by and through PRISON HEALTH SERVICES.

_____
Inmate's Signature/Date

_____
Health Provider Signature/Date   RN 10/11/05

60412-AL



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

~~Henry Tucker~~  MRs MRS John Sarah Byrd                                Grand Parent's

**Name** _____     **Relationship** _____

16387 County Rd # 21                                     205-371-6550

**Street Address** _____     **Phone Number** _____

Moundville                              AL                    35474

**City** _____     **State** _____     **Zip Code** _____

Henry Tucker                    185861  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  9/11/05

**Inmate Signature** _____     **AIS#** _____  **SS#** _____  **Date** _____

_____                                _____

**Witness**                                                              **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Tucker Henry | 185861A | 1/13/70 | B/M | KCF |

## PSYCHOLOGICAL UPDATE

Name: Tucker, Henry     AIS#: 185161 F     R/S: B/m

Date: 10/19/05     Date of Birth: 1/13/70     Age: 35

Inmate Tucker was last evaluated by ADOC psychology staff member
WC Plantley on 2/28/96
A diagnosis of R/S was made and the inmate was
recommended for participation in ABE, MH workshops

The following observations and recommendations are made as a result of the current interview:

**I.** <u>Educational Needs</u>
____ a. ABE          ____ b. Special Education     ____ c. Trade School          ____ d. Junior College

**II.** <u>Mental Health Needs</u>

____ A. Refer to psychiatrist          ____ E. Sexual adjustment          ____ I. Self-concept enhancement

____ B. Substance abuse counseling     ✓ F. Reality therapy          ____ J. Healthy use of leisure

____ C. Depression          ____ G. Anger-induced acting out          ____ K. Personal development

____ D. Stress management          ____ H. Values clarification

____ Date referred to psychiatrist          ____/____/____

**III. RECOMMENDATIONS/REMARKS:** (S) prejudist w
patch over left eye + (S) claim
he total lost right eye to M.V.A
12/04. (S) asking he was still
due to FTR x 2 yr. (S)
clear for work release when
elible.

note: (S) talks a real game
but p/s now the law

MENTAL HEALTH CODE:     SMI     HARM     HIST     (NONE)

Evaluation Completed by: _Rembue Opal_     Date: 10/19/05

N-259 A (2/2001)
White to Central Records
Yellow to Institutional File
Pink to Data Entry and forwarding to Medical Record

RECEIVED OCT 19 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

_____          _____          _____
Inmate Signature                                        AIS #                               Date Signed

Tucker, Henry

# MENTAL HEALTH
## RECEPTION MENTAL HEALTH SCREENING

Institution: KILBY                          Date/Time Inmate Received: 10/11/05 1135
Date/Time of Screening: 10/11/05 1523        Signature /Title of Screener: _____

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
- ☐ Yes ☑ No   Psychotropic Medication: _____
- ☐ Yes ☐ No   Medication turned over to a DOC upon arrival? _____
- ☐ Yes ☑ No   Mental Health follow – up in last 90 days: _____
- ☐ Yes ☑ No   Suicide/self harm attempts in last 90 days: _____

## MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):
- ☐ Yes ☑ No   Outpatient treatment: _____
- ☐ Yes ☑ No   Inpatient treatment: _____
- ☐ Yes ☑ No   Psychotropic Medication: _____
- ☐ Yes ☑ No   Suicidal Attempts: _____
- ☐ Yes ☑ No   Suicidal Thoughts: _____
- ☑ Yes ☐ No   Head Injury: MVF 12/04
- ☐ Yes ☑ No   Seizures: _____
- ☐ Yes ☑ No   Violent Behavior: _____
- ☐ Yes ☑ No   Substance Abuse: _____
- ☐ Yes ☑ No   Substance Abuse Treatment: _____
- ☐ Yes ☑ No   Special Education classes: HS grad

## INMATE SELF – REPORT OF CURRENT STATUS
- ☐ Yes ☑ No   First incarceration (reaction): God " Terrible "
- ☑ Yes ☐ No   Reports family support: Mother Grandparents
- ☐ Yes ☑ No   Reports serious depression/remorse: _____
- ☐ Yes ☑ No   Thinking about suicide: _____
- ☐ Yes ☑ No   Has plan for suicide: _____
- ☐ Yes ☑ No   Possible to implement plan: _____
- ☐ Yes ☑ No   Reports hallucinations: _____

## BEHAVIORAL OBSERVATIONS
- ☐ Poor eye contact          ☐ Poor hygiene           ☐ Unable to pay attention   ☐ Unresponsive
- ☐ Disorientated            ☐ Overly anxious         ☐ Unable to follow directions ☐ Unable to read
- ☐ Crying                   ☐ Memory deficits        ☐ Signs of self-mutilation   ☐ Afraid
- ☐ Illogical speech content  ☐ Appears to be hearing voices of seeing things   ☐ Paranoid
- ☐ Hostile      ☐ Other unusual behavior: _____

## DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)
- ☐ Routine housing and mental health follow-up          ☐ Emergency mental health referral
- ☐ Priority mental health follow-up but not emergency   ☐ Safe cell recommended
- ☐ Current Psychotropic meds verified/interim supply ordered  ☐ Parole violator interim assessment referral

| Inmate Name: Tucker Henry | AIS#: 185861 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/18/07

**To:** _____

**From:** _____

**Inmate Name:** _Tucker, Henry_ **ID#:** 185861

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**
MD appt on 2/6/07 @ 0800 AM

_____

_____

_____

**Date:** 1/18/07 **MD Signature:** Dr Pleasant/BBrannon LPN **Time:** _____

Henry Tucker

60418

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SEGREGATION HEALTH LOG

Name: Tucker, Henry

AIS #: 185816

Cell: Seg 104

Name Key:
NC  No Complaints
C   Complaint (Provide Documentation in Complaint Section)

| Year 2002 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | NC NC | NC | | | NC | NC | NC | NC NC | NC NC | NC | | NC | NC | NC | NC | NC | NC NC | NC NC | NC NC | NC | NC NC | NC NC | NC | NC NC | NC NC | NC | | | |
| Nurse | | DT DT | DT | | | DT | DT | DT | DT DT | DT DT | DT | | DT | CR | CR | CR | DB | DB | DB | DB | DT | DT | DT | DT | DT | DT | DT | CH | | | |
| July | | NC NC | NC | | | NC | NC | NC | NC NC | NC NC | | | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | | | |
| Nurse | | DT DT | DB | | | DT | DT | DT | DT DT | DT DT | DT | | CH | CR | CH | CH | DB | DB | DB | DB | DT | DT | DT | DT | DT | DT | CH | DB | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials:

_____  DT
_____  DB
_____  Chester, LPN    CH
_____  Brannon, LPN    BB

60527-AL

Name _____    AIS# _____

Initial Assessment:    Date _____

Vital Signs:    B/P _____    P _____    R _____    T _____

Signs of Trauma:    Yes _____    No _____    Describe: _____

Health Record Review
Illnesses Identified By Master Problem List: _____

ADL Needs/Concern (Addressed/Cleared by Physician): _____

Physician Signature / Date / Time: _____
Mental Code: _____

Current Medications: _____
Chronic Care Clinics: _____
Mental Health Notified on Date/Time: _____

Patient Assessed: _____    Medical Record Reviewed:    Yes _____    No _____    Nurse's Signature: _____

Assessment:
6-14-06 (17) Refused Tylenol 1 gm PO (Chester,LPN)



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

60527-AL

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tucker,        Henry    # 185861_
                          LAST              FIRST            MI

**DATE OF BIRTH** _01-13-69_          SS# _____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

_May Kop
Benzoyl Peroxide
to use on
face daily X's
10 days as
needed_

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _B. Leile RN_                Date _6-30-06_

_Henry Tucker_

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Tucker, Henry_

LAST          FIRST          MI

DATE OF BIRTH _01-13-69_       SS# _185861_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

May KOP liqui
tears to use left
eye as needed X
180 days
6-07-06 till
12-07-06

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _B. Little RN_       Date _6-07-06_

_Henry Tucker_

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) <u>Tucker</u>     <u>Henry</u>     _____
                          LAST                 FIRST        MI

DATE OF BIRTH __1·13·69__     SS# __185861__

**Housing Recommendations:**

General Population _____     (1. Lay-in x 2 wks
5-9-06 — 5-23-06

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____     (2. To see Dr. Rayapati
in Inc. 6/9/06

Isolation _____     @ 800/am

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____     (3. Change Eye Pad

Physically Handicapped _____     daily @ 500 am. Or

Developmentally Disabled _____     <u>Call</u> Polysporin eye

Drug/Alcohol Withdrawal _____     Oint daily x 2 wks

Special Mental Health Needs _____     (OS) after cleanse

Expressed Suicidal Ideation _____     lids c̄ Saline and cotton

History of Seizures _____     balls. X 2 WKS

Other _____

Specify _____

Nurse __V. Cfernaghpn__     Date __5-9-06__

Henry Tucker - 18586l



**PRISON HEALTH SERVICES INCORPORATED**

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5/4/06_

**To:** _Ventress C.F._

**From:** _Healthcare Unit_

**Inmate Name:** _Tucker, Henry_    **ID#:** _185861_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _Ø Work x 7 days (5/4/06 → 5/11/06)_

4. May have extra _____ until _____

5. Other _____

**Comments:**

_* Bottom Bunk Profile x 7 days —_

_* Ø heavy lifting > 10# x 7 days —_

_(5-4-06 → 5-11-06)_

_____

**Date:** _5/4/06_ **MD Signature:** _U/O Dr. Rayapati /_ **Time:** _1530_
_T. Stark, LPN_

_Henry Tucker_

60418



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Tucker, Henry_       _185861_
   (Print Name)                                             (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint
(X)   Eyeglasses
(   )   Dentures
(   )   Prothesis      describe _____
(   )   Wheelchair
(   )   Cane
(   )   Crutches
(   )   Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Henry Tucker_                _3/16/06_
(Inmate)                                  (Date)

_Ed Campbell_                _3-16-06_
(Witness)                                (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 185861 | 1/13/69 | B/M | VCF |



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Henry Tucker_

Date of Birth: _1/13/70_          Social Security No.: _A I S 186861_

Date: _12/27/05_          Time: _2:20_          A.M. / P.M.

This is to certify that I, _Henry Tucker_ , currently in
(Print Inmate's Name)

custody at the _Ventress Correctional_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Refusal fasting Dv. alone_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

x _Henry Tucker_          _[signature] RN_          _12/28/05_
(Signature of Inmate)**          (Signature of Medical Person)

_____          _____
(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____ 11-21-05 _____    Time: _ 921 _ A.M.
                                              P.M.

I have been advised by Medical Staff _____ N VCF _____

that it is necessary for me to undergo the following treatment:

_____ Nep B Vaccee _____
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _____ VCF _____,
                                                            (Name of Facility)

and its agents and employees from any liability.

Inmate: _Henry Tuck_____    Date: _11/21/05_

Witness: _A Marsh Ln_____    Date: _11-21-05_

Witness: _G Johnson LPN_____    Date: _11.21.05_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker Henry | 185586 | 1-13-69 | B/m | VCF |

PHS-MD-70032                                    DOC # 010-127-004

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: _Tucker, Henry_    AIS. _18386_1_    DOB    UNIT _601/VCF_ YEAR _2005_

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:
M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL

NC 072

B/18586/

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

### RECEIVING SCREENING FORM

Inmate's Name: Tucker, Henry Lee ___ Date: 10-20-05 Time: 9 30AM

DOB: 1/17/70 Officer: ___ Institution: VCF

*Receiving Officer's Visual Opinion*

| | Yes | No |
|---|---|---|
| 1. Is the inmate conscious? | X | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | Blind ✓ L-EYE |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. Have you ever attempted suicide? | | ✓ |
| (If YES, When? ___ How? ___ | | |
| 16. Do you want to do any harm to yourself now? | | ✓ |

|  | Yes | No | No Response |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | | ✓ | |
| 18. Are you allergic to any medication? | | ✓ | |
| 19. Have you recently fainted or had a head injury? | | ✓ | |
| 20. Do you have epilepsy? | | ✓ | |
| 21. Do you have a history of tuberculosis? | | ✓ | |
| 22. Do you have diabetes? | | ✓ | |
| 23. Do you have hepatitis? | | ✓ | |
| 24. Do you have a painful dental problem? | | ✓ | |
| 25. Do you have any medical problem we should know about? | | ✓ | |
| 26. Do you have a past alcohol or drug history? | | ✓ | |

What type? _____ How much use? _____

For how long? _____ Last time used? _____

*Comments:* (Unusual behavior, etc.)

_____

_____

*For the Officer:*

27. Was the new inmate briefed on sick/dental call procedures?     ✓ _____

28. This inmate was:  a. Released for normal processing     ✓ _____

  b. Referred to appropriate health care unit     _____

  c. Immediately sent to health care unit     _____

_____ ⊂ℑ
Officer's Signature

*Note:* This form is completed on inter and intra system transfers at receiving and will be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_____
Inmate's Signature

# VENTRESS CORRECTIONAL FACILITY

# VERIFICATION OF ACCESS TO HEALTHCARE

THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS.  I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.


_Henry Tucher_
SIGNATURE

_185861_
AIS NUMBER

_G Johnson LPN_
WITNESS

_10/20/05_
DATE



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  | 10/11/05 |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ | 0mm |

OTHER: _Cleared for Kitchen Worker_

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _G Johnson LPN_    DATE: _10/20/05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Henry Tucker 185861_    DATE: _10/20/05_

EXPIRATION DATE: _10/11/06_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 185861 | 1/13/69 | B/m | VCF |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

# RECEIVING SCREENING FORM

INMATE'S NAME: _Tucker, Henry_    DATE: _10/11/05_  TIME: _11:00 a_

DOB: _1-13-70_    OFFICER: _Col Hives_    INSTITUTION:  __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    __X__  a.  Released for normal processing

_____  b.  Referred to health care unit

_____  c.  Immediately sent to the health care unit.

_Col Hives_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



**PRISON
HEALTH
SERVICES
INCORPORATED**

# INFIRMARY DISCHARGE

INMATE NAME: _Tucker Henry_     DOC# _185-841_

DISCHARGE DATE: _6/7/06_

DISCHARGING DIAGNOSIS: _(L) side pain  R/o a++_

DISCHARGING PHYSICIAN: _Haylow_



**PRISON HEALTH SERVICES INCORPORATED**

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / <br> ALLERGIES: | |
| Use Last      Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  / <br> ALLERGIES: | |
| Use Fourth     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: Tucker, Henry <br> #185861 <br> D.O.B. 1/13/69 <br> ALLERGIES: NKDA <br> _Noted B. Feliciana 02-05-07 1620_ | DIAGNOSIS (If Chg'd) <br> UM for placement of (L) eye prosthesis |
| Use Third     Date 2/5/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED _Pleasant SNP_ |
| NAME: Tucker, Henry <br> #185861 <br> D.O.B. 1/13/69 <br> ALLERGIES: NKDA <br> _Noted_ | DIAGNOSIS (If Chg'd) <br> ① motrin 600 x 4 ID prn <br> x 60 days for HA <br> t eye pain <br> ② RTC 3 wk √ on (R) eye <br> prosthesis _Pleasant SNP_ |
| Use Second    Date 2/5/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: Tucker, Henry <br> #185861 <br> D.O.B. 1/131/69 <br> ALLERGIES: NKDA | DIAGNOSIS <br> ① D/C all previous appt <br> ② Appt in 3 wk |
| Use First     Date 1/22/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Tucker, Henry
185861
D.O.B. 1/13/69
ALLERGIES: NKDA

Use Last    Date 1/18/07

DIAGNOSIS (If Chg'd)
HCU visit 3 wk to VON
① eye prosthesis

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
185861
D.O.B. 1/13/69
ALLERGIES: NKDA

Use Fourth    Date 1/18/07

DIAGNOSIS (If Chg'd)
④ Hume Sid DM ī B.E. BIOX
10 dys
⑤ Bed rest 48°
log-in

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
185861
D.O.B. 1/13/69
ALLERGIES: NKDA

Use Third    Date 1/18/07

DIAGNOSIS (If Chg'd)
① Motrin 600 m po Now ī
QID prn for
② Percogesic 4&8 2 mo and
QID prn for
③ CTM 8 po NN BID X 7day

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKDA

Use Second    Date 1/8/07

DIAGNOSIS (If Chg'd)
① FCU q2wk X 2month

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKDA

Use First    Date 11/16/06

DIAGNOSIS
① 1 pair Size 12 shoe prd X6mos
② Benzoyl Peroxide
ī bottle 10 g X 98 dys

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES: NKA

Use Last    Date 10/25/06

DIAGNOSIS (If Chg'd) U/M f/ R eye prosthesis
(see note dated
10/25/06)
Cox ocular prosthetics / Bham, Ala
1-800-426-5392

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES: NKA

Use Fourth    Date 10/23/06

DIAGNOSIS (If Chg'd) F/u q 2wk f/ status
by prosthetic eye evolved
x 3 mos.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES: NKA

Use Third    Date 9/19/06

DIAGNOSIS (If Chg'd) Lemoral H₂O₂ + BTL POP x 90d.
c/o Dr. Pleasant / J. Ashi RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
185861

D.O.B. 1/13/69
ALLERGIES: NKA

Use Second    Date 6/14/06

DIAGNOSIS (If Chg'd) Flexeril 10 mg po nox 30d

☑ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry

D.O.B. 1/13/68
ALLERGIES: NKA

Use First    Date 5/14/06

DIAGNOSIS Bengay Topical daily x 30 days

RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Tucker, Henry
#185861

D.O.B. 11/3/70
ALLERGIES: NKDA

Use Last    Date 6/12/06

DIAGNOSIS (If Chg'd)
Back Exercises daily x 90 #

OTC PRN

noted Talks UP
R. T. Stults LPN
6/12/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 11/3/70
ALLERGIES: NKDA

noted R.N
B. Tucker
6/07/06

Use Fourth    Date 6/07/06

DIAGNOSIS (If Chg'd)
Artificial tears eye gtts to left eye
PRN x 6 months / KOP
V.O. Dr Rayapati / B. Lilly RN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 11/3/70
ALLERGIES: NKDA

Noted RN
6-7-06

Use Third    Date 6/7/06

DIAGNOSIS (If Chg'd)
Release to DOC
Bactrim DS T po B 10 x 5 dys
Percogesic II po nox 5 dys then
Tylenol 1 gm TID PRN x 1 week
UA Routine Dip    RTC PRN
M. Law

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 11/3/70
ALLERGIES: NKDA

noted 6-7-06
C. Hunter LPN
0430

Use Second    Date 6/7/06

DIAGNOSIS (If Chg'd)
Admit to infirmary
Motrin 400 mg PO now
Percogesic II PO now
UA dipstick
FUc CBNP in AM
C. Hunter, LPN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 11/3/70
ALLERGIES: NKDA

noted RN
5/28/06

Use First    Date 5/28/06

DIAGNOSIS
Motrin 800 mg Po BID x 3 days
T/O Dr. Rayapati / B. Massey RN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /
ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /
ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /
ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: Tucker, Henry
185861
D.O.B. 1/13/69
ALLERGIES: NKDA
Use Second    Date 5/30/06

DIAGNOSIS (If Chg'd)
1) Motrin heat Topical 15 mg daily x 30d
2) Bengay Topical PRN to Lower Back —
   30 d
3) Back Exercises daily x90d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Tucker, Henry
185861
D.O.B. 1/13/69
ALLERGIES: NKDA
Use First    Date 5/18/06

DIAGNOSIS  check PPD
1) F/U appt ē DR. Jones 6/9/06
   May go on DOC Van.
2) Septra DS i tab P.o. BID x 10days
3) Pseudofed 60 mg P.o. BID x 10days
4) Tylenol 1000 mg P.o. PRN - QD for AA x 7d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKDA

Use Last    Date 5/18/06

DIAGNOSIS (If Chg'd) Admit to infirmary
Tylenol 1 gm PO TID PRN

T/O Dr. Rayapati/CHunter, LPN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Noted CHunter, LPN 5/18/06 ORD

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKA

Use Fourth    Date 5/09/06

DIAGNOSIS (If Chg'd) 1) Stay in 2 wks
2) RTC 1 mo
3) Poly Spron Eye oint daily x 2 wks OS left
4) cleanse lids c saline and cotton balls
Change pad daily

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKA

Use Third    Date 5/4/06

DIAGNOSIS (If Chg'd) Stay in/wak step x 7 day
BB profile x 7 day
No heavy lifting >10# x 7 day
Keep the appointment

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKA

Use Second    Date 5/4/06

DIAGNOSIS (If Chg'd) Δ daily Polyspron eye oint to
OS only c PRN Pressure Patch
replacement - Patch to remain in
place till the visit Post op

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861
D.O.B. 1/13/69
ALLERGIES: NKA

Use First    Date 5/4/06

DIAGNOSIS  check N.op
PRESSURE patch on OS - Till 5/10/06
Poly Spron oint daily to OS x 5 day
To See Dr Jones CPA May 9, 06  10:15/09
May go by Ambulan -

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)                MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: _Tucker, Henry_
#185861

D.O.B. 1/13/69
ALLERGIES: N/A

Use Last    Date 5/3/06

DIAGNOSIS (If Chg'd)
1] To see Dr. Jones OPH - tomorrow at 10:30
2] May go by Doc Van.
3] percogesic 2 Tab po Q8H PRN x5 day
4] Admit to infirmary pending further eval.
5] DC Lortab - and Advil.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: _Tucker, Henry_
#185861

D.O.B. 1/13/69
ALLERGIES: NKA

Use Fourth    Date 4/3/06

DIAGNOSIS (If Chg'd)
Referral to Eye - Consult- Dr. Jone
for ① Eye Surgery

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES:
                    3/31/06
Use Third    Date

DIAGNOSIS (If Chg'd)
To see M.D
                Needs T wure
                        (F/U - Eye Consult)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker Henry
#185861

D.O.B. 1/13/70-69
ALLERGIES: NKDA.

Use Second    Date 3/27/06

DIAGNOSIS (If Chg'd)
Percogesic ī po q id prn pain x 3 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES: NKA

Use First    Date 3/16/06

DIAGNOSIS
MOTRIN 400 mg ī TID X10 days
PRN for pain

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)



**PRISON
HEALTH
SERVICES**
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES: NKDA

Use Last    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
#185861

D.O.B. 1/13/69
ALLERGIES: NKDA

Use Fourth    Date 3/6/06

DIAGNOSIS (If Chg'd)
Tylenol

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:
      Tucker
      Henry
      NKA

D.O.B.  /  /
ALLERGIES:

Use Third    Date 3/10/06

DIAGNOSIS (If Chg'd)
May go by DOC Transport

R

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:
185861    Tucker
          Henry  noted
D.O.B. 1/13/70    3-6-06
ALLERGIES: NKDA    NKAMBonquil
              12/5

Use Second    Date 3/6/06

DIAGNOSIS (If Chg'd)  to Lee M.D.  (F/U free World Consult)

R

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Tucker, Henry
          185861

D.O.B. 1/13/70    Dardy
ALLERGIES: NKDA   10-12-05

Use First    Date 10/2/05  1 pr

DIAGNOSIS
EKG
CmP, CHO
Eye Clinic referral
per protocal  Dardy, mD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Tucker, Henry #185861          D.O.B.: 1/13/69 |
|-----------|---------------------------------------------------------------|

1/22/07  WT 156  BP  P62  R 18  T 98⁸  F/U Eye

    Ⓢ Pt seen 1/18/07. He has had molds made for his prosthesis.

    Ⓟ Awaiting call from Cox for pt to return for his prosthesis

2507  wt 156, B/P 120/70, P78, T 98.8, O₂sat 98%  R 20  f/u eye

    Ⓢ Pt F/U C ® eye prosthesis. States the plastic cover for the ® eye cause pain & headache.

    Ⓞ ® eye patch

    Ⓐ ® eye enucleation

    Ⓟ awaiting prosthesis

    Ⓟ Tx plan



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Tuckey, Henry #185861 | D.O.B.: 1 / 13 / 69 |
|---|---|---|

1-8-07  Wt 156   B/P 120/80   P 64   R 20   T 96⁸

S. my eye
pt states the (L) eye shield falls out all
the time  Also (L) eye hurts badly some
time

Ⓞ  Eye shield in pocket, tissue in Ⓛ eye
ⓢ discharge + sl. reddened.

Ⓐ  (L) eye enucleation

Ⓓ  recheck progress on eye prosthesis

Ⓔ  Tx plan

1/18/0   FWA
3⁰⁰P   - pt returns from free world appt
ē eye prosthesis company, they took
mold today. He has a cold, + HA
Also Eye & (L) facial pain

Ⓞ  Eye socket - Redder than usual
ⓢ facial swelling

Ⓐ - Eye pain + facial pain
- cold

Ⓟ  See orders.

Ⓔ  Tx. Plan

| Date/Time | Inmate's Name: Tucker, Henry #185861 | D.O.B.: 1/13/69 |
|---|---|---|

11-6-06 Wt. 149  P 61  T 96.8  B/p 100/70  R 20

f/u

S) A for eye prosthesis

O) No chg

A) Eye prosthesis

P) Contact Michelle Regan regarding Vendors

11.16.06  Wt. 146   P 67  T 96.8  B/p 110/80 R 18

c/o acw/foot

S) R/o shoe hurting + no cushions
Also c/o sore + scrap on face

O) - multiple bumps on face
- Shoes ∘ any padding - Very hard

A) - thin losers
- Bilat foot pain

P) - Shoe pain
Bunyagle provisional

O) Tx plan

| Date/Time | Inmate's Name: Tucker Henry | 185861A | D.O.B.: 1/13/69 |
|---|---|---|---|

**10-14-06** WT 145   B/p 120/80   P 69   R 20   T 96²

S: "back pain"

O) NT LS-

No Swelling

ROM NL

no clinical Spasms

A) Malingering - ?

mild stiff back

P) Bengay

E) Exercises

℞

**10-14-06** WT-145# B/p-120/80 T-96° P-69 R-20

C/U eye Surgery - 3 6 BM post op L eye Surgery
for removal of L eye 2° to old trauma & MOA 2004
Surgery completed c prosthesis planned in near future
Still C/O of BACK pain fo B.l CVA area 3 no mo for
Same c eval completed and rx given

NAD voices & clo c L eye O Pain

A removal L eye

P/E cont current med tx Plan as directed
cont exercises AND topical analgesic as directed
add flexeril 10 mg 1 po no x 3 days
f/u c mo f/c Pain cont

H al ano

| Date/Time | Inmate's Name: Tucker Henry | D.O.B.: 01/13/69 |
|---|---|---|

5-30-06 | wt 148, T 98.8, P 20 P 76, O₂ Sat 98%
BP 120/70   c/o ↓ back pain while standing

O) Malingering for back pain
   NL ROM - LS -
   NT - no deformity
(A) going to see Dr Jones
   on 6/9/06 for Eye f/u —
P) Reagan
(E) Back Exercises

6-7-06 | WT 147 BP 118/60 P 66 R 20 T 97.8 O₂SAT 98%, back pain,
36 B M [?] flu ē Back pain ē Hx of UTI in past
c/o stabbing pain + Ⓛ Side ē ↑ Pain ē Ambulation.
denies hesitancy or urging ē urination Ⓔ Pain ē
urination reported
   N/b Ambulates slowly to area
   N EENT ē Hx Evacuation of fluid to Ⓛ eye
   ABD flat soft ē slight tend reported to
   Ⓛ Ant Post area of ABD Ⓝ CVA tend
   BACK - ⊖ masses ⊕ tend to palp
      From midd to spinal area SLR ⊖ B.l
A | R/o uta UTI
P | UA - d.i.p - Routine
  | ↑ Fluid to 8-10 80z glass H₂O daily
/E | Bactrim DS Tab BIDX 5 days
  | Percogesic TTPO TIDX 3 days then
  | tylenol 1 gm po TIDX /week RTW
  → RTL Pain                    [signature] —

| Date/Time | Inmate's Name: | Tucker, Henry | D.O.B.: 01/13/169 |
|---|---|---|---|

5/03/06 160) B/P 118/80 , P 64, T 97$^8$, R 20, O2 Sat 96%. C/O pain (L) eye noted (9) on Scale 1-10. B. Leslie RN

5-18-06
0700  O - Pt lying quietly in bed c̄ eye Closed. Respirations even and unlabored dressing to (L) eye dry and intact ——— MBenefield

5-18-06
0830  S. "I'm alright".
O. Pt ambulated up hallway for VS   WT 146½  T 99$^8$  P 64  R 20  B/P 118/80 — skin warm and dry to touch ——— respiration even and unlabored dressing to (L) eye dry and intact ——— no acute distress noted at present time
A. Altered Comfort (R/T) HA; eye pain
P. will observe
E. Instructed to let nurse know of any problems ——— MBenefield



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Tucker, Henry | D.O.B.: 1/3/69 |
|---|---|---|

12-15-05   Wt 150    P 65    T 96.8    B/p 124/82   R 20

C/o L) eye

H/o Trauma   GISW

O) PERRLA              blunes vision &
   Posture ↑

(A) ? Glaucoma —

(P) Referral optㅎ

(E) Comply

3/16/06   Wt. 151 1/2    B/p 100/60,   P 68   R 16  T 98
M.D. request cancel problem
resolved R/(eye) appointment 7thb 4

4-3-06   Wt 152    P 66    T 98⁸   B/p 11/80   R 20   02sat 98% a
eye F/u
Returned from opth. told, he needs an
appt for Surg —
AE- NO changes.
(A) blind painful Eye
(P) Evisceration.
(E) appt c Dr. Jose



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Tucker, Henry   185861   D.O.B.: 11/3/69 |
|-----------|------------------------------------------------------|
| 5-18-06 | WT 146½   T97⁸   P64   R20    B/P 116/80 |

S– "infirmary"
S/P evisceration ? OS

O) HEENT
Tender around
More on frontal right — Sinus site
No swelling or
Erythema – ∴ No clinical
evidence of cellulitis
No disch from the eye

A) Now no c̄ Tylenol
acute sinusitis:
? Sp-Fung — infection ? unlikely

P) Will arrange follow up visit to eye doc.
Treat as
sinusitis acute, Allergic/Bacterial

E) Comply          R



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Tucker, Henry | D.O.B.: 1/13/69 |
|---|---|---|

6/12/06
1145

WT-146# B/p-130/80 T-98.6 P-76 R-18

Kidney?

O dysuria
or frequency
CVA - NT
Abd- soft NT
LS NT — no deformity
ROM NL

(A) 9 mild MS pains
(P) on Tylenol
(S) Back Exer —

IM

Will go to see
Jones —
for possible
ortho fixed eye
in 12/06 some time



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: *Tucker, Henry* | D.O.B.: / 1/3 /70 |
|---|---|---|

8-14-06  WT 155  BP 100/62  P 58  R 16  T 97.8  O2 SAT 97%  Eye Prosthesis

10-23-06  WT 145  P 70  T 96.8  B/P 118/80  R 20

C/o Eye

② HS Visit for eye prosthesis referral

O ① eye swollen/tear eye

A) Need ① eye prosthesis

R) referral

E) poc

10/25/06  Eye prosthesis request

Conversation with Dr Jones today.

Prosthesis is a must to protect remaining

contents of eye and the optic nerve.

This is not a cosmetic Need, but

a medical Necessity  AP



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Henry Tucker_     Date of Request: _1/3/06_
ID # _155861_     Date of Birth: _1/13/76_ Location: _10-B-43B_
Nature of problem or request: _I need to get my left eye check_
_out by the doctor. I'm having Survey pain in it_

_Henry Tucker_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _1/4/07_
Time: _545_   AM (PM)
Allergies: _NKA._

```
┌──────────────────────────────┐
│         RECEIVED             │
│  Date: 1/4/07                │
│  Time: 8:30                  │
│  Receiving Nurse Intials DS  │
└──────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _See Net too l_

**(P)lan:** _Report to HCu monday 1/8/07 @ 7am_
_for MD appt._

Refer to: (MD) PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**

Nursing Evaluation Tool    Eye Pain/Complaint

Facility: Alabama Department of Corrections

Patient Name: _Tucker_ (Last)    _Henry_ (First)

Inmate Number: _185861_    Date of Birth: _1 / 13 / 69_ (MM / DD / YYYY)

Date of Report: _1 / 4 / 07_ (MM / DD / YYYY)    Time Seen: _5 45_ AM / **PM** Circle One

## Subjective:

**Chief Complaint:** (Check All That Apply)
- ☐ Foreign body:    ☐ Right side   ☐ Left side    **Foreign body type:** _____    or ☐ Unknown
- ☐ Change in vision:    ☐ Right side   ☐ Left side   ☐ Blurred  ☐ Decreased
- ☐ Eyelid Complaint:    ☐ Right side   ☐ Left side  (Describe Below)
- ☐ Trauma:    ☐ Right side   ☐ Left side  (Describe Below) **Trauma sustained in altercation with custody staff, or other inmate?** ☐ NO  ☐ YES (Requires notification of correctional staff)
- ☐ Conjunctivitis:    ☐ Right side   ☐ Left side
- ☐ Seeing spots / flashes / floaters:    ☐ Right side  ☐ Left side
- ☐ Request for glasses:  ☐ No other visual complaint  **Prior History of glasses?** ☐ NO  ☐ YES  Last time seen by optometrist:

**Associated Symptoms / Additional Eye History**
- ☐ Pain: ☐ NO  ☐ YES  **Pain Scale:** (1-10) _9_    **Pain Description:** _aching_  Dull, Aching, Burning, Stinging, etc.
- Tetanus Toxoid Within 10 years: ☐ YES  ☐ NO    **Recent eye surgery** ☐ NO  ☐ YES
- Conjunctivitis symptoms: ☐ Hay fever / Allergies  ☐ Itchy  ☐ Redness  ☐ Watery  ☐ Redness  ☐ Discharge: _____
- History of Glaucoma?: ☒ NO  ☐ Yes (taking glaucoma medications? ☐ YES  ☐ NO    **Cataracts** ☒ NO  ☐ YES
- History of Retinal Detachment?: ☒ NO  ☐ Yes (_____)
- History of trauma: ☐ NO  ☐ YES  Type: ☐ Blunt  ☐ Penetrating  ☐ Chemical  ☐ Other: _____

Onset: _____

History: _Need to get my prosthesis for this eye, it is hurting_
(Continued on back if necessary) _my prosthesis falls out, and I have to replace it_

## Objective: **vital Signs:** (As Indicated) T: _98_  P: _83_  RR: _20_  B/P: _110 / 180_

Visual acuity: R_____  L_____   (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

Periorbital Exam: ☐ Normal  ☐ Swelling  ☐ Evidence of Infection  ☐ Bruising  ☐ Other:_____

| Eye Exam: | Normal Findings | Abnormal Findings |
|---|---|---|
| Pupil: | ☐ PERRL | ☐ Pupil unequal/abnormal: _____ |
| Conjunctiva: | ☐ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red  ☐ Discharge _____ |
| Sclera: | ☐ Sclera white | ☐ Yellow  ☐ Red |
| Foreign body: | ☐ No Foreign body | ☐ Foreign body |
| Eyelid: | ☐ Normal | ☐ Red/Discolored  ☐ Injury/Lesion  ☐ Scaly  ☐ Inflamed at margin  ☐ Hematoma |
|  |  | ☐ Drainage: _____  ☐ Sty |

☐ Additional Examination: _WT # 156  OS/Pt wearing plate over left_
Continue on back if necessary _eye, eye contain plastic shield which Im. states falls_
_out + at. causing him pain_

## Assessment: (Referral Status)    **Preliminary Determination(s):** _Alt. in Sight_
- ☐ Referral **NOT** Required  Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ☒ Referral **Required**
  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan: Check All That Apply: ☐ Irrigate with sterile $H_2O$ or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☐ Instructions on care/treatment of conjunctivitis.
- ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)    ☐ Instructions to return if condition worsens.
- ☐ Other:_____ (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____
Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr. Pleasant_    Date for referral: _1 / 8 / 07_

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____
X _____ Nurses Signature    Name: _J. Davis, RN_ Printed



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _HENRY TUCKER_    Date of Request: _11/13/06_
ID # _185861_    Date of Birth: _11/3/70_  Location: _10-B-43-B_
Nature of problem or request: _I have razor bumps under my chin_
_I had some acne mediation and I have ran out. I_
_would like to get some more. I would also like to get_
_my feets look at._

_Henry Tucker_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _11/14/06_
Time: _12:12_ AM (PM)
Allergies: _NKA_

| RECEIVED |
|---|
| Date: 11-14-06 |
| Time: 8:30 |
| Receiving Nurse Intials: DS |

**(S)ubjective:**

**(O)bjective**   **(V/S):** **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:** _see Net toal_

**(P)lan:** _Benzoyl HCl 10%, 1 tube given ROP x 90 d._
_no refill before 90d,_
_Refer to HCU Thursday 11-16-06 @ 7A. per MD_

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

Patient Name: _Tucker_      _Henry_
First

Inmate Number: _185 864_      Date of Birth: _1 / 13 / 69_
MM DD YYYY

Date of Report: _11 / 14 / 06_
MM DD YYYY

Time Seen: _12:17_ AM (PM) Circle One

**Subjective:** Chief Complaint(s): _Need more shoe med for my feet_

Onset: _Can not w/ 2 wks_

Brief History: _I used all that up · use it every day for_
(Continue on back if necessary)
_the lymps ankle · Also Need insole for_
_my boots ._

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _73_ RR: _20_ B/P: _110 / 86_

☐ Check Here if additional notes on back

Examination Findings: _alert, O₂ Sat 98%. no shoe med'l_
(Continue on back if necessary)
_on file @ this time. however need to show_
_sml blister like area noted on heel. no other_
_area of irritation noted ._

**Assessment:** (Referral Status)    Preliminary Determination(s): _Alt. in skin integrity_
☑ Check Here if additional notes on back

☑ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☑ Other: _insole for boots ._

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: _Epsom salt use, & Muscof Cream_
(Explain)

OTC Medications given ☐ NO ☑ YES (If Yes List): _Benzoil H₂O₂ T Lop × 9 d ._

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Pleasant_

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?)___ Date for referral: _11/6/06_
MM DD YYY

Time

X _____      Name: _J. Adison_
Nurses Signature          Printed



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _HENRY TUCKER_     Date of Request: _10/20/06_

ID # _135861_     Date of Birth: _1/13/70_ Location: _10-B-43-B_

Nature of problem or request: _I need to see the Doctor to have him to look at my eye. It began to bother me badly. At any way possible I can see him as soon as possible._

_Henry Tucker_
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/20/06_

Time: _11:30_ (AM) PM

Allergies: _NKA._

| RECEIVED |
|---|
| Date: 10-20-06 |
| Time: 8:30 |
| Receiving Nurse Intials DS |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:**     **P:**     **R:**     **BP:**     **WT:**

**(A)ssessment:** _See next tool_

**(P)lan:** _Report to ACU Monday 10-23-06 @ 1:00 for MD appt._

Refer to: (MD) PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE (X)    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS

**Nursing Evaluation Tool**

**Eye Pain/Complaint**

Facility: Alabama Department of Corrections

Patient Name: _Tucker_

Inmate Number: _t 8586_ Last

First: _Henry_

Date of Report: _10 / 20 / 06_ MM DD YYYY

Date of Birth: _11 / 3 / 69_ MM DD YYYY

Time Seen: _11:30_ (AM) PM Circle One

## Subjective:

**Chief Complaint:** (Check All That Apply)
- ☐ Foreign body: ☐ Right side ☐ Left side **Foreign body type:** _____ or ☐ Unknown
- ☐ Change in vision: ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
- ☐ Eyelid Complaint: ☐ Right side ☐ Left side (Describe Below)
- ☐ Trauma: ☐ Right side ☐ Left side (Describe Below) **Trauma sustained in altercation with custody staff, or**
- ☐ Conjunctivitis: ☐ Right side ☐ Left side **other inmate?** ☐ NO ☐ YES (Requires notification of correctional staff)
- ☐ Seeing spots / flashes / floaters: ☐ Right side ☐ Left side
- ☐ Request for glasses: ☐ No other visual complaint **Prior History of glasses?** ☐ NO ☐ YES

**Associated Symptoms / Additional Eye History**
- ☐ Pain: ☐ NO ☐ YES **Pain Scale:** (1-10) _____ Last time seen by optometrist: _____
- **Tetanus Toxoid** Within 10 years: ☐ YES ☐ NO **Pain Description:** _____ Dull, Aching, Burning, Stinging, etc.
- **Conjunctivitis symptoms:** ☐ Hay fever / Allergies ☐ Itchy **Recent eye surgery** ☐ NO ☐ YES
- **History of Glaucoma?:** ☐ NO ☐ Yes (taking glaucoma medications?) ☐ Redness ☐ Watery ☐ Redness ☐ Discharge: _____
- **History of Retinal Detachment?:** ☐ NO ☐ Yes ( _____ ☐ YES ☐ NO **Cataracts** ☐ NO ☐ YES
- **History of trauma:** ☐ NO ☐ YES Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____

Onset: _1 month ago._

History: _Had Surgery, and Plastic build was placed in_
(Continue on back if necessary) _eye socket, now its beginning to irritate eye in_

## Objective: Vital Signs: (As Indicated) T: _97.6_ P: _65_ RR: _18_ B/P: _102 / 80_

Visual acuity: R _____ L _____ (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

**Periorbital Exam:** ☐ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other: _____

**Eye Exam:** **Normal Findings** **Abnormal Findings**

Pupil: ☐ PERRL ☐ Pupil unequal/abnormal:

Conjunctiva: ☐ Conjunctiva pink ☐ Conjunctiva Pale ☐ Red ☐ Discharge _____

Sclera: ☐ Sclera white ☐ Yellow ☐ Red

Foreign body: ☐ No Foreign body ☐ Foreign body

Eyelid: ☐ Normal
☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma

☐ Additional Examination: _wt # 45.0 set 98 to informed by HSA to see_
Continue on back if necessary ☐ Drainage: _____ ☐ Sty
_M.D. before signing up for eye clinic._

## Assessment: (Referral Status)

☐ **Referral NOT Required** **Preliminary Determination(s):** _Alt in sight._

☑ **Referral Required** **Expedited referral to a clinician except for:** isolated itching with normal visual activity or glasses request only.

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan: Check All That Apply:
- ☐ Irrigate with sterile H2O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☐ Instructions on care/treatment of conjunctivitis.
- ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
- ☐ Other: _____ ☐ Instructions to return if condition worsens.

OTC Medications given ☑ NO ☐ YES (Describe) _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Plasant_

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____

x _[signature]_ RN
Nurses Signature

Name: _J. Otis, RN_ Printed

Date for referral: _10 23 06._

Time: _____



**PRISON HEALTH SERVICES**
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: HENRY TUCKER    Date of Request: 9/18/06

ID # 183861    Date of Birth: 1/13/70    Location: 10-B-43-B

Nature of problem or request: I'm writing this request to get some thing for these razor bumps under my chin. I need something before they get out of hand.

_Henry Tucker_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 9/19/06
Time: 10:48 (AM) PM
Allergies: NKA

| RECEIVED |
|---|
| Date: 9-19-06 |
| Time: 8:30 |
| Receiving Nurse Intials DS |

**(S)ubjective:**

**(O)bjective** (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____

**(A)ssessment:** _See Net tab_

**(P)lan:** _Benzoyl HO₂ + little. Given @ S.C. KOP._
_for razor rash. X Mod_ _____

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

General Sick Call
...of Corrections

Patient Name: _Tucker_

Inmate Number: _185 867_

First: _Henry_

Date of Birth: _1 13 69_
            MM DD YYYY

Date of Report: _9 19 06_
             MM DD YYYY

Time Seen: _10:48_ (AM) / PM  Circle One

**Subjective:** Chief Complaint(s): _Shaving rash._

Onset: _when ever Shaving w/ razor._

Brief History: _when I use lotion after Shaving bumps_
(Continue on back if necessary)
_don't come. Don't need Shazir, just the_
_lotion_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97_ P: _56_ RR: _20_ B/P: _100 / 70_

Examination Findings: _Att #55 O₂ 99% was given Benzoyl 4 O₂ in_
(Continue on back if necessary)
_Surgical face to use for razor bumps_

**Assessment:** (Referral Status)     Preliminary Determination(s): _Pt. in Health Comfort_

☐ Check Here if additional notes on back

☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

_9/20_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
       (Describe)

OTC Medications given  ☐ NO  ☒ YES (If Yes List): _Benzoyl Piroxile T. 5th_

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: _/_ / _
                                                                      MM DD YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) _____  Time _____

X _J. Odisen_                    Name: _J. Odisen_
    Nurses Signature                      Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9.4.06 0705 | O: Reported to HCU c̄ clear hard plastic material in hand. Stated it fell out of eye orbit where eye was removed. Device cleansed c̄ sterile H₂O et reinserted into orbit. Tolerated procedure s̄ difficulty. ———————— C. Atkinson LPN |
| 10/13/06 0830 | O- Annual Physical Completed, TB skin test results pending. Inmate states rec'd Tetanus 11/04 (a) Druid City Hospital, Tuscaloosa, AL. — J. Hall LPN |
| 2-05-07 1630 | Copy of referral for placement of (L) occular prosthesis to Ms Burke HSA. B. Leike RN ——— |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker Henry | 185261A | 1.13.69 | B/M | VC |

PHS-MD-70049                    Complete Both Sides Before Using Another Sheet

**Alabama Department of Corrections**
**Patient Care Protocol**

Inmate Name: Tucker, Henry

AIS #: 185861        D.O.B.: 01-13-69

Current Meds: none        Medication Allergies: NKDA

## MISCELLANEOUS

**Subjective:** Complaint: Shave bumps
Onset: 1 month ☒ New    ☐ Chronic    ☐ History of recent trauma/injury  NO
☐ History of recent infection  NO
Pain: ☒ No    ☐ Yes—Scale (1-10) ___; Location: lower face
Type:    ☐ Sharp    ☐ Dull    ☐ Cramping    ☐ Constant
☐ Intermittent    ☐ Radiation:
Prior History of Similar Symptoms:    ☐ No    ☒ Yes: when shaves
Associated symptoms: numerous papules lower face & in beard
Other: line, some ē white tops.

**Objective:** Vital signs: Temp 97⁸ Pulse 84 Resp 20 B/P 124/20 O₂ 97% Wt 144½ #
General Appearance:    ☐ no acute distress    ☐ acute distress
Color: ☐ pink    ☐ flushed    ☐ pale    ☐ cyanotic    ☐ jaundice
Skin: ☐ warm    ☐ dry    ☐ cool    ☐ moist/clammy
Turgar:    ☐ normal    ☐ decreased
Mucous Membranes:    ☐ moist    ☐ dry
Exam: No redness, edema, red streaks, drainage or
increased heat. No pain. Tender to touch

Abnormalities Noted:    ☐ no    ☒ yes: Bumps face & in beard line

**Assessment/Protocol:**    Notify provider* if:
☐ Abnormal vital signs:
Temp>100; Pulse>100 or <50; B/P systolic>180 or diastolic >110
☐ Appears in acute distress
☐ Complaining of severe pain (Scale of 1-10=7 or greater)
☐ Any unexplained clinical abnormality
☐ Any persistent or progressively worse symptoms
☐ Presence of any abnormal findings

**Plan:**    ☐ Refer to: NA    Date & Time: 6-30-06 1745
☒ Instructions: Return if condition worsens or does not improve
☒ Meds given: Benzoyl Peroxide daily X 10d if needed
☐ Other: NA

Nurse's Signature: B. Leih RN        6-30-06  1745
Date/Time

* Provider means Nurse Practitioner, Physician's Assistant, and/or MD.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _HENRY TUCKER_    Date of Request: _6/29/06_
ID # _185561_    Date of Birth: _1/13/70_  Location: _10-B-SQE/04_
Nature of problem or request: _I have razor bumps real bad_
_and when I shave they bleed real bad I need_
_something too dry them up or a profile_

_Henry Tucker_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/30/06_
Time: _1745_    AM PM
Allergies: _NKA_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 6/30/06                   │
│ Time: 8:30                      │
│ Receiving Nurse Intials  DS     │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | | ORIGINATING FACILITY _Ventress_ | | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|---|
| 6 /08/06 | 8:40 | ☑AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT |

ALLERGIES
_147_

| | | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|
| VITAL SIGNS: TEMP 99.4 | ORAL RECTAL | |

wt. 99.4   RESP. 20   02sat 98%   PULSE 113   B/P 118/80   RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

S. "I was hit with a stick on
my (L) leg (L) arm and back."
O. B/m brought to HCU by
Officer K Cargile and Officer Edge
for DOC Body chart - Swollen
areas noted on inmates
on (L) leg, (L) arm and back
A. DOC Body chart
P. Inmate returned to
custody, Officers Cargile and
Edge to, Pt placed in
Segregation

PHYSICAL EXAMINATION

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 6/8/06 | 0855 | ☐AM ☑PM | ☐ DOC ☐ AMBULANCE ☐ 6-8-06 | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE M Benefield | DATE 6/8/06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Tucker Henry | DOC# 185861 | DOB 1-13-69 | R/S B/m | FAC. VCF |
|---|---|---|---|---|

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: HENRY TUCKER        Date of Request: 6-8-06
ID # 185861        Date of Birth: 1/13/70  Location: 6-B-seg
Nature of problem or request: I having bad pain in My lower back
and I were put on antibiotic and Motrin and there are not
helping any. Ms. Wheeler arrest Me and also hit Me several times
in the back with her stick.

Henry Tucker
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 6-9-06
Time: 12:00 AM (PM)
Allergies: NKA,

RECEIVED
Date: 6/9/04
Time: 8:30
Receiving Nurse Intials DS

**(S)ubjective:**

**(O)bjective    (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:** See not toed

**(P)lan:** Report to HCU - wednesday 6/14/06 @ 10AM.
for MD appt -

Refer to: (MD) PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )    No ( )
Was MD/PA on call notified:  Yes ( )    No ( )

Calis RN
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

Nursing Evaluation Tool:                          <u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: _Tolver_                    _Henry_
                    Last                    First            MI

Inmate Number: _185 867_            Date of Birth: _1 | 13 | 69_
                                                   MM  DD   YYYY

Date of Report: _6 | 9 | 06_        Time Seen: _12:00_  AM (PM) Circle One
                MM  DD  YYYY

<u>Subjective:</u>  Chief Complaint(s): _Pain in lower back._

Onset: _2 - 3 wks ago_

☒ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) _9_   Type: ☒ Sharp ☐ Dull ☐ Intermittent ☐ Constant   Numbness: ☒ No  ☐ Yes

Location of Pain: _lower part._   Radiation of pain: ☐ No  ☒ Yes to: _side to side_
                  Neck / mid-back / low back

History: _back just started paining_
(Continue on back if necessary)                                          ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☒ No ☐ Yes   Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes (X____)
                     Increased urination? ☒ No ☐ Yes   Pain with cough/breathing? ☐ No ☒ Yes

<u>Objective:</u>  Vital Signs: (If Indicated) T: _95.8_  P: _89_  RR: ____  B/P: _98 | 70_

Back Exam: ☒ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: ____

Elaborate positive findings: ____
                                                                        ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal  ☐ Abnormal (Describe): ____
Pedal pulses: ☒ Present  ☐ Absent

☐ Additional Examination: _wt #146.0 Sat 99% c/o severe pain in_
(Continue on back if necessary) _back. Never not stopped even after pain med._
                                                                        ☐ Check Here if continued on back

<u>Assessment:</u> (Referral Status)          Preliminary Determination(s) _Alt in Health_
     ☐    Referral <u>NOT Required</u>                                _maintance._

     ☐    Referral <u>Required</u> due to the following: (Check all that apply)
          ☐ Loss of sensation      ☐ Presence of RBCs from dipstick   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
          ☐ Prior malignancy       ☐ Presence of WBCs from dipstick
          ☒ Other: _Back pain_

<u>Plan:</u>
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: ____
        (Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO  ☐ YES (If Yes List): ____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr Rappaport_          Date for referral: _6 | 14 | 06_ Ce
                                                                                       MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ____      Time

X _____                     Name: _J. Oldis RN_
      Nurses Signature                              Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6-7-06/0430 | Admit to infirmary for observation R/T L lower back pain. See nursing evaluation tool / MD order sheet. |
| | P- Continue to monitor. Obtain U/A for dipstick for CRNP to review. ——————— CHunter, LPN |
| 0540 | S- "It's about the same." |
| | O- Lying on L side c̄ eyes closed, covered c̄ blanket. Aroused p̄ verbal stimuli. Resp. @ ease. Ø distress noted. States Ø relief from PO meds. Ø urine given for U/A dipstick |
| | A- Alteration in comfort |
| | P- Observe et report to next shift CHunter, LPN |
| 0800 6-7-06 | S. "I'm still hurting nurse." |
| | O. Lying quietly in bed under covers. States, I'm still experiencing some pain in my back. No moaning, groaning or facial grimaces noted. |
| | A. Alteration in comfort |
| | P. Will cont. to monitor until seen by CRNP. V. Young Lp |
| 6-7-06 1045 | MD. Seen by CRNP c̄ S/O noted. Cond et instructions given. Released to SCU. ——— V. Young Lp |
| 6-07-06 | 1950 Returned from free world appt. No procedure done. Assessment only. Penied cray c̄ O. Copy of orders @ 714 appt. to Ms Burk, HSA @ flaged for Dr Raygote to assess orders. Eye gtts given as ordered. Released to PC. B. Luke RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 185561 | 1-13-69 | B/m | VCF |

PHS-MD-70049                    mplete Both Sides Before Using Another S    t



**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 8·23·06  1845 | O: Came to HCU c̄ clear plastic piece of material c/o came out of left eye. Also c/o that this is the 2nd time et M.D. says when it starts to come out then its time for prothestic eye. Material o/ clear, thick plastic cleansed c̄ eye H₂O. et reinserted per Nurse ———— C. Johnson LPN |

PHS

Facility: Alabama Department of Corrections

Patient Name: _Tucker, Henry_
        Last                    First

Inmate Number: _185861_    Date of Birth: _01_ / _13_ / _1965_
                                        MM    DD    YYYY    MI

Date of Report: _06_ / _07_ / _2006_    Time Seen: _400_ AM / PM  Circle One
                MM    DD    YYYY

**Subjective:** Chief Complaint(s): "_It started about a week ago - back pain. Can I_
Onset: _get an antibiotic - I had a kidney infection before just like this._"
☐ New onset  ☐ Chronic condition exacerbation

Pain Scale: (1-10) _10_    Type: ☑ Sharp ☐ Dull ☐ Intermittent ☐ Constant    Numbness: ☑ No ☐ Yes
Location of Pain: _(L) lower back_    Radiation of pain: ☑ No ☐ Yes to: _____
        Neck / mid-back / low back

History: _Denies heavy lifting / back injury_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x____)
Increased urination? ☐ No ☑ Yes   Pain with cough/breathing? ☐ No ☑ Yes

**Objective:** Vital Signs: (If Indicated) T: _96.4_  P: _60_  RR: _20_  B/P: _110_ / _80_
Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☑ Other: _Unable to ambulate_
Elaborate positive findings: _To HCU per wheelchair. States unable to ambulate_
_☉ pain c̄ movement to lower extremities. Unable to urinat_
_for U/A dipstick @ present time._                              ☐ Check Here if additional notes on back
Lower extremities: ☐ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present  ☐ Absent

☐ Additional Examination: _∅ edema or bruising noted to back area._
(Continue on back if necessary) _2 visit for this complaint._
                                                     ☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _Alteration in_
    ☐    Referral NOT Required        _comfort R/T pain_

    ☑    Referral Required due to the following: (Check all that apply)
        ☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Prior malignancy    ☐ Presence of WBCs from dipstick
        ☑ Other: _To severe back pain_

**Plan:**
Check All That Apply: ☑ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: _See MD order sheet_
    (Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☑ OTC Medications given (Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO ☑ YES (If Yes List): _·_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Ms. Floyd, CRNP_    Date for referral: _6_ / _7_ / _2006_
                                                                        MM    DD    YYYY
Referral Type: ☐ Routine  ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _C Hunter, LPN_        Name: _C. Hunter, LPN_
    Nurses Signature                    Printed



### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _HENRY TUCKER_ Date of Request: _6/3/06_
ID # _185861_ Date of Birth: _1/13/70_ Location: _16-B-31-B_
Nature of problem or request: _I have problem with my kidney_
_This been going on about two weeks now. I had kidney_
_problem before._

_Henry Tucker_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6-4-06_
Time: _1815_ AM PM
Allergies: _NKA_

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: _6-4-06_              │
│ Time: _1130A_              │
│ Receiving Nurse Intials _MJ_ │
└─────────────────────────────┘

**(S)ubjective:** _See Above_

**(O)bjective:** (V/S): T: _97.6_  P: _68_  R: _18_  BP: _110/70_  WT: _149#_

**(A)ssessment:** _Alt health maint_

_P. 6/7/06_

**(P)lan:** _Refer to Dr. Ragapati on 6/8/06 @ 8:00 AM_

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_T. Staller, LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS

**Nursing Evaluation Tool:**    Back Pain

Facility: Alabama Department of Corrections

Patient Name: _Tucker_ _Henry_
                       Last              First        MI

Inmate Number: _18586P_          Date of Birth: _1 / 13 / 70_
                                                              MM    DD    YYYY

Date of Report: _5 / 28 / 06_        Time Seen: _1710_ AM / **PM** (Circle One)
                       MM   DD  YYYY

## Subjective: Chief Complaint(s): _Lower back pain_

Onset: _X 1 week_

☑ New onset        ☐ Chronic condition exacerbation

Pain Scale: (1-10) _9_          Type: ☑ Sharp ☐ Dull ☐ Intermittent ☐ Constant      Numbness: ☐ No  ☐ Yes

Location of Pain: _Lower back_  Radiation of pain: ☑ No  ☐ Yes to: _____
                   Neck / mid-back / low back

History: _None_
(Continue on back if necessary)

                                                      ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☑ No ☐ Yes    Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x____)
                         Increased urination?  ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes

## Objective: Vital Signs: (If indicated) T: _98.8_  P: _71_   RR: _20_   B/P: _110 / 70_

Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _____

                                                      ☐ Check Here if additional notes on back

Lower extremities: ☑ Normal     ☐ Abnormal (Describe): _____
Pedal pulses:       ☑ Present    ☐ Absent

☐ Additional Examination: _Facial grimacing upon palpating_
Continue on back if necessary)

                                                      ☐ Check Here if continued on back

## Assessment: (Referral Status)                Preliminary Determination(s): _Alteration in_
     ☐   Referral **NOT Required**                                            _Comfort_

     ☐ Referral **Required** due to the following: (Check all that apply)
          ☐ Loss of sensation       ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
          ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
          ☐ Other: _____

## Plan:

Check All That Apply: ☐ Work and recreation restrictions x 72 hours

☑ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
         (Describe)

☐ Cold Compress (Acute injury)    ☐ Warm Compress

☑ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Kavupati_          Date for referral: _5 / 28 / 06_
                                                                                        MM   DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _0700_

X _____            X Name: _J. Massey_
     Nurses Signature                          Printed

Prison Health Services
Alabama Department of Corrections

# EDUCATIONAL FACT SHEET

## BACKPAIN

| | INDIVIDUALIZED NURSING INSTRUCTIONS |
|---|---|
| 1. Avoid strenuous activity, especially weight lifting and contact sports. | |
| 2. Take medication as prescribed. | |
| 3. Inform medical if pain worsens. | |
| 4. Avoid bending over to pick up anything, Instead, stoop and lift with your legs. | |
| 5. Sit up straight. Avoid slouching. | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 5-18-06 0700 | O - BM resting quietly in bed & eye closed — respirations even and un-labored — dressing to (L) eye dry and intact — no distress noted at this time ———————— M Benefield |
| 5-18-06 0830 | S. "I'm alright" O. BM resting quietly — ambulates up hallway for VS- WT 146½ T97⁸ P 64 R 20 B/p 116/80 — Skin warm and dry to touch — resperations even and unlabered — dressing to (L) eye dry and intact — no acute distress noted at present time — A. Altered Comfort R/T HA; eye pain P. will observe ———— O. Instructed to let nurse know of any problem ————— M Benefield |
| 5-18-06 1100 | O. BM ambulated to see MD, new orders received and noted — D/C to population ————— M Benefield |



PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 5-4-06/0320 cont. | O-Accepts breakfast meal tray Consumed 100% of diet. |
| | A-S/p OS surgery to L eye. |
| | P-Continue to monitor.                    CHunter, LPN |
| 0635 | O-Supine Eye closed. Resp. @ ease. Ø distress noted |
| | P-Report to next shift.                    CHunter, LPN |
| 5-18-06/0130 | P-Admit to infirmary for observation H pain. See nursing evaluation tool/MD order sheet.                    CHunter, LPN |
| 0305 | S-"What were those pills? No, I'm not hurting now." |
| | O-Supine. Awake. Resp. @ ease. Drsg. dry et intact to OS. Denies pain @ this time. Ø distress noted. Accepts breakfast meal tray. Consumed 100% of diet. |
| | P-Monitor.                    CHunter, LPN |
| 0620 | S-No statement. |
| | O-Lying on R side. Eyes noted closed. Eye patch intact OS. Ø distress noted. |
| | P-Report to next shift.                    CHunter, LPN |
| 5-18-06 0700 | O. B/M lying quietly in bed c̄ eye closed - Respirations even and unlabored - no acute distress noted at present time                    MCnefield. Jr |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 185861 | 1/13/69 | B/M | VCF |

PHS-MD-70049                    Complete Both Sides Before Using Another Sheet

Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Tucker, Henry
_____Last_____First___

Inmate Number: 185861          Date of Birth: 01 / 13 / 1969
                                              MM   DD   YYYY

Date of Report: 5 / 18 / 2006      Time Seen: 15    AM / PM  Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): "My head hurts. My socket hurts."

Onset: 5-17-06 / 4 PM

Brief History: Post-op enucleation OS. Denies injury to OS. Denies
(Continue on back if necessary)
strenuous activity or heavy lifting. % pain of 10 on (1-10
scale). States 1st time pain has occurred.

☐ Check if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 99.4  P: 66  RR: 20  B/P: 110 / 70  Wt 148

Examination Findings: NKDA. Drsg dry/intact to OS. Patch removed.
(Continue on back if necessary)
Ø edema or drainage noted to OS.

**Assessment:** (Referral Status)    Preliminary Determination(s): Alteration in comfort
                                                        ☐ Check Here if additional notes on back
  ☐ Referral NOT REQUIRED                               r/t pain

  ☐ Referral REQUIRED due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other:

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
     should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☑ Other: Admit to infirmary. Tylenol 1 gm PO TID PRN
     (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Rayapati          Date for referral: 5/18/06
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time ____

X _C.Hunter, LPN_____          Name: C. Hunter, LPN
   Nurses Signature                    Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 5-3-06 | 1900) O- Resting lying in bed c̄ eyes closed. HOB elevated. Drsg (D) eye dry/intact. Did not eat any of PM meal. No C/O voiced. B. Liebe RN |
| 5-3-06 | 2100) S- skin hurting just a little bit. O- Resting lying on bed c̄ HOB ↑, Drsg d/I to (D) eye C/O slight HA. A/O X 3. Skin W/D. Resp even/unlabored? No other C/O except headache. Resp even unlabored. Steady gait. A- Altered Sensorium R/T Vision. Altered Comfort. P- Monitor. Report to 3rd Shift nurse. B. Liebe RN |
| 5-3-06 | 2300) O- Resting quietly lying on bed c̄ eyes closed. Covered by blanket. Resp @ ease. Drsg d/I to (L) eye. No distress noted. B. Liebe RN |
| 5-4-06/0010 | S- No statement. O- Supine c̄ OD closed. Drsg. dry et intact to OS. Resp @ ease. Ø distress noted @ this time. P- Continue to observe. ———— C. Hunter, LPN |
| 0320 | S- "Alright. Just sore." O- Awake et alert x 3. Resp. even/unlabored. Skin warm/dry to touch. Bilateral lung sounds noted clear. Abd. soft/non-distended/non-tender. Bowel sounds present x 4. B/P 144/90 P 66 R 20 T 98.8. Big bulky dressing noted intact to OS. Dry et intact. Voices Ø complaints @ this time (Cont.) ———— C. Hunter, LPN |

Tucker, Henry #185861 ————



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 5-2-06/2355 | O – Inmate noted on ® side c̄ eyes closed. Arouse easily to verbal stimuli. Resp. @ ease. Ø complaints voiced @ this time. P-Advised not to eat or drink anything by mouth after midnight. Verbalized understanding. Continue to observe. ———————— CHunter, LPN |
| 5-3-06/0410 | S-"I'm OK." |
| | O-Supine. Awake et alert x3. Resp. even/unlabored. Skin warm/dry to touch. Bilateral lung sounds noted clear. Abd. soft/non-distended et non-tender. Bowel sounds present x 4. B/p 100/70 P 66 R 18 T 97.8 Voices Ø complaints. |
| | A- NPO status |
| | P-Continue to monitor. ———— CHunter, LPN |
| 0535 | P-To freeworld appt per DOC van. – CHunter, LPN |
| 5-03-06 1610 | Returned to HCU from freeworld surgery to left eye. Dressing in place over eye dry/intact. B/p 118/80, P 64, T 97.8, R 20, O2 Sat 96% on RA. I/m to see Dr Rayapati. New orders received. B. Liebe RN — |
| 5-03-06 1700 | S- My eye hurts. It's a mine. (Scale 1-10.) O-Admitted to infirmary as ordered. Percocesic ②po given for c/o pain surgical site. A/o x3. Skin W/D. Meal given @ bedside. Head of bed elevated 45° as ordered. Prog d II. B. Liebe RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 185861 | 1/13/69 | B/M | VCF |

PHS-MD-70049          ...nplete Both Sides Before Using Another S.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Henry Tucker_      Date of Request: _4/17/06_

ID # _185861_      Date of Birth: _1/13/70_   Location: _6-B-45-B_

Nature of problem or request: _I would like too see the doctor concerning my left eye. I having serious problem at this time. I'm suppose too have had surgery but no havent had know attention._

_Henry Tucker_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/17/06_

Time: _4:13_   AM (PM)

Allergies: _NKA_

---

RECEIVED
Date: _4-18-06_
Time: _N/A_
Receiving Nurse Intials _JP_

---

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** _See Opt toal_

**(P)lan:** _refer to Mrs. Byrnes HSA will call over when inf is available_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

     If Emergency was PHS supervisor notified:   Yes ( )    No ( )

     Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Too..                                Eye Pain/Complaint



Facility: Alabama Department of Corrections

Patient Name: _Tucker_ Last          _Henry_ First

Inmate Number: _18586_          Date of Birth: _1_/_13_/_69_ MM/DD/YYYY  MI

Date of Report: _4_/_17_/_06_ MM/DD/YYYY    Time Seen: _4:13_ AM **PM** Circle One

## Subjective:    Chief Complaint: (Check All That Apply)
- ☐ Foreign body:    ☐ Right side ☐ Left side    Foreign body type: _____ or ☐ Unknown
- ☐ Change in vision:   ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
- ☐ Eyelid Complaint:   ☐ Right side ☐ Left side (Describe Below)
- ☐ Trauma:    ☐ Right side ☐ Left side (Describe Below)  Trauma sustained in altercation with custody staff, or other inmate? ☐ NO ☐ YES (Requires notification of correctional staff)
- ☐ Conjunctivitis:    ☐ Right side ☐ Left side
- ☐ Seeing spots / flashes / floaters:    ☐ Right side ☐ Left side
- ☐ Request for glasses: ☒ No other visual complaint   Prior History of glasses? ☐ NO ☒ YES   Last time seen by optometrist: _____

**Associated Symptoms / Additional Eye History**
- ☐ Pain: ☐ NO ☒ YES  Pain Scale: (1-10) _10_    Pain Description: _Severe_   Dull, Aching, Burning, Stinging, etc.
- Tetanus Toxoid Within 10 years: ☐ YES ☐ NO    Recent eye surgery ☒ NO ☐ YES_____
- Conjunctivitis symptoms: ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☐ Redness ☐ Discharge: _____
- History of Glaucoma?: ☒ NO ☐ Yes (taking glaucoma medications? ☐ YES ☒ NO   Cataracts ☒ NO ☐ YES
- History of Retinal Detachment?: ☒ NO ☐ Yes (_____)
- History of trauma: ☒ NO ☐ YES Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____
- Onset: _about 2 months_
- History: _36 yr old for auto accident 2004 resulting in loss_ (Continue on back if necessary) _of eye needs prosthesis facility_

## Objective:  Vital Signs: (As Indicated) T _98.8_ P: _68_   RR: _20_   B/P: _100/60_
Visual acuity: R_____  L_____   (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

- Periorbital Exam: ☐ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other:_____

Eye Exam:    **Normal Findings**    **Abnormal Findings**
- Pupil:    ☐ PERRL    ☐ Pupil unequal/abnormal:
- Conjunctiva:   ☐ Conjunctiva pink   ☐ Conjunctiva Pale ☐ Red ☐ Discharge
- Sclera:    ☐ Sclera white    ☐ Yellow ☐ Red
- Foreign body:   ☐ No Foreign body   ☐ Foreign body
- Eyelid:    ☐ Normal    ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma
        ☐ Drainage: _____   ☐ Sty
- ☐ Additional Examination: _Wt# 182 . O2 Sat 95%_
  Continue on back if necessary

## Assessment: (Referral Status)        Preliminary Determination(s): _____
- ☐ Referral NOT Required   Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ☐ Referral Required
  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan:  Check All That Apply: ☐ Irrigate with sterile H2O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
        ☐ Instructions on care/treatment of conjunctivitis.
        ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits) ☐ Instructions to return if condition worsens.
        ☐ Other:_____
                  (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Mrs. Lewis HSA._   Date for referral:_/_/_

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?):_____   Time _/_/_
x _J. Calloway_           Name: _J. Calloway_
  Nurses Signature           Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _HENRY TUCKER_     Date of Request: _12/24/05_
ID # _185861_    Date of Birth: _1/13/70_ Location: _10-A-61-B_
Nature of problem or request: _Am blind in my left eye & now Am having_
_problem with my right eye going blurry, I were told I_
_would see a eye doctor. I need to get help with my eye check out_
_or seen as possible, thank you_

                                     _Henry Tucker_
                                         *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────────┐
│              RECEIVED               │
│  Date:                              │
│  Time:                              │
│  Receiving Nurse Intials _____    │
└─────────────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**   **(V/S):** **T:** _____   **P:** _____   **R:** _____   **BP:** _____   WT: _150 ½_


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                      CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )


_____
                                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Henry Tucker_        Date of Request: _2/11/06_
ID # _195861_        Date of Birth: _1/13/70_  Location: _10-4-61-B_
Nature of problem or request: _Ms. Gurton, I suppose too be schedule a appointment_
_too have Surgery done on my left eye. I were Wandering when my data too_
_have Surgery? My problem are starting too get Worsy. I'm tha only one that haven't_
_been back all tha Other guys already had they work done._
                                    _Henry Tucker_
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**        _Waiver signed_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
             Was MD/PA on call notified:   Yes ( )    No ( )

                    _G Johnson LPN_  _2/12/06_
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Tucker, Henry 18586/A_

Date of Birth: _1.13.69_                    Social Security No.: _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_

Date: _2/12/06_                    Time: _2100_                    A.M.
                                                                    P.M.

This is to certify that I, _Tucker, Henry_ _____ , currently in
                                    (Print Inmate's Name)

custody at the _Ventress Correctional Facility_ _____ , am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _be seen at treatment because I_
                                                (Specify in Detail)
_need to talk to Ms Burks, DON about follow up about_
_My surgery for my left eye._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Henry Tucker-185861_                        _G. Pinson LPN_
(Signature of Inmate)**                        (Signature of Medical Person)

_____                        _____
(Witness)                                        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: HENRY TUCKER _____  Date of Request: 12/13/05
ID # 185861 _____  Date of Birth: 1/13/70 Location: 10-A-61-B
Nature of problem or request: I'm blind in my left eye 100% and at
this point and time, I'm having trouble with my right eye.
my right eye get bloury at time. If any way possible I can
get me some help as soon as possible. Thank You!
                                                  Henry Tucker · 185861
                                                  *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 12/14/05
Time: 1:55 AM (PM)
Allergies: NKDA

> RECEIVED
> Date: 12/14/05
> Time: 9:00
> Receiving Nurse Intials DS

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** 149

**(A)ssessment:**

**(P)lan:** R apart to HCU Thursday 12-14-05 @ 9am.
for appt a Dr.

Refer to: (MD) PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
          Was MD/PA on call notified:   Yes ( )   No ( )

                                    _____ RN
                                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

Facility: Ventress Correctional Facility

Patient Name: _Tucker_ _Henry_
                   Last        First

Inmate Number: _185-867_    Date of Birth: _1 / 13 / 69_ MI
                                              MM   DD   YYYY

Date of Report: _12 / 14 / 05_    Time Seen: _1:55_ AM / PM Circle One
                MM   DD   YYYY

## Subjective:

**Chief Complaint:** (Check All That Apply)

- ❑ Foreign body:        ❑ Right side ❑ Left side    **Foreign body type:** _____ or ❑ Unknown
- ❑ Change in vision:    ❑ Right side ❑ Left side ❑ Blurred ❑ Decreased
- ❑ Eyelid Complaint:    ❑ Right side ❑ Left side (Describe Below)
- ❑ Trauma:              ❑ Right side ❑ Left side (Describe Below)  **Trauma sustained in altercation with custody staff, or other inmate?** ☒ NO ❑ YES (Requires notification of correctional staff)
- ❑ Conjunctivitis:      ❑ Right side ❑ Left side
- ❑ Seeing spots / flashes / floaters:   ❑ Right side ❑ Left side
- ❑ Request for glasses: ❑ No other visual complaint   **Prior History of glasses?** ❑ NO ❑ YES ❑ Last time seen by optometrist: _____

**Associated Symptoms / Additional Eye History**

- ❑ Pain: ❑ NO ☒ YES   **Pain Scale: (1-10)** _10_   **Pain Description:** _Aching_ Dull, Aching, Burning, Stinging, etc.
- Tetanus Toxoid Within 10 years: ❑ YES ❑ NO     **Recent eye surgery** ❑ NO ❑ YES ()
- Conjunctivitis symptoms: ❑ Hay fever / Allergies ❑ Itchy ☒ Redness ❑ Watery ❑ Redness ❑ Discharge: _____
- History of Glaucoma?: ☒ NO ❑ Yes (taking glaucoma medications? ❑ YES ❑ NO   **Cataracts** ☒ NO ❑ YES
- History of Retinal Detachment?: ❑ NO ❑ Yes (_____)
- History of trauma: ❑ NO ❑ YES Type: ❑ Blunt ❑ Penetrating ❑ Chemical ❑ Other: _____

Onset: _Sudden_

History: _Redness Started 2-3 wks ago. Blurriness happen_
_3-4 mo. ago. was shot in Rt eye 2 times._                    ❑ Check Here if additional notes on back

## Objective:

**Vital Signs:** (As Indicated) T: _97.8_ P: _72_ RR: _20_ B/P: _120 / 100_

**Visual acuity:** R _20/70_ L _Blind_   (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

**Periorbital Exam:** ❑ Normal ❑ Swelling ❑ Evidence of Infection ❑ Bruising ❑ Other: _____

| Eye Exam: | **Normal Findings** | **Abnormal Findings** |
|---|---|---|
| Pupil: | ❑ PERRL | ❑ Pupil unequal/abnormal: _____ |
| Conjunctiva: | ❑ Conjunctiva pink | ❑ Conjunctiva Pale ☒ Red ❑ Discharge _____ |
| Sclera: | ❑ Sclera white | ❑ Yellow ☒ Red |
| Foreign body: | ☒ No Foreign body | ❑ Foreign body |
| Eyelid: | ❑ Normal | ❑ Red/Discolored ❑ Injury/Lesion ❑ Scaly ❑ Inflamed at margin ❑ Hematoma |
| | | ❑ Drainage: _____ ❑ Sty |

❑ Additional Examination: _Rt. eye sensitive to light._
Continue on back if necessary)                              ❑ Check Here if continued on back

## Assessment: (Referral Status)

**Preliminary Determination(s):** _Alteration in Sight._
_R/T eye infection_

- ❑ Referral **NOT Required**   Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ❑ Referral **Required**
  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan:

Check All That Apply: ❑ Irrigate with sterile H$_2$O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ❑ Instructions on care/treatment of conjunctivitis.
- ❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ❑ YES ❑ NO (If NO then schedule patient for appropriate follow-up visits) ❑ Instructions to return if condition worsens.
- ❑ Other: _____
   (Describe)

OTC Medications given ❑ NO ❑ YES (If Yes List): _____

Referral: ❑ NO ☒ YES (If Yes, Whom/Where): _1) Dr. Reyapoti_   Date for referral: _12 / 15 / 05_
                                                                              MM   DD   YYYY

Referral Type: ❑ Routine ❑ Urgent ❑ Emergent (if emergent who was contacted?) / _____   Time _____

X _____ RN        Name: _J. Coats RN_    / /
   Nurses Signature                     Printed

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/20/05 | TIME 19:15 ☐AM ☑PM | ORIGINATING FACILITY VCF ☐SIR ☐PDL ☐ESCAPEE ☐____ | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP  Wt. 165  98.8  ORAL RECTAL  RESP. 20  PULSE 97  B/P 18/70  RECHECK IF SYSTOLIC <100> 50  /

NATURE OF INJURY OR ILLNESS

S- I got an enemy in this Camp

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|



PHYSICAL EXAMINATION

O- B/M escorted to HCU wices no S/S pain, reports being legally blind on left eye & petals over L eye; areas marked on graft, no open areas, old healed scars noted on graft, speech clear, vices no S/S pain

a- DOC body chart

D: Xray pati prt opted

DIAGNOSIS
P/ F/u Sick Call as needed

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10/20/05 | TIME 1245 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE P. Carner PN2 | DATE 10/20/05 | PHYSICIAN'S SIGNATURE J. Ray. & Crow | DATE 10/20/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Jucken, Henry Lee | DOC# 185861 | DOB 1-13-69 | R/S B/M | FAC. VCF |
|---|---|---|---|---|

PHS MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: VCF

Date: 10/20/05  Time: 1915  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

KCF

RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: KCF

Date: 10/19/05  Time: _____  AM/PM

RELEASE FROM:
- [ ] Infirmary
- [X] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [X] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKA

PHYSICAL EXAMINATION
Date of last exam: 10/11/05
Chest X-Ray Date: _____  Result: _____
PPD Reading: 0mm
Classification: _____
Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | | [X] |
| Urinalysis | 10/17/05 | | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | | [X] |
| Dental Prosthesis | | [X] |
| Hearing Aide | | [X] |
| Other Prosthesis | | [X] |

G Johnson LPN
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
Last sight CS Dec 31, 2004  R/T A/A
Ø

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
Ø

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [X] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [X] Not sent w / inmate |
| HEALTH RECORD | [X] Sent w / inmate | [ ] Not sent w / inmate |

Released to: G DOC
Date: 10/20/05  Time: 1915  AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [X] Not Received |
| X-RAY FILM | [ ] Received | [X] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [X] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

Received by: G Johnson LPN
Signature of Receiving Nurse
Date: 10/20/05  Time: 1915  AM/PM

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical | | | | |
| [ ] Dental PRN | | | | |
| [ ] Mental Health | | | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

HISTORY

| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

STATUS

| | |
|---|---|
| Special Diet | |
| Appearance | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from Inmate assessment)

SKIN

| | Yes | No |
|---|---|---|
| Open Sores | | [X] |
| Lice | | [X] |
| Edema | | [X] |
| Warm & Dry | [X] | |
| Cool & Moist | | [X] |

CONDITION

| | Yes | No |
|---|---|---|
| Alert | [X] | |
| Oriented | [X] | |
| Uncooperative | | [X] |
| Depressed | | [X] |

INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | Yes 5'6"H |
| Height | 5'6" |
| Weight | 149 1/2 lb |
| Blood Pressure | 102/70 |
| Temperature | 98.2 |
| Pulse Resp. | 72-20 |
| Other | |

Signature of Nurse Completing Assessment (Sending Nurse)  Date 10/19/05

G Johnson LPN  10/20/05
Signature of Intake Screening Nurse (Receiving Nurse)  Date

INMATE NAME (LAST, FIRST, MIDDLE)
Tucker, Henry Lee

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 185861A | 1/13/69 | B/M | KCF |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)



PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 10/24/05 1905 | O: Alert, Recvd to VCF, A&Ox3, Skin is Wet D, Eye patch over left eye. Says lost sight in O.S. Dec 31, 2004 R/T A/A Cleared for Kitchen Worker. E. Johnson RN |

INMATE NAME (LAST, FIRST, MIDDLE): Tucker, Henry

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 185861 | 1/13/69 | B/m | VCF |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**

Facility Name: Ventress

Month/Year of Charting: 1/07

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Humabid DM ī PO bid x 10d | 3A | | | | | | | | | | | | | | | | | | > | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | > BB | 9 9 BL | | | | | | | | | | | | |

Start Date: 1/18/07    Prescriber: Peasant
Stop Date: 1/28/07    RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg PO now et qid prn x 30 days | P R N | | | | | | | | | | | | | | | | | BB | 9 9 BL | | MB | | | | | | | | | | | |

Start Date: 1/18/07    Prescriber: Peasant
Stop Date: 2/18/07    RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM 8mg PO now et bid x 7 days | 3A | | | | | | | | | | | | | | | | | | > | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | > BB | 9 9 BL | | | | | | | | | | | | |

Start Date: 1/18/07    Prescriber: Peasant
Stop Date: 1/25/07    RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percogesic īi PO now et qid prn x 30 days | P R N | | | | | | | | | | | | | | | | | > | | MB | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | > BB | 9 9 BL | | | | | | | | | | | | |

Start Date: 1/18/07    Prescriber: Peasant
Stop Date: 2/18/07    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies:

Housing Unit: # 185861
Patient ID Number:
Patient Name: Tucker, Henry

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| B Brannon LPN | BB | B. Luke RN BL | BL | 1. Discontinued Order |
| MJohnon LPN | MJ | | | 2. Refused |
| | | Inthry | JS | 3. Patient out of facility |
| | | M Benefield | MB | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth: 1/13/69

Facility Name:  Ventress Correctional Facility

Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 12/06

Liquitears ( for Artificial Tears ) 1.4%
Solution      1

Place drop(s) in left eye as needed

Start Date:  06-09-2006      Prescriber:  Rayapati, Samuel
Stop Date:   12-05-2006                   RX #:  251604107

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date:                Prescriber:
Stop Date:                 RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date:                Prescriber:
Stop Date:                 RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date:                Prescriber:
Stop Date:                 RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date:                Prescriber:
Stop Date:                 RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date:                Prescriber:
Stop Date:

Diagnosis

Allergies
NKA

Housing Unit:  Population
Patient ID Number:  185861
Patient Name:

**Tucker, Henry**

Nurse's Signature                Nurse's Signature            Initial     Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facil.
4. Charted in Err.
5. Lock Down
6. Self Administered
7. Work/off out of facil.
8. Medication Hold
9. No Show

01-13-1969

Ventress Correctional Facility

11/06

| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Liquitears ( for Artificial Tears ) 1.4%
Solution    1

Place drop(s) in left eye as needed

K
O
P

Start Date: 06-09-2006    Prescriber: Rayapati, Samuel
Stop Date: 12-05-2006    RX #: 251604107

Benzoyl H₂ O₂ ÷ bottle
X 90 days

| Hour | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

K
O
P

Start Date: 9-19-06    Prescriber: Peasant
Stop Date: 12-19-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of Facility |
| | | | | | 4. Charted in Error |
| Housing Unit | Population | | | | 5. Dose Drawn |
| Patient ID Number 185861 | | | | | 6. Self Administered |
| Patient Name | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |

Tucker, Henry

01-13-1969

Ventress Correctional Facility                                    10/06

Liquitears ( for Artificial Tears ) 1.4%
Solution        1

Place drop(s) in left eye as needed

Start Date 06-09-2006        Prescriber Rayapati, Samuel
Stop Date 12-05-2006        RX # 251604107

Benzoyl H₂ O₂ ÷ bottle
X 90 days

Start Date 9-19-06        Prescriber Pleasant
Stop Date 12-19-06        RX #

Diagnosis

Allergies
NKA

Housing Unit    Population
Patient ID Number    185861
Patient Name

**Tucker, Henry**                                01-13-1969

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| G Bush RN | RB | J. Alyce RN | JH |
| F. Smith LPN | FS | M Benefield LPN | MB |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. (not clear)

Facility Name: Ventress Correctional Facility

09/06

| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Artificial Tears 1.4% Solution    1

Place drop(s) in left eye as needed

K
Q

Start Date: 06-09-2006    Prescriber: Rayapati, Samuel

Stop Date: 12-05-2006    RX #: 251604107

Start Date: 9-19-06    Prescriber: Plasant

Stop Date: 12-19-06    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | S. Strickey RN | JH | 1. Discontinued Order |
| Allergies | | | Rilee LPN | KL | 2. Refused |
| | | | | | 3. Pulled out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 185861 | | | Benefield | MB | |
| Patient Name: | | | | | |
| **Tucker, Henry** | | | 01-13-1969 | | |

Ventress Correctional Facility

08/06

Artificial Tears 1.4% Solution    1

Place drop(s) in left eye as needed

| Start Date: | 06-09-2006 | Prescriber: | Rayapati, Samuel |
| Stop Date: | 12-05-2006 | | RX #: 251604107 |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Start Date: | | Prescriber: | |
| Stop Date: | | | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Start Date: | | Prescriber: | |
| Stop Date: | | | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Start Date: | | Prescriber: | |
| Stop Date: | | | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Start Date: | | Prescriber: | |
| Stop Date: | | | RX #: |

Diagnosis

Allergies

Housing Unit    Population

Patient ID Number    185861

Patient Name:

Tucker, Henry

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| G. Johnson LPN | B | B Bush LPN | QB | 2. Refused |
| | | Anzie | An | 3. Patient out of facility |
| | | R. Leela | Ka | 4. Charted in Error |
| | | | | 5. Lock Down |
| J Hucy | H | M Benifield LPN | MB | 6. Self Administered |
| | | | | 7. Medication not in Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |

01-13-1969

Facility Name: Ventress Correctional Facility

Month/Year of Service: 07/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Artificial Tears 1.4% Solution    1

Place drop(s) in left eye as needed

K
O
P
*last given 6/7/06*
PH

Start Date: 06-09-2006    Prescriber: Rayapati, Samuel
Stop Date: 12-05-2006    RX #: 251604107

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies:

Housing Unit: Population
Patient ID Number: 185861
Patient Name:

**Tucker, Henry**    01-13-1969

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

seg Dorm 4

| Facility Name: | VCF | | | | | | | | | | | | | | | | | | | | | | | | | | | 6/2006 |

Bengay Topial KO

P Given 5-30-06

Start Date: 05-30-6    Prescriber: Dr Ryspati/Ann
Stop Date: 6-30-06    RX #:

Motrin 400mg PO now

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0430 | | | | | CH | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-7-06    Prescriber: Floyd, CRNP
Stop Date:    RX #:

Percogesic ii tabs PO now

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0430 | | | | CH | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-7-06    Prescriber: Floyd, CRNP
Stop Date:    RX #:

Bactrim DS i PO Bid X5days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-7-06    Prescriber: Floyd CRNP
Stop Date: 6-12-06    RX #:

Tylenol 1000mg PO Tid PRN x 1 wk

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9A | | | | | | | | | | | | | | | CH | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-10-06    Prescriber: Floyd CRNP
Stop Date: 6-17-06    RX #:

Percogesic i PO Tid x 3days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

I of II

Start Date: 6-7-06    Prescriber: Floyd CRNP
Stop Date: 6-10-06    RX #:

Diagnosis

Allergies NKDA

Housing Unit:
Patient ID Number: 185861
Patient Name:

Tucker, Henry

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|-------------------|---------|-------------------|---------|
| J Harris LPN | TS | A March | |
| | | B. Luke RN | BL |
| G Johnson LPN | | | |
| | | M Benifield Jr MD | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of stock

Facility Name:

**Percocesic Ti tabs PO Q8° PRN pain X 5 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

5/06

1A → CH 9 9 9 9 C
9A → 9 9 9 9 C
5p → BL 9 BL 9 9 C

Start Date: 5-03-06    Prescriber: Rayapati
Stop Date: 5-08-06    RX #:

**Polysporia Oint. daily X OS X 5d**

→ D/C ed ←

Start Date: 5-4-06    Prescriber:
Stop Date: 5-9-06    RX #:

**Tylenol 1gm PO TID PRN**

| Hour |
|---|
| 3A → CH |
| 9A → |
| 3P → |

Start Date: 5-18-06    Prescriber: Rayapati
Stop Date:    RX #:

**Septra DS ÷ BID X 10 d.**

| Hour |
|---|
| 3A |
| 3P |

KL

Start Date: 5-18-06    Prescriber: Rayapati
Stop Date: 5-29-06    RX #:

**Sueafed 60mg BID X 10 d.**

| Hour |
|---|
| 3A |
| 3P |

KL

Start Date: 5-18-06    Prescriber: Rayapati
Stop Date: 5-29-86    RX #:

**Tylenal 1000mg QD for HA X 7d, P R N**

| Hour |
|---|
| 3A |

I of II

Start Date: 5-18-06    Prescriber: Rayapati
Stop Date: 5-25-06    RX #:

Diagnosis

Allergies NKA

Housing Unit:
Patient ID Number: 185861
Patient Name:

Tucker, Henry

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Otarli, Cpn | JO | B Luke RN | BL |
| | | R Johnson LPN | RJ |
| | | M Benfield Jr | MB |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Supply

Facility Name: Ventress

Motrin 400mg @3A
T PO TID X 10 days 9A
3P

Start Date: 3-16-06    Prescriber: DR Miera
Stop Date: 3-27-06    RX #:

Hour 3A
Pulcoresic ii PO 9A
qid PRN/PAIN X 3P
3 days 9P

Start Date: 3-27-06    Prescriber: Shirley
Stop Date: 3-30-06    RX #:

Diagnosis

Nurse's Signature: Johnson CY
Nurse's Signature

Allergies
NKA

Housing Unit:
Patient ID Number: 185861
Patient Name:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Took Dose
6. Self Administered

# Cox Ocular Prosthetics
## Board Certified Ocularists

**Progress Notes**                     Name: Henry Tucker

☐C. W. Cox, Jr., B.C.O., F.A.S.O.                ☐Elise Cox Pratt, B.A., B.C.O.
                    ☐Thomas J. Pratt, Ocularist

JAN 18 2007  Evaluation for new pros Socket looked good
will schedule Apt. To finish eye went ahead &
took impression

# FAX COVER PAGE

TO: _Celeste Hunter_

FAX NUMBER: _334-775-3610_

FROM: *COX OCULAR PROSTHETICS, INC.*
EYE FOUNDATION PROFESSIONAL BUILDING
700 SOUTH 18TH STREET, SUITE 402
BIRMINGHAM, ALABAMA 35233-1856
FAX NUMBER:      205-939-0262
PHONE NUMBER: 1-800-426-5392

CONTENT: _Progress notes &_
_Auth for evaluation_

PAGES: _3_

| Patient Name: | Tucker, Henry | Inmate Number: | 185861TU |
|---|---|---|---|
| Service Authorized: | Office Visits: Op General Specialty Referral | Effective Dates: | 01/10/2007 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1  1-18-07 @ 9⁰⁰ am |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16853684 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

*Cox Ocular Prosthetics*
*1-800-426-5392*

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary of Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

01/11/2007

TOTAL P.03

## UTILIZATION MANAGEMENT REFERRAL FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of Appointment*

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS 0845 | **Patient Name: (Last, First.)** Tucker, Henry | **Date: (mm/dd/yy)** 10.25.06 |
| **Site Phone #** 334-775-8178 3610 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** 01.13.69 |
| **Site Fax #** 334-775-8178 3610 | **Inmate #** 185861 | **PHS Custody Date: (mm/dd/yy)** 09.07.05 |
| **Will there be a charge?** ☑Yes ☐No   **Sex** ☑Male ☐Female | **SS Number** — — — — — — — | **Potential Release Date: (mm/dd/yy)** 01.28.09 |

**Responsible party:** ☑PHS ☐Auto Ins. ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

### CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

*J. M. Peason / sa, MD*

**Facility Medical Director Signature and Date:**

*J. M. Pleasant/sa, MD*

☐Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☑Office Visit (OV) | ☐X-ray (XR) | ☐Scheduled Admission (SA) |
| ☐Outpatient Surgery (OS) | ☐Dialysis (DA) | |

☑Routine ☐Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** 1
☐Radiation therapy ☐Chemotherapy ☐Other:___

**Specialist referred to:** Cox Ocular Prosthetics By Ham 1-800-426-5392

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate and provide ① eye prosthesis

**Diagnosis:** ① eye enucleation
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. **x**
☐Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
S/P enucleated blind painful ① eye 5/06

**Results of a complaint directed physical examination:**
① eyelid do not close – remaining eye socket sunken & droopy

**Previous treatment and response (including medications):**
① eye enucleation 5/06 by Dr Jones

Need ① eye prosthesis

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:
☐Offsite Service Recommended and Authorized
☐Alternative Treatment Plan (explain here):
☐More Information Requested: (See Attached)
☐Resubmitted with requested information.   Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**
_____/_____/_____ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form 1


FAXED
11-13-06 M Durket Han
Re fax 1-9-07

| Patient Name: | _Tucker Henry_ | Inmate Number: | _185861_ |
| Service Authorized: | _F/U post-op_ | | |
| Responsible Facility: | _Ventress_ | Contact Name: | _Nettie Butts_ |
| Authorization Number: | _Ø Charge_ | Telephone Number: | _(334) 755.3610_ |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPPA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPPA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPPA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

_5 wks S/P enucleation OD_

_Good formum, conj. well held_

_use artificial tears iii OS PRN - KOP_

_Appt. to UAB for ocular prosthesis_

_Ref to me 6 mo._

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _[signature]_          Date: _06 07 06_          Time: _____

Reviewed and Signed By
Medical Director: _[signature]_          Date: _____          Time: _____

DRS. JONES & JONES, P.A.
2055 E. SOUTH BOULEVARD
SUITE 904
MONTGOMERY, AL 36116



_Nancy Walker_

HAS AN APPOINTMENT WITH

DRS. JONES & JONES, P.A.
JOHN ALLEN JONES, III, M.D.

2055 E. SOUTH BLVD., SUITE 804
MONTGOMERY, ALABAMA 36116

TELEPHONE: 281-6688

FOR

MON. _____ AT _____
TUES. _May 9_ AT _10:15_
WED. _____ AT _____
THURS. _____ AT _____
FRI. _____ AT _____
SAT. _____ AT _____

IF YOU ARE UNABLE TO KEEP THIS
APPOINTMENT KINDLY GIVE 24 HOURS NOTICE



DEA # BJ0711576

DRS. JONES & JONES, P.A.
JOHN ALLEN JONES, III, M.D.
2055 EAST SOUTH BOULEVARD
SUITE 804
MONTGOMERY, AL 36116
334-281-6688    FAX: 334-281-0324

NAME: _Tucker, Henley_

ADDRESS: _____    DATE: _____

℞ (Please Print)

Leave pressure patch on OS
until return visit.
If feels off, repatch x 2-3 more
& place polysporin in OS
12 mage

Follow up 5 days
GEN, population

☐ LABEL

REFILL _____ TIMES    PRN    NR

_____ M.D.

_____ M.D.

PRODUCT SELECTION PERMITTED    DISPENSE AS WRITTEN

02-MAR-06

TR606292_100178904-3_13_51256_0007

DR. JOHN ALLEN JONES III                BAPT  ~ TOWERS  281-6688

*Henry Tucker*

PRE-OP INSTRUCTIONS

1. THE DAY BEFORE YOUR SURGERY GO BY THE HOSPITAL FOR LAB WORK.
   Day Surgery on _____ at _____ .

2. DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT THE DAY BEFORE
   YOUR SURGERY.

3. BRING ALL YOUR MEDICATION TO THE HOSPITAL WITH YOU.

4. ARRIVE AT *Same Day Surgery Center* _____ BY *7:30am.*
   ON *Wed, May 3, 2006* _____ - *1st Floor / Morrow Towers*

5. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR OFFICE. *2055 E.S. Blvd.*
   *Montg. AL 36116*

POST-OP INSTRUCTIONS

DAY 1
      NO STRENUOUS ACTIVITY; NO BENDING OR STOOPING WITH YOUR HEAD
      LOWER THAN YOUR HEART.

      TAKE TYLENOL TABLETS 2 EVERY 4 HOURS IF NEEDED.

      AT YOUR DRUGSTORE BUY THE FOLLOWING:

      A.  STERILE COTTON BALLS
      B.  1/2 INCH PAPER TAPE
      C.  BOTTLE OF STERILE PERSERVATIVE-FREE SALINE (SENSITIVE EYES
          OR UNISOL SALINE - USED FOR RINSING CONTACT LENSES).
      D.  BRING THE ABOVE
          TO YOUR FOLLOW-UP APPOINTMENT.

      NOTIFY DR. JONES IF UNUSUAL PAIN OR BLEEDING OCCURS.

      KEEP FOLLOW-UP APPOINTMENT ON *Thursday, May 4, 2006*
      AT *10:30am. Dr. Jones' office; Morrow Towers*
      IT IS BEST IF SOMEONE IS WITH YOU THE NIGHT AFTER SURGERY.
                                          *Suite 804*

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | | DATE | 1/19/2006 | |
|---|---|---|---|---|---|---|
| | TUCKER, HENRY | | | INSTITUTION | VENTRESS CORRECTIONAL | |
| NUMBER | 185861 | | VENT | | | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| OD | -1.50 | -1.00 | 165 | 0 | |
| OS | -1.50 | -1.00 | 165 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 67 | 65 | |
| OS | 0.00 | 0 | 0 | 0 | |

## LENS COLOR/COATINGS                    Clear

| FRAME | 70F | STYLE | | FRAME COLOR | BLACK |
|---|---|---|---|---|---|
| EYE SIZ | 50 | DROP BALL | | FINAL INSPECTION | |

POLY

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $10.00 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $18.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $34.30 |

VISION SAFETY NOTICE:
• Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof.  Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

• If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness.  Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to conduct the eye or surrounding area causing injury.

• The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse.  For your own protection, scratched or pitted lenses should be replaced immediately.

• If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

## EYE EXAMINATION SHEET

| Facility: | Date of Request: |
|---|---|
| VCF | 011006 |

Subjective:

Past History:

Dec '04   os- CAR Accident

### CONSULTATION REPORT

|  |  | W/Glasses | W/O Glasses |
|---|---|---|---|
| **Snelling:** | OD | 20/25 | |
| | OS | — NLP — | |

OPHTH & EXT:
**Dilated Eye Exam**
YES        (NO)
(circle one)

| **New RX:** | OD | −1.50 −1.00 × 165 |
|---|---|---|
| | OS | −1.50 −1.00 × 165 |

Glaucoma:   YES        NO
(circle one)

IOP: _____
Details:

✱ SAFITY
Poly CARbonAtE lens

67/65

Cataracts:   YES        NO
(circle one)

Details:

Frame:
Size: 51
Color:
Seg Ht:

Optometrist Signature/Date        1-10-06

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| Tucker, Henry | | | | | 185861 |

Mailed 1-11-06

## UTILIZATION MANAGEMENT REFERRAL FORM

PHS

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Ventress | **Patient Name: (Last, First,)** Tucker Henry | **Date: (mm/dd/yy)** 12/15/05 |
| **Site Phone #** 334.775.3610 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 01/13/09 |
| **Site Fax #** 334.775.3610 | **Inmate #** 185861 | **PHS Custody Date: (mm/dd/yy)** 09/07/05 |
| **Will there be a charge?** ☑ Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** — — — — - — — - — — — — | **Potential Release Date: (mm/dd/yy)** 01/28/09 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

### CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental
Dr. Rayapati

**Facility Medical Director Signature and Date:**
Samuel Rayapati P

☐ Service meets criteria for "approval via protocol"

**History of Illness/injury/sypmtoms with Date of Onset:**
Old injury © GSW ® Eye
"painful blurred day"
diminishing vision

---

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy)  ___ / ___ / ___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Dr. Jones

**Type of Consultation, Treatment, Procedure or Surgery:**
? Glaucoma ? ® Eye

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray Interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**Results of a complaint directed physical examination:**
For palpation Extra Ocular
pressure seems elevated
other PERRLA Sem

**Previous treatment and response (including medications):**
Ⓛ Eye —
Enucleated

***For security and safety, please do not inform patient of possible follow-up appointments***

---

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.  **Date resubmitted:** ___ / ___ / ___

**Regional Medical Director Signature, printed name and date required:**
_____ / ___ / ___ (mm/dd/yy)

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

*(vertical text, right margin:)* Faxed 12/15/05 ☑

*(handwritten at bottom:)* N. Burle H23

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Turner, Henry | **Inmate Number:** | 185861TU |
| **Service Authorized:** | Office Visits: Op Opthamology Referral | **Effective Dates:** | 12/15/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15684596 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.** **The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |
| |

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | Date | Time |

12/15/2005



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: 6-7-06

#### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _normal_

PROTEIN _neg_

pH _5_

BLOOD _neg_

SPEC. GRAVITY _1,030_

KETONE _neg_

GLUCOSE _normal_

HCG _/_

(Add: Final Labs Here)

6/7/06

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Tucker, Henry | | | | |

PHS-MD-70012                                    LABORATORY REPORTS

Prison Health Services
Treatment Record

**Treatment Ordered:**

Dssg. △ / Eye pad. Polysporin eye oint. daily (OS)
p̄ Cleanse lids c̄ saline et cotton balls.
5-10-06

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 5/10/06 | 5-11-06 | 5-12-06 | 5-13-06 | 5-15-06 | 5-16-06 | 5-17-06 |
| 5AM | 5AM | 5AM | 5AM | 5AM | 5AM | 5AM |
| CH | KL | KL | CH | CH | CH | CH |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 5-18-06 | 5-20-06 | 5/24/06 | | | | |
| 0130 | 5AM | 5AM | | | | |
| CH | CH | CH | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|---------------|
| Tucker, Henry #185861 | | Ventress |

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 286-684-3104-0 | R | YX | COMPLETE | Page #:   1 |

**ADDITIONAL INFORMATION**

PHY-28
10/12

FASTING: N
DOB: 1/13/1970

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| TUCKER,HENRY | M | 35  /  9 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/13/2005 | 5:44 | 10/13/2005 | 10/13/2005 | 20:06 | 1984 |

**CLINICAL INFORMATION**
CD- 41139322501

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 185861 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs        AL   36507-0000
ACCOUNT NUMBER:    01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | YX |
| Glucose, Serum | 70 | mg/dL | 65  – 99 | YX |
| Uric Acid, Serum | 4.2 | mg/dL | 2.4 – 8.2 | YX |
| BUN | 8 | mg/dL | 5  – 26 | YX |
| Creatinine, Serum | 0.9 | mg/dL | 0.5 – 1.5 | YX |
| BUN/Creatinine Ratio | 9 | | 8  – 27 | |
| Sodium, Serum | 139 | mmol/L | 135  – 148 | YX |
| Potassium, Serum | 4.6 | mmol/L | 3.5 – 5.5 | YX |
| Chloride, Serum | 102 | mmol/L | 96  – 109 | YX |
| Carbon Dioxide, Total | 27 | mmol/L | 20  – 32 | YX |
| Calcium, Serum | 9.4 | mg/dL | 8.5 – 10.6 | YX |
| > Phosphorus, Serum | 4.6H | mg/dL | 2.5 – 4.5 | YX |
| Protein, Total, Serum | 7.3 | g/dL | 6.0 – 8.5 | YX |
| Albumin, Serum | 4.1 | g/dL | 3.5 – 5.5 | YX |
| Globulin, Total | 3.2 | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.3 | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.6 | mg/dL | 0.1 – 1.2 | YX |
| Alkaline Phosphatase, Serum | 76 | IU/L | 25  – 150 | YX |
| LDH | 188 | IU/L | 100  – 250 | YX |
| AST (SGOT) | 17 | IU/L | 0  – 40 | YX |
| ALT (SGPT) | 16 | IU/L | 0  – 55 | YX |
| GGT | 9 | IU/L | 0  – 65 | YX |
| Iron, Serum | 150 | ug/dL | 40  – 155 | YX |
| | . | | | YX |
| Lipids | | | | YX |
| > Cholesterol, Total | 205 H | mg/dL | 100  – 199 | YX |
| Triglycerides | 91 | mg/dL | 0  – 149 | YX |
| HDL Cholesterol | 53 | mg/dL | 40  – 59 | YX |
| VLDL Cholesterol Cal | 18 | mg/dL | 5  – 40 | |
| > LDL Cholesterol Calc | 134 H | mg/dL | 0  – 99 | |
| Comment | | | | YX |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| | | | | |
|---|---|---|---|---|
| T. Chol/HDL Ratio | 3.9 | ratio units | 0.0 – 5.0 | |
| Estimated CHD Risk | 0.6 | times avg. | 0.0 – 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |

| Pat Name: TUCKER,HENRY | Pat ID: 185861 | Spec #: 286-684-3104-0 | Seq #: 1984 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America    543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 286-684-3104-0 | R | YX | COMPLETE | Page #:   2 |

| ADDITIONAL INFORMATION | |
|---|---|
| PHY-28 | FASTING: N |
| 10/12 | DOB: 1/13/1970 |

| CLINICAL INFORMATION |
|---|
| CD- 41139322501 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| TUCKER,HENRY | M | 35  /  9 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 185861 |

**PT. ADD.:**

**ACCOUNT:**  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/13/2005 | 5:44 | 10/13/2005 | 10/13/2005 | 20:06 | 1984 |

Mt. Meigs                    AL   36507-0000
**ACCOUNT NUMBER:**   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | | 2X Avg.Risk  9.6      7.1 | |
| | | 3X Avg.Risk 23.4     11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| LAB: YX LabCorp Montgomery Hull                   DIRECTOR: Alton Sturtevant B PhD |
|---|
| 543 Hull Street, Montgomery,  AL 36104-0000 |

| Pat Name:  TUCKER,HENRY | Pat ID:  185861 | Spec #:  286-684-3104-0 | Seq #: 1984 |
|---|---|---|---|



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

DATE OF REPORT: 10/12/2005
TIME OF REPORT: 11:05 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY28/185861 | HENRY TUCKER | Kilby |

| DATE COLLECTED | TIME COLLECTED |
|---|---|
| 10/12/05 | 8:30 AM |

| DATE RECEIVED | TIME RECEIVED |
|---|---|
| 10/11/05 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested



CLIA ID NO.  01D0706289

WAYNE  D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America     543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 285-684-3140-0 | S | YX | COMPLETE | Page #:   1 |

| ADDITIONAL INFORMATION |
|---|
| NPY28          FASTING: N |
|                DOB: 1/13/1970 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| TUCKER,HENRY | M | 35  /  8 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/12/2005 | 6:00 | 10/12/2005 | 10/12/2005 | 20:06 | 1777 |

| CLINICAL INFORMATION |
|---|
| CD- 41139322437 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 185861 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL  36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 4.8 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.53 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 14.7 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.9 | % | 36.0 - 50.0 | YX |
| > MCV | 99 H | fL | 80 - 98 | YX |
| MCH | 32.5 | pg | 27.0 - 34.0 | YX |
| MCHC | 32.8 | g/dL | 32.0 - 36.0 | YX |
| RDW | 12.2 | % | 11.7 - 15.0 | YX |
| Platelets | 251 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 47 | % | 40 - 74 | YX |
| Lymphs | 37 | % | 14 - 46 | YX |
| Monocytes | 11 | % | 4 - 13 | YX |
| Eos | 4 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name:  TUCKER,HENRY | Pat ID: 185861 | Spec #:  285-684-3140-0 | Seq #: 1777 |
|---|---|---|---|





ID:    #STAT#05101407335 9

10/14/2005 7:33:58

D.O.B.: 1 1 3 / 2 0
Meds:
Class:
Dr:
Tech:

| Vent. Rate: | 67 bpm |
| RR Interval: | 883 ms |
| PR Interval: | 174 ms |
| QRS Duration: | 86 ms |
| QT Interval: | 364 ms |
| QTc Interval: | 376 ms |
| QT Dispersion: | 42 ms |
| P-R-T AXIS: 49° | 69°  63° |

Warning: DATA QUALITY MAY AFFECT COMPUTER INTERPRETATION!!
SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
    Poor R wave progression V2-V4
PROBABLE NORMAL VARIANT

Summary: BORDERLINE ECG

* Unconfirmed Analysis

L: 10 mm/mV
C: 10 mm/mV

25 mm/s
STABLE 40 Hz

QTc=Hodges
BURDICK



10/14/2005 7:33:58

Warning: DATA QUALITY MAY AFFECT COMPUTER INTERPRETATION!!
SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
Poor R wave progression V2-V4
PROBABLE NORMAL VARIANT

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

Vent. Rate:     67  bpm
RR Interval:   883  ms
PR Interval:   174  ms
QRS Duration:   86  ms
QT Interval:   364  ms
QTc Interval:  376  ms
QT Dispersion:  42  ms
P-R-T AXIS:  49°  69°  63°

ID:

D.O.B.: 1/13/70
Meds:
Class:
Dr:
Tech:

QTc=Hodges
BURDICK

L:  10  mm/mV
C:  10  mm/s

BURDICK REORDER NO/REF 716-0237-00

25 mm/s
STABLE 40

Air-a 3000

SD-42

## DEPARTMENT OF CORRECTIONS

### TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 10-12-05 | Physicals | ☐ IP  ☐ OP | |

**Clinical Diagnosis**

# EKG

**Date of Onset**

**Date of Surgery**

---

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

---

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Tucker, Henry | | | 35 | B/m | 185681 |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: HENRY TUCKER          Date of Request: 8/8/06
ID # 185861          Date of Birth: 1/13/70 Location: 6-B-14-B
Nature of problem or request:
I'm Writing this request to have my teeth
Clean.

Henry Tucker
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date: 8/9/06
Time: 8.30
Receiving Nurse Intials DS
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Ducker, Henry_     BCDC#: _185861_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_Henry Ducker_
Patient's Signature

_3/27/06_
Date

_W. E. Shirley, DDS_
Dentist's Signature

_3-27-06_
Date

PHS MD-70090

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



| Date of Initial Examination 10/12/05 | Initial Classification |
|---|---|

Oral Pathology .......................................... Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms .......................................... Periapical _____
Bitewing _____
Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 185961 | 1/13/70 | B | ECF |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 3/16/06 | 2 | | Toothache  Caries dental #2 | | |
| | | | Meds ordered.  Appt made c̄ Dr Shirey | nc | |
| 3-27-06 | 2 | caries | extraction – tried to save | WES | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Henry Tucker_     Date of Request: _3/15/06_

ID # _185861_     Date of Birth: _1/13/70_    Location: _6-B_

Nature of problem or request: _I Need too See tha dentist I have_
_a bad tooth ache_

_____

_Henry Tucker_
          Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: 3/16/06 |
| Time: 9:00 |
| Receiving ~~Nurse~~ Intials _DS_ |

**(S)ubjective:**

**(O)bjective**   (V/S): T:_____    P:_____    R:_____    BP:_____    WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                               CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

      If Emergency was PHS supervisor notified:   Yes ( )    No ( )

              Was MD/PA on call notified:   Yes ( )    No ( )

_____
            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# EXHIBIT A.1

PHS

Nursing Evaluation Tool                                                    Back Pain

Facility: Alabama Department of Corrections

Patient Name: Tucker, Henry
                          Last                    First

Inmate Number: 185861                    Date of Birth: 01 / 13 / 1969
                                                            MM   DD   YYYY

Date of Report: 06 / 07 / 2006            Time Seen: 400  AM / PM  Circle One
                  MM   DD   YYYY

**Subjective:** Chief Complaint(s): "It started about a week ago – back pain. Can I
Onset: get an antibiotic – I had a kidney infection before just
   ☐ New onset   ☐ Chronic condition exacerbation  like this.

Pain Scale: (1-10)  10     Type: ☑ Sharp ☐ Dull ☑ Intermittent ☐ Constant   Numbness: ☑ No ☐ Yes

Location of Pain: (L) lower back   Radiation of pain: ☑ No ☐ Yes to: _____
              Neck / mid-back / low back

History: Denies heavy lifting / back injury
(Continue on back if necessary)
                                                                    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x ___
                     Increased urination? ☐ No ☑ Yes   Pain with cough/breathing? ☐ No ☑ Yes

**Objective:** Vital Signs: (If Indicated) T: 96.4  P: 60  RR: 20  B/P: 110 / 80

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☑ Other: Unable to ambulate

Elaborate positive findings: To HCU per wheelchair. States unable to ambulate
c̄ pain c̄ movement to lower extremities. Unable to urinat
for U/A dipstick @ present time.
                                                                    ☐ Check Here if additional notes on back
Lower extremities: ☐ Normal ☑ Abnormal (Describe): _____
Pedal pulses:     ☑ Present ☐ Absent

☐ Additional Examination: Ø edema or bruising noted to back area.
(Continue on back if necessary)
2nd visit for this complaint.
                                                                    ☐ Check Here if continued on back

**Assessment:** (Referral Status)          Preliminary Determination(s): Alteration in
   ☐    Referral NOT Required                               comfort R/T pain

   ☑    Referral Required due to the following: (Check all that apply)
        ☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Prior malignancy     ☐ Presence of WBCs from dipstick
        ☑ Other: Zo severe back pain

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
  well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: See MD order sheet
   (Describe)
☐ Cold Compress (Acute injury) ☐ Warm Compress
☑ OTC Medications given (Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO ☑ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Ms. Floyd, CRNP      Date for referral: 6 / 7 / 2006
                                                                                    MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x  C. Hunter, LPN                    Name:  C. Hunter, LPN
   Nurses Signature                           Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6-7-06/0430 | Admit to infirmary for observation R/T Ⓛ lower back pain. See nursing evaluation tool/ MD order sheet. |
| | P- Continue to monitor. Obtain U/A for dipstick for CRNP to review. ————— C.Hunter, LPN |
| 0540 | S- "It's about the same." |
| | O- Lying on Ⓛ side c̄ eyes closed, covered c̄ blanket. Aroused p̄ ~~nearly~~ verbal stimuli. Resp. @ ease. Ø distress noted. States Ø relief from PO meds. Ø urine given for U/A dipstick |
| | A - Alteration in comfort |
| 0600 | P- Observe et report to next shift C.Hunter,LPN |
| 6-7-06 | S. "I'm still hurting nurse." |
| | O. Lying quietly in bed under covers. States, I'm still experiencing some pain in my back. No moaning, groaning or facial grimaces noted. |
| | A. Alteration in comfort |
| | P. Will cont. to monitor until seen by CRNP. V. Young Rq |
| 6-7-06 1040 | Am 0. Seen by CRNP c̄ N/O noted. And instructions given. Released to SCC. ————— V. Young Rq |
| 60706 | 1950 Returned from free world appt. No procedure done. Assessment only. Denied any C/O. Copy of orders @ 7U appt. to Ms Burk, HSA @ flagged for Dr. Raypote to assess orders. Eye gtts given as ordered. Released to SCC. B. Lube RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Henry | 18586/ | 1-13-69 | B/m | VCF |

PHS-MD-70049                    mplete Both Sides Before Using Another S    t

# EXHIBIT A.2



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: HENRY TUCKER                  Date of Request: 6-8-06

ID # 185861          Date of Birth: 1/13/70  Location: 6-B-Seg

Nature of problem or request: N having bad pain in my lower back and N were put on antibotic and Morin and there are not helping any. Ms. Wheeler arrest me and also hit me several times in the back with her stick.

Henry Tucker
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6/9/06
Time: 12:00 AM (PM)
Allergies: NKA

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 6/9/06               │
│ Time: 8:30                 │
│ Receiving Nurse Intials DS │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**  (V/S): **T:**_____  **P:**_____  **R:**_____  **BP:**_____  **WT:**_____

**(A)ssessment:** See next to ed

**(P)lan:** Report to HCU wednesday 6/14/06 @ 10am for MD appt -

Refer to: (MD) PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                    CIRCLE ONE

Check One:  ROUTINE ( ✓ )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# EXHIBIT A.3



## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Ventress_ | |
|---|---|---|---|
| 6 /08/06 | 8:40 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

**ALLERGIES**

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP **147 wt. 99.4**    ORAL/RECTAL    RESP. **20**    02sat 98%    PULSE **113**    B/P **18/80**    RECHECK IF SYSTOLIC <100> 50 _____

**NATURE OF INJURY OR ILLNESS**

S. "I was hit with a stick on my (L) leg (L) arm and back."

O. B/m brought to HCU by Officer K Cargile and Officer Edge for DOC Body chart - swollen areas noted on inmate on (L) leg, (L) arm and back

A. DOC Body chart

P. Inmate returned to custody 2 Officers Cargile and Edge to be placed in Segregation

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 6/8/06 | 8:55 AM/PM | 6-8-06  ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| M Scenefield | 6/8/06 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker Henry | 8586 | 1-13-69 | B/m | VCF |

# EXHIBIT A.4

Nursing Evaluation Tool: <u>Back Pain</u>



Facility: Alabama Department of Corrections

Patient Name: _Tucker_ _Henry_
Last / First / MI

Inmate Number: _185-867_    Date of Birth: _1 / 13 / 69_
MM DD YYYY

Date of Report: _6 / 9 / 06_    Time Seen: _12:00_  AM (PM) Circle One
MM DD YYYY

**Subjective:** Chief Complaint(s): _Pain in lower back._

Onset: _2 - 3 wks ago._

☒ New onset    ☐ Chronic condition exacerbation
Pain Scale (1-10) _9_    Type: ☒ Sharp ☐ Dull ☐ Intermittent ☐ Constant    Numbness: ☒ No ☐ Yes
Location of Pain: _lower part._    Radiation of pain: ☐ No ☒ Yes to: _side to side_
Neck / mid-back / low back

History: _Back just started paining_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?    ☒ No ☐ Yes    Nausea ☒ No ☐ Yes    Vomiting ☒ No ☐ Yes ☐ Yes (x____
Increased urination?    ☒ No ☐ Yes    Pain with cough/breathing? ☒ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _98_  P: _89_  RR: ___  B/P: _98 / 70_
Back Exam: ☒ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: ___

Elaborate positive findings: ___

☐ Check Here if additional notes on back

Lower extremities: ☐ Normal    ☐ Abnormal (Describe): ___
Pedal pulses: ☒ Present    ☐ Absent

☐ Additional Examination: _wt 146.0 Sat 99% c/o severe pain in_
(Continue on back if necessary)    _back. Have not stopped meds of the pain med._
☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s) _Alt. in Health_
    ☐ Referral **NOT** Required    _pain tissue._

    ☐ Referral **Required** due to the following: (Check all that apply)
        ☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☒ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Prior malignancy    ☐ Presence of WBCs from dipstick
        ☒ Other: _Back Pain_

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up. ☐ YES ☐ NO (If No then schedule patient for appropriate follow-up visits)
☐ Other: ___
    (Describe)
☐ Cold Compress (Acute injury)    ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO ☐ YES (If Yes List): ___

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Rappart_    Date for referral: _6 / 14 / 06_
MM DD YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent  (if emergent who was contacted?): ___    Time ___

X _____    Name: _J. Oldis, RN_
        Nurses Signature    Printed

# EXHIBIT A.5



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Tucker, Henry | D.O.B.: / 1/3/69 |
|---|---|---|

6/12/06
1145

WT-146# B/P-120/80 T-98.6 P-76 R-18

Kidney?

ⓢ dysuria
a frequency
CVA - NT
Abd- soft NT
LS- NT - no deformity
ROM NL

(A) ⓢ mild ms pain
(P) on Tylenol
(S) Back Exer —

TM

Will for to Lee
Jones —
for possible
act. fieed Eye
in 12/06 sometime

60111 (5/85)                    Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: Tucker Henry    185861A  D.O.B.: 1/13/69 |

6-14-06  WT-145  B/p 130/80  P 69    R 20        T 96°
S. "back pain"
O)  NT  LS-
No swelling
ROM NL
No clinical spasms
(A)  Malingering - ?
mild stiff back
P)  Bengay
(E)  Exercises
                    ⟋ḩ

6-14-06  WT-145#  B/p-130/80  T-96°  P-69  R 20
f/u eye surgery - 3&5m post op ① eye surgery
for removal of ① eye 2° to old trauma of MVA 2004
surgery completed c prosthesis planned for near future
still c/o of back pain + Bil CVA area ↘ no mo for
same c eval completed and rx given
NAD  voices & c/o c ① eye @ pain
A  removal ① eye
P/E  con't current med tx plan as directed
con't exercises And topical analgesic as directed
add flexeril 10 mg po MD x 3 dys
f/u c mo f/b pain con't
                    Halone

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**HENRY LEE TUCKER,**
**#185861,**

       **Plaintiff**

**v.**                       **Civil Action No. 2:06-CV-813-WKW**

**GLORIA WHEELER,**

       **Defendant**

---

### SPECIAL REPORT OF DEFENDANT GLORIA WHEELER

      Comes now Defendant Gloria Wheeler, by and through counsel, Troy King, Attorney General of Alabama and Jack Wallace, Jr., Assistant Attorney General, to submit this special report pursuant to the order of the Court dated 30 October 2006.

### PARTIES

      1. The Plaintiff, Henry Lee Tucker, #185861, is an Alabama Department of Corrections inmate, incarcerated at the Ventress Correctional Facility in Clayton, Alabama.

      2. The Defendant, Gloria Wheeler, is employed by the Alabama Department of Corrections as a Correctional Officer I at the Ventress Correctional Facility in Clayton, Alabama.

### PLAINTIFF'S ALLEGATIONS

The Plaintiff alleges that he was physically abused by the Defendant, Correctional

Officer Wheeler, who struck the Plaintiff with her baton. The Plaintiff stated in his

complaint that:

> I were on the side walk when Ms. Wheeler address me as
> "Sissy, sissy, get up." I got up and start too walk off. Ms
> Wheeler call me back. I turn around and she approach me.
> When she approach me she grab me in my collar. I put my
> hand behind my back. Ms Wheeler then pull her stick out
> and hit me several times. Ms McCloud walk up and hand
> cuff me and took me too the shift office.

### DEFENDANT'S RESPONSE TO ALLEGATIONS

1. Defendant denies the use of excessive force.

2. Defendant asserts that she only used the necessary amount of force against

   Plaintiff in good faith to restore order and maintain discipline.

3. The Plaintiff failed to state a claim upon which relief can be granted pursuant

   to 42 USC §1983 or any other cause of action.

4. Defendant asserts that there is no evidence to support Tucker's claims.

5. Defendant asserts that Tucker has suffered only de minimus injuries.

6. Defendants assert Plaintiff has failed to show there is any genuine issue of

   material fact in this case.

7. Defendant denies that she violated the Plaintiff's right to be free of cruel and

   unusual punishment provided in the Eighth and Fourteenth Amendments.

8. Defendant denies all material allegations not expressly admitted herein and

   demands strict proof thereof.

9. Defendant asserts immunity pursuant to Article 1, Section 14 of the Constitution of Alabama 1901 and the Eleventh Amendment to the United States Constitution.

10. Defendant asserts qualified immunity.

11. Defendant asserts State-Agent discretionary immunity.

12. Defendant asserts immunity pursuant to Ala. Code, 1975, § 6-5-338.

## DEFENDANT'S EXHIBITS

In accordance with this Court's Order, the Defendant submits the following exhibits as evidence in his case.

1. Exhibit 1, Affidavit of Defendant Gloria Wheeler

2. Exhibit 2, Affidavit of Correctional Officer Lizzie McLeod

3. Exhibit 3, Incident Report, VCF 06-027, dated 6 June 2006[1].

4. Exhibit 4, PHS Emergency form, dated 8 June 2006

5. Exhibit 5, Affidavit of Custodian of Records at Ventress CF

## STATEMENT OF THE FACTS

Defendant Wheeler states in her affidavit, Exhibit 1, that:

> On June 8, 2006 at approximately 8:10 a.m., I was assigned as a Yard Rover. I observed inmate Henry Tucker, B/185861 lying down in the middle of the sidewalk near #6 front porch. I gave inmate Tucker a direct order to get up from the sidewalk three or four times. Inmate Tucker

---

[1] There is a discrepancy between the dates appearing on the face of the Incident Report, VCF 06-027. In Block 2, Date, the date of the incident is stated as 6 June 2006. In Block 15, Narrative Summary, the date of the incident is stated as 8 June 2006, which is consistent with the date stated in the PHS Emergency form. In the block captioned Admission Date, the Emergency form states that the Plaintiff was taken to the medical clinic on 8 June 2006. The Plaintiff states the date as 8 June 2006 in his complaint.

3

failed to comply with my order. Inmate Tucker continued to lie in the middle of the sidewalk stating to me in a derogatory manner, "My name is Henry James Tucker." Officer Lizzie McLeod order inmate Tucker to get up. Inmate Tucker finally complied with the order but began using profanity to other inmates stating, "Man, I ain't thinking about that mother fucking shit she's talking about." Inmate Tucker continued to make derogatory statements to me. I ordered inmate Tucker to report to me. Inmate Tucker refused to comply with the order and continued walking toward Dorm #3. I caught up with inmate Tucker and grasped inmate Tucker by the shirttail to stop him. Inmate Tucker turned away from me. As inmate Tucker turned away he used both hands to strike my left arm. Inmate Tucker pushed away from me in a violent manner. I drew my baton from my holster and struck inmate Tucker twice to inmate Tucker's common peroneal area. Inmate Tucker continued to resist. I then struck inmate Tucker in the upper left arm. Inmate Tucker stopped resisting at this point. Officer Lizzie McLeod ordered inmate Tucker to put his hands behind his back. Inmate Tucker complied with this order. Officer McLeod placed handcuffs on inmate Tucker at this time. All force was stopped at this point. Officer Kenneth Cargle and Officer McLeod escorted Inmate Tucker to the Shift Commander's Office. At approximately 8:15 a.m., Sgt. Sherwin Carter was informed of the incident. Sgt. Sherwin Carter verbally reprimanded Inmate Tucker for Failure to Obey a Direct Order of a DOC Official, which is a violation of Administrative Regulation 403. Sgt. Carter instructed Officers Cargle and Edge to escort Inmate Tucker to the Health Care Unit for an examination and body chart. Inmate Tucker was then processed into Administrative Segregation Holding Cell #104 pending disciplinary action.

Correctional Officer Lizzie McLeod substantiates the testimony of Defendant Wheeler. McLeod was standing on the porch of Dorm #6 when she heard Defendant Wheeler give the Plaintiff a direct order to get up off the sidewalk. Tucker refused to obey the order from Wheeler but did obey McLeod's order to get up off the sidewalk. At

this point the Plaintiff became belligerent to Defendant Wheeler and began walking away. Wheeler ordered the Plaintiff to report back to her but he continued to walk away. Wheeler then approached him and grasped his shirt to stop him from walking away. The Plaintiff pulled away from her in a hostile manner which caused Wheeler to strike the Plaintiff several times on his common peroneal area with her baton. McLeod then approached the Plaintiff and ordered him to turn around and place his hands behind his back. McLeod handcuffed the Plaintiff who was then escorted to the Shift Commanders Officer. (Exhibit 2, McLeod Affidavit).

The Plaintiff was examined for injuries in the clinic where Nurse Maurine Benefield stated on the Emergency Form, Exhibit 4, that there were "swollen areas noted on inmates on (L) leg, (L) arm and back." No treatment was necessary and the Plaintiff was returned to the custody of Officers Cargle and Edge to be placed in segregation. In addition to Exhibit 4, see Exhibit 3, Incident Report, VCF 06027.

## SUMMARY JUDGMENT STANDARD

Summary judgment may be granted only if there are no genuine issues of material fact and the movant is entitled to judgment as a matter of law. Fed.R.Civ.P. 56. In making that assessment, the court must view the evidence in a light most favorable to the non-moving party and must draw all reasonable inferences against the moving party. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986). The burden of proof is upon the moving party to establish his prima facie entitlement to summary judgment by showing the absence of genuine issues and that he is due to prevail as a matter of law. *See Clark & Clark, Inc.*, 929 F.2d 604 (11th Cir. 1991). Once that initial burden has been carried, however, the non-moving party may not merely rest upon his pleading, but must come

5

forward with evidence supporting each essential element of his claim. *See Celotex Corp v. Catrett*, 477 U.S. 317 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986); *Barfield v. Brierton*, 883 F.2d 923 (11th Cir. 1989). Unless the plaintiff, who carries the ultimate burden of proving his action, is able to show some evidence with respect to each element of his claim, all other issues of facts become immaterial and the moving party is entitled to judgment as a matter of law. *See Celotex Corp. v. Catrett*, 477 U.S. 317 (1986); *Bennett v. Parker*, 898 F.2d 1530 (11th Cir. 1990). As the Eleventh Circuit has explained:

> Facts in dispute cease to be "material" facts when the plaintiff fails to establish a prima facie case. "In such a situation, there can be 'no genuine issue as to any material fact,' since a complete failure of proof concerning an essential element of the non-moving party's case necessarily renders all other facts immaterial." [Citation omitted]. Thus, under such circumstances, the public official is entitled to judgment as a matter of law, because the plaintiff has failed to carry the burden of proof. This rule facilitates the dismissal of factually unsupported claims prior to trial.
> 898 F.2d at 1532.

## ARGUMENT

The Plaintiff filed this 42 U.S.C. § 1983 civil action in which alleges that he was physically abused by the Defendant in violation of his constitutional right to be free of cruel and unusual punishment pursuant to the Eighth and Fourteenth Amendments of the United States Constitution while incarcerated in the Ventress Correctional Facility of the Alabama Department of Corrections.

The Eighth Amendment prohibition against cruel and unusual punishment is triggered when a prisoner is subjected to an "unnecessary and wanton infliction of pain." *Whitley v. Albers*, 475 U.S. 312, 319 (1986). The Supreme Court held in *Hudson v. McMillian*, 503 U.S. 1 (191992), that "whenever prison officials stand accused of using

excessive physical force in violation of the Cruel and Unusual Punishments Clause, the core judicial inquiry [in determining whether a prisoner has suffered unnecessary and wanton pain] is that set out in *Whitley*: whether the force was applied in a good-faith effort to maintain or restore discipline, or maliciously and sadistically to cause harm." *Id.* at 6. Thus, summary applications of force are constitutionally permissible when prison security and order, or the safety of other inmates or officers, have been placed in jeopardy. *Whitley*, 475 U.S. at 312 (riot and hostage situation). In extending *Whitley* to all cases involving allegations of force, the Court reasoned:

> Many of the concerns underlying our holding in *Whitley* arise whenever guards use force to keep order. Whether the prison disturbance is a riot or a lesser disruption, corrections officers must balance the need "to maintain or restore discipline" through force against the risk of injury to inmates. Both situations may require prison officials to act quickly and decisively. Likewise, both implicate the principle that " '[p]rison administrators ... should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security.' "

*Id.* at 6-7 (citations omitted)

.With these concerns in mind, the Court set out certain factors that should be considered in evaluating whether the use of force was wanton and unnecessary. They include: (1) the need for the application of force; (2) the relationship between the need and the amount of force used; (3) the threat reasonably perceived by the prison official; (4) any efforts made to temper the severity of a forceful response; and (5) the extent of the injury suffered by the inmate. The *Hudson* Court made it clear that the extent of the injury suffered by the inmate is only one of the many factors which should be considered,

7

not a decisive one when it said, "[t]he absence of serious injury is therefore relevant to the Eighth Amendment inquiry, but does not end it." *Id.* at 7.

In evaluating the challenged conduct of prison officials, a court must keep in mind the paramount concerns of maintaining order and discipline in an often dangerous and unruly environment. *Ort v. White,* 813 F.2d 318, 322 (11th Cir.1987). In this case, Defendant Wheeler used no more force than necessary to regain control of the situation when the Plaintiff refused to comply with her orders that were given to assert control over the Plaintiff to maintain good order and discipline in the prison. In response to her order, the Plaintiff was openly defiant to the point of striking the Defendant and pushing her violently away. He directed remarks toward inmate bystanders that conveyed a contemptuous attitude for the authority that Defendant was trying to assert, saying, "Man, I ain't thinking about that mother fucking shit she's talking about." In response to his refusal to obey her orders and his physical resistance, Defendant Wheeler hit the Plaintiff with her baton a total of three times, hitting him in the back twice and once on his left arm. After the first two blows were administered to the Plaintiff's back, he continued to resist, causing the Defendant to administer the third blow, this time to his upper left arm. After being hit for the third time the Plaintiff stopped resisting and no more blows were administered by the Defendant.

The reasonableness of the Defendant's actions is reflected in the results of the medical examination afterwards in which the nurse noted swelling in the areas where he was hit but the Plaintiff did not require any medical treatment. "[I]f force was applied in a good faith effort to maintain discipline, courts should give great deference to acts taken by prison officials in applying prophylactic or preventative measures intended 'to reduce

the incidence of riots and other breaches of prison discipline." ' *McBride v. Rivers,* 170 Fed.Appx. 648, 656 (11th Cir.2006) (quoting *Williams v. Burton,* 943 F.2d 1572, 1576 (11th Cir.1991)). While this deference "does not insulate from review actions taken in bad faith or for no legitimate purpose, it requires that neither judge nor jury freely substitute their judgment for that of officials who have made a considered choice." *Ort,* 813 F.2d at 322 (quoting *Whitley,* 475 U.S. at 322). Where the only question concerns the reasonableness of the force used by a prison official, the defendant will ordinarily be entitled to judgment as a matter of law. *See Campbell v. Sikes,* 169 F.3d 1353, 1374 (11th Cir.1999) (explaining that "force does not violate the Eighth Amendment merely because it is unreasonable or unnecessary"); *McBride,* 170 Fed.Appx. at 657 (although correctional officers could arguably have used less force after subduing inmate, inmate "failed to produce evidence showing that these measures were taken 'maliciously and sadistically for the very purpose of causing harm.'") (citations omitted).

Clearly, the only inference that can be drawn from the events of 8 June 2006 is that the force was applied by the Defendant in a good-faith effort to maintain or restore discipline, not maliciously and sadistically to cause harm. As such, the use of force by the Defendant did not constitute cruel and unusual punish, and was not a violation of the Plaintiff's Eighth Amendment rights.

## CONCLUSION

Defendant Gloria Wheeler respectfully submits that there is no genuine issue of

fact and that she is entitled to a judgement as a matter of law.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL


/s/Jack Wallace, Jr.
Jack Wallace, Jr.
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of December, 2006, electronically

filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the

foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid

and properly addressed as follows:

Henry Lee Tucker, AIS 185861
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016


/s/Jack Wallace, Jr.
Jack Wallace, Jr.
ASSISTANT ATTORNEY GENERAL

10

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER, #185861   )
              )
  PLAINTIFF,      )
              )
vs.            ) CIVIL ACTION NO. 2:06-CV-813-WKV
              )
GLORIA WHEELER     )
              )
  DEFENDANT.     )

AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Gloria

Wheeler, who being duly sworn, deposes and presents the following affidavit.

My name is Gloria Wheeler, and I am an individual over the age of twenty-one

years. I am employed with the State of Alabama Department of Corrections at

Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity

as a Correctional Officer I. I have read the complaint in the above styled cause

and note that inmate Henry Tucker, #185861 alleges that he was on the side

walk in front of Six Dorm when I called him back and grabbed him by the collar

and hit him with my stick several times. I make this affidavit in the defense

thereof.

On June 8, 2006 at approximately 8:10 a.m., I was assigned as a Yard Rover.

I observed inmate Henry Tucker, B/185861 lying down in the middle of the

sidewalk near dorm #6 front porch. I gave inmate Tucker a direct order to get up

from the sidewalk three or four times. Inmate Tucker failed to comply with my

EXHIBIT

1

Page 2
Affidavit – Gloria Wheeler

order.  Inmate Tucker continued to lie in the middle of the sidewalk stating to me

in a derogatory manner, "My name is Henry James Tucker."  Officer Lizzie

McLeod ordered inmate Tucker to get up.  Inmate Tucker finally complied with

the order but began using profanity to other inmates stating, "Man, I ain't thinking

about that mother fucking shit she's talking about."  Inmate Tucker continued to

make derogatory statements to me.  I ordered inmate Tucker to report to me.

Inmate Tucker refused to comply with the order and continued walking toward

Dorm #3.  I caught up with Inmate Tucker and grasped inmate Tucker by the

shirttail to stop him.  Inmate Tucker turned away from me.  As inmate Tucker

turned away he used both hands to strike my left arm.  Inmate Tucker pushed

away from me in a violent manner.  I drew my baton from my holster and struck

inmate Tucker twice to inmate Tucker's common peroneal area.  Inmate Tucker

continued to resist.  I then struck inmate Tucker once in the upper left arm.

Inmate Tucker stopped resisting at this point.  Officer Lizzie McLeod ordered

Inmate Tucker to put his hands behind his back, Inmate Tucker complied with

this order.  Officer McLeod placed handcuffs on inmate Tucker at this time.  All

force was stopped at this point.  Officer Kenneth Cargle and Officer McLeod

escorted Inmate Tucker to the Shift Commander's Office.  At approximately 8:15

a.m., Sgt. Sherwin Carter was informed of the incident.  Sgt. Sherwin Carter

verbally reprimanded Inmate Tucker for Failure to Obey a Direct Order of a DOC

Official, which is a violation of Administrative Regulation 403.  Sgt. Carter

instructed Officers' Cargle and Edge to escort Inmate Tucker to the Health Care

Page 3
Affidavit – Gloria Wheeler

Unit for an examination and body chart.  Inmate Tucker was then processed into

Administrative Segregation Holding Cell #104 pending disciplinary action.

   The beforementioned facts are true and correct to the best of my knowledge.

*Gloria Wheeler, Coi* 11-15-06
_____
Gloria Wheeler, COI    Date


State of Alabama  )

Barbour County    )

Sworn to and subscribed before me this  _15th_ day of November, 2006.

*Reba I Currie*
_____
Notary Public

My Commission Expires: _9-8-08_

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER, #185861          )
                                   )
          PLAINTIFF,               )
                                   )
vs.                                ) CIVIL ACTION NO. 2:06-CV-813-WKV
                                   )
GLORIA WHEELER                     )
                                   )
          DEFENDANT.               )

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Lizzie

McLeod, who being duly sworn, deposes and presents the following affidavit.

My name is Lizzie McLeod, and I am an individual over the age of twenty-one

years. I am employed with the State of Alabama Department of Corrections at

Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity

as a Correctional Officer I. I have read the complaint in the above styled cause

and note that inmate Henry Tucker, #185861 alleges that he was on the side

walk in front of Six Dorm when Officer Gloria Wheeler called him back and

grabbed him by the collar and hit him with her stick several times.

On June 8, 2006, I was standing on the porch of Dorm #6 when I heard

Officer Gloria Wheeler give Inmate Henry Tucker, #185861 a direct order to get

up off the sidewalk. Inmate Tucker refused to get up. I gave Inmate Tucker an

order to get up. Inmate Tucker complied with the order but became belligerent

toward Officer Gloria Wheeler and began walking away. Officer Wheeler ordered



Page 2
Affidavit – Lizzie McLeod

Inmate Tucker to report back to her. Inmate Tucker continued to walk away.

Officer Wheeler approached Inmate Tucker and grasped Inmate Tucker by the

shirt to stop him. Inmate Tucker pulled away from Officer Wheeler in a hostile

manner. Officer Wheeler struck Inmate Tucker several times on his common

peroneal area with her baton. I, Lizzie McLeod approached the area and ordered

Inmate Tucker to turn around and place his hands behind his back. Inmate

Tucker complied and I placed handcuffs on Inmate Tucker. Inmate Tucker was

then escorted to the Shift Commanders Office.

    The beforementioned facts are true and correct to the best of my knowledge.

                                           _Lizzie McLeod_  11Dec06
                                           Lizzie McLeod, COI    Date


State of Alabama  )

Barbour County   )

Sworn to and subscribed before me this ___11th___ day of December, 2006.

                                 _Reba D Currie_
                                 Notary Public

                                 My Commission Expires: _4-8-08_

Case 2:06-cv-00813-WKW-WC    Document 11-4    Filed 12/15/2006

EXHIBIT

**3**

PENGAD 800-631-6989

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| 1. Institution: VENTRESS CORRECTIONAL FACILITY | 2. Date: June 6, 2006 | 3. Time: 8:10 AM | 4. Incident Number: VCF 06-027 | Class Code: |

| 5. Location Where Incident Occurred: **Dorm 6 Sidewalks** | 6. Type of Incident: **#56; Failure to Obey a Direct Order of ALDOC Official(Use of Force)** |

| 7. Time Incident Reported: **8:15 AM** | 8. Who Received Report: **Sgt. Sherwin Carter**    AIS |

**9. Victims:**    Name

a. __N/A__    No. __N/A__

b. _____    No. _____

c. _____    No. _____

**11. Witnesses:**    Name    AIS

**10. Suspects:**    Name    AIS

a. **Henry Tucker**    No. **B/185861**     a. __N/A__    No. __N/A__

b. _____    No. _____     b. _____    No. _____

c. _____    No. _____     c. _____    No. _____

d. _____    No. _____     d. _____    No. _____

e. _____    No. _____     e. _____    No. _____

f. _____    No. _____

g. _____    No. _____

**PHYSICAL EVIDENCE:**
12. Type of Evidence

__N/A__

13. Description of Evidence:

__N/A__

14. Chain of Evidence:

a  __N/A__

b  _____

c  _____

d  _____

e  _____

15. Narrative Summary: On June 8, 2006, at approximately 8:10 a.m., Officer Gloria Wheeler assigned yard rover, observed inmate Henry Tucker, B/185861 lying down in the middle of the sidewalk near dorm #6 front porch. Officer Wheeler gave inmate Tucker a direct order to get up from the sidewalk three or four times. Inmate Tucker failed to comply with the order. Inmate Tucker continued to lie in the middle of the sidewalk, stating to Officer Wheeler in a derogatory manner, "My name is Henry James Tucker." Officer Lizzie McLeod also ordered inmate Tucker to get up. Inmate Tucker finally complied with the order. Inmate Tucker began using profanity stating to other inmates, "Man I ain't thinking about that mother fucking shit she's talking about," referring to Officer Wheeler. Inmate Tucker continued to make derogatory statements to Officer Wheeler. Officer Wheeler ordered inmate Tucker to report to her. Inmate Tucker refused to comply with the order by continuing to walk toward dorm #3. Officer Wheeler caught up with inmate Tucker. Officer Wheeler grasped inmate Tucker by the shirt tail to stop inmate Tucker. Inmate Tucker turned away from Officer Wheeler. As inmate Tucker turned away from Officer Wheeler, inmate Tucker used both hands to strike Officer Wheeler's

Distribution:    ORIGINAL AND ONE (1) COPY to Central I & I Division
COPY to Institutional File

COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Central Records Office

ADOC Form 302-A – June 1, 2005



STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: | Incident Number: | Class Code: |
|---|---|---|
| **VENTRESS CORRECTIONAL FACILITY** | | |

| Date: **June 8, 2006** | Type of Incident: **#56; Failure to Obey a Direct Order of ALDOC Official (Use of Force)** |
|---|---|

Narrative Summary (Continued) Page No.

left arm. Inmate Tucker pushed away from Wheeler in a violent manner. Officer Wheeler drew her baton from her holster. Officer Wheeler used the baton to strike inmate Tucker twice to inmate Tucker's Common Peroneal area. Inmate Tucker continued to resist. Officer Wheeler struck inmate Tucker once in the upper left arm. Inmate Tucker stopped resisting at this point. Officer Lizzie McLeod ordered inmate Tucker to put his hands behind his back. Inmate Tucker complied with this order. Officer McLeod placed handcuffs on inmate Tucker. All force stopped at this point. Officers Kenneth Cargle and McLeod escorted inmate Tucker to the Shift Commander's Office. At approximately 8:15 a.m., Sergeant Sherwin Carter was informed of the incident by Officer McLeod. Sgt. Carter verbally reprimanded inmate Tucker concerning his negative behavior. Officer Wheeler initiated disciplinary action against inmate Tucker for Rule Violation #56; Failure to Obey a Direct Order of ALDOC Official from Administrative Regulation #403. Sgt. Carter instructed Officers Cargle and Terry Edge to escort inmate Tucker to the Health Care Unit. Inmate Tucker was examined by Nurse Maurine Benefield, LPN (See attached body chart). Inmate Tucker was released to Officer Cargle. Officer Cargle processed inmate Tucker into Administrative Segregation Holding Cell #104 pending disciplinary action. Sgt. Carter reported the incident to J. C. Giles, Warden III via telephone. Inmate Tucker remained in Holding Cell #104. No further action taken at this time.

*Gloria Wheeler, COI*
**Gloria Wheeler, COI**

ADOC Form 302-B – June 1, 2005

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY**

EXHIBIT
4

104

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Ventress_ | | |
|---|---|---|---|---|
| 6 /08/06 | 8:40 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | ☐ SICK CALL   ☐ EMERGENCY | ☐ OUTPATIENT |

**ALLERGIES**      CONDITION ON ADMISSION  ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _99.4_  ORAL/RECTAL  RESP. _20_  O2 sat 98%  PULSE _113_  B/P _118/80_  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S. "I was hit with a stick on my (L) leg, (L) arm and head."
O. B/m brought to HCU by Officer K Cargile and Officer Edge for DOC Body chart - Swollen areas noted on inmate on (L) leg, (L) arm and head.
A. DOC Body chart
P. Inmate returned to custody + Officers Cargile and Edge to be placed in Segregation.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 6/8/06 | 8:55 AM/PM | 6-8-06  ☐ DOC  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☐ POOR | ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE M Scofield | 6/8/06 DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Tucker, Donnie | 195861 | 1-13-69 | B/m | VCF |



**State of Alabama**
**Alabama Department of Corrections**
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016



**BOB RILEY**
GOVERNOR

**RICHARD F. ALLEN**
COMMISSIONER

## A F F I D A V I T

)
)
)
)

### STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress

Correctional Facility; that I am one of the custodian of records at this institution; that the

attached documents are true, exact, and correct photocopies of certain documents

maintained here in the institutional files; and that I am over the age of twenty-one years

and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents on Henry Lee Tucker, #185861 are

maintained in the usual and ordinary course of business at the Ventress Correctional

Facility; and that said documents were made at, or reasonably near the time that the

transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _20th_ day of _Nov_, 2006.

_Reba I Currie_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS _20_ DAY OF _November_, 2006.

_Charlotte Brown_
Notary Public
My Commission Expires: _1/10/2010_

Telephone (334) 353-3883                    Fax (334) 353-3967

**EXHIBIT**

**5**

PENGAD 800-631-6989

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER, (AIS #185861),        *

                                  *

        Plaintiff,

                                  *

V.                                 2:06-CV-813-WKW

                                  *

GLORIA WHEELER, et al..

                                  *

        Defendant.

                                  *

## AFFIDAVIT OF NETTIE BURKS, H.S.A.

      **BEFORE ME,** *Reba Currie* , a notary public in and for said County and State, personally appeared **NETTIE BURKS, H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

     "My name is Nettie Burks. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associate's Degree in nursing from Wallace Community College in Dothan, Alabama. I have worked as a registered nurse at Ventress Correctional Facility in Clayton, Alabama since 1997. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Ventress Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Ventress Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Request Slip." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate request slip allows an inmate to communicate any healthcare related concern by placing the inmate request slip in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and meet with the inmate to discuss the complaint.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the Department of Corrections Shift Office or healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the inmate request slip. I again meet with the inmate to discuss his complaint.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate in a final attempt to address his concerns verbally.

It is my understanding that Henry Lee Tucker has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical care. However, Mr. Tucker has failed to exhaust Ventress's informal grievance procedure relating to the receipt of medical care for his alleged condition. Specifically, Mr. Tucker has not submitted all appropriate and required forms. As such, the healthcare unit at Ventress Correctional

Facility has not been afforded the opportunity to resolve Mr. Tucker's medical complaints prior to filing suit.

Further affiant sayeth not.

NETTIE BURKS, H.S.A.

STATE OF ALABAMA              )
                              )
COUNTY OF _Barbour_           )

Sworn to and subscribed before me on this the _____13th_____ day of ___Feb.___, 2007.

Reba S Currie

Notary Public

My Commission Expires:

_9-8-08_

# EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER, #185861,                    *

                                              *

      Plaintiff,                            *

V.                                            *          2:06-CV-813-WKW

                                              *

GLORIA WHEELER, et al.,                       *

      Defendant.                            *

                                              *

## AFFIDAVIT OF MAURINE BENEFIELD, LPN

**BEFORE ME,** *Reba Currie*, a notary public in and for said County and State,

personally appeared **MAURINE BENEFIELD, LPN**, and being duly sworn, deposed and says

on oath that the averments contained in the foregoing are true to the best of her ability,

information, knowledge and belief, as follows:

"My name is Maurine Benefield. I am over the age of twenty-one and I am personally

familiar with all of the facts set forth in this affidavit. I have been a licensed, practical nurse in

Alabama since 1983. I hold a Practical Nursing License from Sparks Technical College in

Eufaula, Alabama. I have practiced nursing since 1983. In particular, I have worked as a LPN at

Ventress Correctional Facility in Clayton, Alabama, since October of 1990.

Henry Tucker (AIS#185861) is an inmate currently incarcerated at Ventress Correctional

Facility. I am familiar with Mr. Tucker's medical history and conditions, and have seen and

evaluated him as a patient. Mr. Tucker has a medical history that is significant for chronic back

pain. I have also reviewed Mr. Tucker's medical records (certified copies of which are being

produced to the Court along with this Affidavit.)

It is my understanding that Mr. Tucker has made an allegation in this matter that Ventress Correctional Facility has failed to provide him with appropriate medical treatment for his back pain. Mr. Tucker's allegations in this regard are untrue as he has been afforded appropriate care for this condition at all times.

Mr. Tucker presented to the Health Care Unit at Ventress Correctional Facility on June 8, 2006. Mr. Tucker stated that he was hit with a stick on his left leg, left arm, and back. It was noted on the Body Chart that Mr. Tucker had swollen areas to his left leg, left arm, and back. After the evaluation was completed, Tucker was discharged in fair condition and placed in segregation. It should be noted that Mr. Tucker has a history of back pain and urinary tract infections and was seen in the Health Care Unit on June 7, 2006 with complaints of back pain. In fact, he has been seen on several occasions for complaints of back pain. He has been treated each time he raised any health complaints.

Based on my review of Mr. Tucker's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Ventress Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Ventress. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the PHS staff at Ventress Correctional Facility denied Mr. Tucker any needed medical treatment, nor have we ever acted with deliberate indifference to any

serious medical need of Tucker.  At all times, Tucker's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

*Maurine Benefield*
MAURINE BENEFIELD, LPN

STATE OF ALABAMA            )

COUNTY OF Barbour           )

SWORN  TO  and  SUBSCRIBED  BEFORE  ME  on  this  the  21st  day of ___Feb._____, 2007.

*Reba D Currie*
NOTARY PUBLIC
My Commission Expires:  9-8-08

(NOTARIAL SEAL)

(NOTARIAL SEAL)