IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER,
#185861,

    Plaintiff

v.                                                 Civil Action No. 2:06-CV-813-WKW

GLORIA WHEELER,

    Defendant

## MOTION FOR LEAVE OF COURT
## TO FILE SUPPLEMENT TO SPECIAL REPORT

Comes now Defendant Gloria Wheeler, by and through counsel, Troy King, Attorney General of Alabama and Jack Wallace, Jr., Assistant Attorney General, to request leave of court to supplement her special report. As grounds, the Defendant states:

1. Upon a routine review of pending case files, counsel discovered that the Defendant's argument of the applicability of the immunity defenses raised in her pleadings was omitted by error from the Special Report.

2. It was not the intent of the Defendant to waive the defenses of immunity and she will be prejudiced if not allowed to cure the clerical error.

3. The supplementation of the Special Report would not prejudice the Plaintiff.

Wherefore, the premises considered, the Defendant asks leave of court to supplement her Special Report to include the erroneously omitted argument concerning their immunity defenses.

Respectfully submitted on this the 20th day of July, 2007.

        TROY KING
        Attorney General

        /s/ Jack Wallace, Jr.
        Jack Wallace, Jr.
        Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 20th day of July, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Henry Lee Tucker, AIS 185861
    Ventress Correctional Facility
    P.O. Box 767
    Clayton, AL 36016

        /s/Jack Wallace, Jr.
        Jack Wallace, Jr.
        ASSISTANT ATTORNEY GENERAL