IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE TUCKER, #185861,      )
                                )
            Plaintiff,           )
                                )
v.                              )  CIVIL ACTION NO. 2:06-CV-813-WKW
                                )              [WO]
                                )
GLORIA WHEELER, et al.,          )
                                )
            Defendants.          )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This case is pending before the court on a complaint filed by Henry Lee Tucker ["Tucker"], a state inmate, in which he challenges actions taken against him during his confinement at the Ventress Correctional Facility. On July 23, 2007, the court entered an order, a copy of which the Clerk mailed to Tucker. The postal service returned this order because Tucker no longer resided at the address he had provided to the court for service. In light of the foregoing, the court entered an order requiring that on or before August 24, 2007 Tucker show cause why this case should not be dismissed for his failure to inform the court of his present address. *Order of August 15, 2007 - Court Doc. No. 26*. The court specifically cautioned Tucker that his failure to comply with the directives of this order would result in a recommendation that this case be dismissed. *Id*. The plaintiff has filed nothing in response to the August 15, 2007 order. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.  It is further

ORDERED that on or before September 18, 2007 the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc*., 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

2

Done this 5th day of September, 2007.


                    /s/ Wallace Capel, Jr.
_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE