IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY LEE TUCKER, #185861,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-813-WKW |
| | ) | |
| **GLORIA WHEELER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 27) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

2. This case, filed under 42 U. S. C. § 1983, is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 26th day of September, 2007.

                                                            /s/   W. Keith Watkins
                                                    UNITED STATES DISTRICT JUDGE